1   Douglas G. Muehlhauser (SBN 179495)
    doug.muehlhauser@knobbe.com
2   Payson LeMeilleur (SBN 205690)
    payson.lemeilleur@knobbe.com
3   KNOBBE, MARTENS, OLSON & BEAR, LLP
    2040 Main Street, Fourteenth Floor
4   Irvine, CA 92614
    Telephone: 949-760-0404
5   Facsimile: 949-760-9502

6   Attorneys for Plaintiff
    ONE-E-WAY, INC.

7

8

9

10              IN THE UNITED STATES DISTRICT COURT

11           FOR THE CENTRAL DISTRICT OF CALIFORNIA

12

13   ONE-E-WAY, INC., a California          Case No. 2:20-CV-06339
     corporation,
14                                          **COMPLAINT FOR PATENT**
                                            **INFRINGMENT**
15                  Plaintiff,

16          v.                              **DEMAND FOR JURY TRIAL**

17   APPLE INC., a California corporation,

18                  Defendant.

19

20

21

22

23

24

25

26

27

28

Plaintiff One-E-Way, Inc. ("One-E-Way") hereby complains of Defendant Apple Inc. ("Apple"), including infringement of One-E-Way's rights in U.S. Patent Nos. 8,131,391 and 10,468,047 (collectively, the "Asserted Patents"), and alleges as follows:

## I.  THE PARTIES

1.    Plaintiff One-E-Way is a California corporation that, as of the date of this Complaint, has its principal place of business at 3016 E. Colorado Blvd., #70848, Pasadena, California 91107.

2.    Upon information and belief, Defendant Apple is a California corporation having a principal place of business at One Apple Park Way, Cupertino, California, 95014.

## II.  JURISDICTION AND VENUE

3.    This Court has subject-matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

4.    This civil action includes claims for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 100 *et seq*., and, more particularly, 35 U.S.C. §§ 271 and 281.

5.    Defendant Apple is subject to personal jurisdiction in this Judicial District.

6.    Defendant Apple conducts business throughout the United States, including in this Judicial District, and operates Apple Stores in this Judicial District.

7.    For example, through its websites and Apple Stores in this Judicial District, Defendant Apple has advertised, offered to sell, sold, and/or distributed infringing products, and/or induced and/or contributed to the sale and use of infringing products in the United States, including in this Judicial District. Defendant Apple has, directly or through its distribution network, purposefully placed infringing products into the stream of commerce knowing and expecting them to be purchased and used by consumers in the United States, including in this Judicial

District, and such infringing products actually have been purchased and used in the United States and in this Judicial District.

8.     Venue is proper in the Central District of California pursuant to 28 U.S.C. § 1391 and 28 U.S.C. § 1400(b).

9.     One-E-Way resides in this Juridical District.

10.    Defendant Apple has regular and established places of business in this Judicial District, including its operation of Apple Stores throughout this Judicial District.

11.    Defendant Apple has committed acts of infringement within this Judicial District.

### III.  STATEMENT OF THE CASE

12.    This action seeks relief for the infringement of One-E-Way's patents by Defendant Apple.

### IV.  STATEMENT OF FACTS

13.    One-E-Way is a minority-owned small business founded in Pasadena, California, by C. Earl Woolfork, the named inventor on the patents asserted herein. Mr. Woolfork obtained his electrical engineering degree from the University of Southern California in Los Angeles.

14.    Mr. Woolfork first conceived of the wireless audio inventions at issue in the late 1990s while exercising outdoors at the popular Santa Monica Steps in Los Angeles. Mr. Woolfork noticed that many people were having trouble with the wires connecting their audio players to their headsets, which interrupted their exercise routines. Mr. Woolfork set out to create a solution that allowed people to exercise free of wires, while still enjoying high quality music. Mr. Woolfork conceived of an audio system that could wirelessly communicate high quality audio data. Mr. Woolfork filed a patent application to protect his high quality wireless audio inventions, and later founded One-E-Way to commercialize those inventions.

Today, One-E-Way sells its patented wireless audio products through at least its online retail outlet, available at https://shop.wayvz.com/.

15.   Mr. Woolfork obtained and assigned to One-E-Way the Asserted Patents. The inventions address several problems, including reducing interference so that each wireless user can enjoy high quality private listening, even in the proximity of other such wireless users. The common specification of the Asserted Patents explains the use of code division multiple access technology (CDMA) with unique coding to provide private listening despite other wireless audio systems operating nearby in the same frequency band. The patented inventions address interference from other device transmissions in the wireless audio spectrum by using, for example, differential phase shift keying and processing for reduction of intersymbol interference. Techniques in the patented inventions for achieving private listening and for addressing interference are, among other techniques and for example, used by devices compliant with the Bluetooth wireless communication standard, from version 2.0 and all subsequent versions up through and including the current version, version 5.2.

16.   In August 2014, Apple received written notice from One-E-Way regarding One-E-Way's U.S. Patent Nos. 7,865,258 and 8,131,391 (respectively, the "'258 and '391 patents"), as well as One-E-Way's U.S. Patent Nos. 7,412,294 and 7,684,885. In particular, One-E-Way identified certain wireless headphone, earphone and speaker products by Beats Electronics, LLC that infringed at least One-E-Way's '258 and '391 patents. In August and November, 2014, Apple responded to One-E-Way's written notice.

17.   In its November 2014 letter responding to One-E-Way, Apple represented that "Apple acquired Beats Electronics earlier this year," and acknowledged Apple's "investigation" and "careful review of the '258 and '391 patents" for the purpose of Beats or Apple potentially licensing One-E-Way's patents.

18.    On information and belief, Defendant Apple is a provider of Bluetooth-compatible wireless audio products.  Specifically, Defendant Apple offers for sale and sells in the United States wireless earbud products including, at least, its AirPods and AirPods Pro, which were commercially released in the United States in 2016 and 2019, respectively.  Defendant Apple also offers for sale and sells in the United States a wireless speaker product called the HomePod.

19.    Apple has advertised its AirPods, AirPods Pro and HomePod (the "Apple Accused Products") as having Bluetooth connectivity, and has advertised the benefits of their Bluetooth connectivity, for example, at https://www.apple.com/airpods/, https://www.apple.com/airpods-2nd-generation/, https://www.apple.com/airpods-pro/, https://www.apple.com/homepod/ and https://www.apple.com/shop/buy-homepod/homepod/white.

20.    Apple has advertised the Apple Accused Products as having connectivity using Bluetooth version 4.0 or later.

21.    Apple offers for sale and sells in the United States the Apple Accused Products, including in this Judicial District.

22.    On information and belief, Apple advertises and sells Beats wireless audio products, including Powerbeats Wireless Earphones, Powerbeats Pro Wireless Earphones, Powerbeats[3] Wireless Earphones, Beats Solo Pro Wireless Noise Cancelling Headphones, Beats Solo[3] Wireless Headphones, Beats Studio[3] Wireless Headphones, Beats[X] Wireless Earphones, and Beats Pill+ Portable Speaker (collectively, the "Beats Accused Products").

23.    Apple has advertised the Beats Accused Products as having Bluetooth connectivity, and has advertised the benefits of their Bluetooth connectivity, for example, at

- https://www.apple.com/shop/product/MWNV2LL/A/powerbeats-high-performance-wireless-earphones-black,

-4-

- https://www.apple.com/shop/product/MRJA2LL/A/beats-solo-pro-wireless-noise-cancelling-headphones-more-matte-collection-dark-blue,
- https://www.apple.com/shop/product/MX452LL/A/beats-solo3-wireless-headphones-the-beats-icon-collection-satin-silver,
- https://www.apple.com/shop/product/MV702LL/A/powerbeats-pro-totally-wireless-earphones-navy,
- https://www.apple.com/shop/product/MXJA2LL/A/beats-studio3-wireless-headphones-the-beats-skyline-collection-midnight-black,
- https://www.apple.com/shop/product/MX7X2LL/A/beatsx-earphones-the-beats-decade-collection-defiant-black-red, and
- https://www.apple.com/shop/product/ML4M2LL/A/beats-pill-portable-speaker-black.

24.    Apple has advertised the Beats Accused Products as having connectivity for Bluetooth version 4.0 or later.

25.    Apple offers for sale and sells in the United States the Beats Accused Products, including in this Judicial District.

26.    The Apple and Beats Accused Products are compatible with prior versions of Bluetooth, including back to Bluetooth version 2.0.

## V.  THE PATENTS-IN-SUIT

27.    One-E-Way is the owner by assignment of the '391 patent, titled "Wireless Digital Audio Music System," which the United States Patent and Trademark Office duly issued on March 6, 2012. A true and correct copy of the '391 patent is attached hereto as Exhibit 1.

28.    One-E-Way is the owner by assignment of the '047 patent, titled "Wireless Digital Audio Music System," which the United States Patent and Trademark Office duly issued on November 5, 2019. A true and correct copy of the '047 patent is attached hereto as Exhibit 2.

-5-

29.     The '391 and '047 patents are family members in the same chain of patents, and both claim priority back to the original patent application in the chain, U.S. Patent Application No. 10/027,391, filed on December 21, 2001.

30.     One-E-Way manufactures and sells wireless audio devices covered by the Asserted Patents.

## VI.  COUNT I:

## INFRINGEMENT OF U.S. PATENT NO. 8,131,391

31.     Plaintiff hereby realleges and incorporates by reference the allegations set forth in paragraphs 1 through 30.

32.     Defendant Apple's products, including at least the Apple and Beats Accused Products, infringe at least Claim 5 of the '391 patent under 35 U.S.C. § 271(a), (b) and (c).

33.     Defendant Apple has directly infringed one or more claims of the '391 patent through its making, using, importing, offering for sale and/or selling in the United States its Apple and Beats Accused Products.

34.     For example, on information and belief, Defendant's Apple and Beats Accused Products include all of the limitations of Claim 5 of the '391 patent.  More particularly, the Apple and Beats Accused Products are Bluetooth compatible products that comprise a wireless audio receiver.  They receive a unique user code and original audio signal representation from a mobile digital audio transmitter, for example as indicated in the Bluetooth specification, by receiving and using a Bluetooth access code and device address in frequency-hopping communication to receive packets that include data representing audio information.  They also have a direct conversion module that receives the packets, as generally indicated by the low power consumption characteristics that Apple advertises for its Apple and Beats Accused Products.  They decode reduced intersymbol interference coding, for example and again as indicated in the Bluetooth specification, by applying pulse shaping.  They also have independent code division multiple access communication,

1    for example, by using piconet-based, frequency-hopping spread spectrum
2    communication as indicated in the Bluetooth specification.  And they use digital-to-
3    analog conversion and generate audio output, for example, by creating an analog
4    audio signal from received digital representation of the audio signal where the
5    representation is communicated wirelessly in access-coded packets, again as
6    indicated by the Bluetooth specification.  They also generate audio output that does
7    not include audible audio content originating from other device transmissions
8    operating in the digital wireless audio receiver spectrum, for example as indicated
9    in the Bluetooth specification, by using unique addressing to receive the access-
10    coded packets transmitted by the digital audio transmitter.

11    35.   Upon information and belief, Defendant Apple has knowledge of One-
12 E-Way's patents, including the '391 patent, at least based on receiving actual notice
13 of the '391 patent.

14    36.   For example, Defendant Apple had knowledge of the '391 patent prior
15 to the filing of this Complaint.  In 2014, Apple represented that it had conducted a
16 "careful review" of the '391 patent for the purpose of Beats or Apple potentially
17 licensing One-E-Way's patents.

18    37.   Upon information and belief, Defendant Apple has indirectly infringed
19 the '391 patent under 35 U.S.C. § 271(b) by actively inducing the use of, offering
20 for sale, selling, or importing the above-mentioned Apple and Beats Accused
21 Products in the United States, knowing and intending that such products would be
22 used by customers and end users in a manner that infringes the '391 patent.

23    38.   For example, Defendant Apple provides instructions and manuals to its
24 customers and end users on how to pair the Apple and Beats Accused Products with
25 audio transmission devices using a Bluetooth connection.

26    39.   By way of example only, the following excerpt from Apple's website
27 (https://support.apple.com/en-us/HT208718) provides the following instructions
28 regarding Apple's AirPods devices:

-7-

## Use AirPods with a non-Apple device

You can use AirPods as a Bluetooth headset with a non-Apple device. You can't use Siri, but you can listen and talk. To set up your AirPods with an Android phone or other non-Apple device,[3] follow these steps:

1. On your non-Apple device, go to the settings for Bluetooth and make sure that Bluetooth is on.[4] If you have an Android device, go to Settings > Connections > Bluetooth.
2. With your AirPods in the charging case, open the lid.
3. Press and hold the setup button on the back of the case until you see the status light flash white.
4. When your AirPods appear in the list of Bluetooth devices, select them.

40.    Apple provides similar instructions in its customer manuals on how to pair the Apple Accused Products with audio transmission devices using a Bluetooth connection, as shown at the following websites:

- https://manuals.info.apple.com/MANUALS/1000/MA1852/en_US/airpods-2gen-qsg.pdf,
- https://manuals.info.apple.com/MANUALS/1000/MA1919/en_US/airpods-pro-qsg.pdf, and
- https://manuals.info.apple.com/MANUALS/1000/MA1821/en_US/homepod-ios13-qsg.pdf.

41.    By way of additional example, the following instructions are provided for Apple's Beats[X] product (https://www.beatsbydre.com/support/how-to/set-up-and-use-beatsx-earphones):

If you have some other Bluetooth device, follow these steps to pair your earphones with that device:

1.  Press the power button for 5 seconds. When the indicator light flashes, your earphones are discoverable.

2.  Go to Bluetooth settings on your device.

3.  Select your earphones from the list of discovered Bluetooth devices.

-8-

42.     Defendant Apple's customers and end users who use the Apple and Beats Accused Products in accordance with Apple's instructions directly infringe one or more claims of the '391 patent.

43.     Upon information and belief, Defendant Apple knew and intended that these activities, including providing instructions to users of the Apple and Beats Accused Products to pair those products with a Bluetooth transmitter, would cause direct infringement.  Upon information and belief, Defendant Apple knew and intended that these activities, including providing instructions to users of the Apple and Beats Accused Products to pair those products with a Bluetooth transmitter, would cause direct infringement.  For example, Defendant Apple knew that engaging in these activities would cause users of the Apple and Beats Accused Products to establish independent code division multiple access communication with a transmitter device, to establish a unique user code for wireless packet-based communications, to process the packet-based communications for reduction of intersymbol interference, to use digital-to-analog conversion to generate audio output, and to reproduce the audio output without content originating from other device transmitted signals operating in the digital wireless audio receiver spectrum. Defendant Apple's acts therefore constitute infringement of the '391 patent under 35 U.S.C. § 271(b).

44.     Defendant Apple has also indirectly infringed the '391 patent under 35 U.S.C. § 271(c) by contributing to the direct infringement of Apple's customers and end users by making, using, importing, offering for sale and/or selling in the United States its Apple and Beats Accused Products.  For example, the Apple and Beats Accused Products are not staple articles of commerce and are not suitable for any substantial non-infringing use.  To the contrary, their sole substantial use is to be used in an infringing manner by receiving wireless audio from a transmission device through a Bluetooth connection.  Furthermore, as Apple's instructions and manuals referenced above demonstrate, the Apple and Beats Accused Products constitute a

material part of the invention that Defendant Apple knows to be especially made and/or adapted for use in infringing the '391 patent.

45.     Having been on notice of the '391 patent since at least August 2014, Apple has known and intended that its continued actions actively induce and contribute to actual direct infringement of the '391 patent.

46.     Because of Defendant Apple's infringement of the '391 patent, One-E-Way has suffered and will continue to suffer harm and injury, including monetary damages in an amount to be determined at trial.

## VII.  COUNT II:

## INFRINGEMENT OF U.S. PATENT NO. 10,468,047

47.     Plaintiff hereby realleges and incorporates by reference the allegations set forth in paragraphs 1 through 46.

48.     Defendant Apple's products, including at least the Apple and Beats Accused Products, infringe at least Claim 1 of the '047 patent under 35 U.S.C. § 271(a), (b) and (c).

49.     Defendant Apple has directly infringed one or more claims of the '047 patent through its making, using, importing, offering for sale and/or selling in the United States its Apple and Beats Accused Products.

50.     For example, on information and belief, Defendant's Apple and Beats Accused Products include all of the limitations of Claim 1 of the '047 patent.  More particularly, the Apple and Beats Accused Products are Bluetooth compatible products that comprise a portable spread spectrum audio receiver.  They receive and store a unique user code and receive wireless modulation transmissions from a spread spectrum transmitter, for example as indicated in the Bluetooth specification, by receiving and using a Bluetooth access code and device address in frequency-hopping communication to receive packets that include data representing audio information.   They have a direct conversion module that receives wireless modulation transmissions, as generally indicated by the low power consumption

characteristics that Apple advertises for its Apple and Beats Accused Products. They receive wireless modulation transmissions that have been processed to reduce intersymbol interference and also further process the transmissions for intersymbol interference reduction, for example as indicated in the Bluetooth specification, by applying pulse shaping. As also indicated in the Bluetooth specification, they use a digital-to-analog converter to provide an analog audio output that corresponds to a digital audio representation, for example, by creating an analog audio signal from received digital representation of the audio signal where the representation is communicated wirelessly in access-coded packets. They also use a speaker to generate an audio signal where the audio signal does not include audible audio content originating from any audio signals transmitted in a spectrum used by the spread spectrum transmitter that do not originate from the spread spectrum transmitter, for example as indicated in the Bluetooth specification, by using unique addressing to receive the access-coded packets transmitted by the spread spectrum transmitter. They also use independent code division multiple access communication, for example, by using piconet-based, frequency-hopping communication as indicated in the Bluetooth specification, which likewise indicates the use of unique addressing to communicate with only the spread spectrum transmitter during a wireless connection. They also perform at least one of a plurality of demodulations, for example as indicated in the Bluetooth specification, by using differential phase shift keying.

51.     Upon information and belief, Defendant Apple has knowledge the '047 patent, at least based on receiving actual notice through this Complaint.

52.     Upon information and belief, Defendant Apple has indirectly infringed the '047 patent under 35 U.S.C. § 271(b) by actively inducing the use of, offering for sale, selling, or importing the above-mentioned Apple and Beats Accused Products in the United States, knowing and intending that such products would be used by customers and end users in a manner that infringes the '047 patent.

53.     For example, Defendant Apple provides instructions and manuals to its customers and end users on how to pair the Apple and Beats Accused Products with audio transmission devices using a Bluetooth connection.

54.     By way of example only, the following excerpt from Apple's website (https://support.apple.com/en-us/HT208718) provides the following instructions regarding Apple's AirPods devices:

## Use AirPods with a non-Apple device

You can use AirPods as a Bluetooth headset with a non-Apple device. You can't use Siri, but you can listen and talk. To set up your AirPods with an Android phone or other non-Apple device,[3] follow these steps:

1. On your non-Apple device, go to the settings for Bluetooth and make sure that Bluetooth is on.[4] If you have an Android device, go to Settings > Connections > Bluetooth.
2. With your AirPods in the charging case, open the lid.
3. Press and hold the setup button on the back of the case until you see the status light flash white.
4. When your AirPods appear in the list of Bluetooth devices, select them.

55.     Apple provides similar instructions in its customer manuals on how to pair the Apple Accused Products with audio transmission devices using a Bluetooth connection, as shown at the following websites:

- https://manuals.info.apple.com/MANUALS/1000/MA1852/en_US/airpods-2gen-qsg.pdf,
- https://manuals.info.apple.com/MANUALS/1000/MA1919/en_US/airpods-pro-qsg.pdf, and
- https://manuals.info.apple.com/MANUALS/1000/MA1821/en_US/homepod-ios13-qsg.pdf.

56.     By way of additional example, the following instructions are provided for Apple's Beats[X] product (https://www.beatsbydre.com/support/how-to/set-up-and-use-beatsx-earphones):

/ / /

/ / /

/ / /

If you have some other Bluetooth device, follow these steps
to pair your earphones with that device:

1. Press the power button for 5 seconds. When the indicator
   light flashes, your earphones are discoverable.

2. Go to Bluetooth settings on your device.

3. Select your earphones from the list of discovered
   Bluetooth devices.

57.    Defendant Apple's customers and end users who use the Apple and Beats Accused Products in accordance with Apple's instructions directly infringe one or more claims of the '047 patent.

58.    Upon information and belief, Defendant Apple knew and intended that these activities, including providing instructions to users of the Apple and Beats Accused Products to pair those products with a Bluetooth transmitter, would cause direct infringement.  For example, Defendant Apple knew that engaging in these activities would cause users of the Apple and Beats Accused Products to establish independent code division multiple access communication with a spread spectrum transmitter device, to receive and store a unique user code for wireless packet-based communications, to process received wireless modulation transmissions for reduction of intersymbol interference, to use digital-to-analog conversion to provide an analog audio output, to use a speaker to generate an audio signal that does not include audible audio content originating from any audio signals transmitted in a spectrum used by the spread spectrum transmitter that do not originate from the spread spectrum transmitter, and to perform at least one of a plurality of demodulations.  Defendant Apple's acts therefore constitute infringement of the '047 patent under 35 U.S.C. § 271(b).

/ / /

-13-

59.     Defendant Apple has also indirectly infringed the '047 patent under 35 U.S.C. § 271(c) by contributing to the direct infringement of Apple's customers and end users by making, using, importing, offering for sale and/or selling in the United States its Apple and Beats Accused Products.  For example, the Apple and Beats Accused Products are not staple articles of commerce and are not suitable for any substantial non-infringing use.  To the contrary, their sole substantial use is to be used in an infringing manner by receiving wireless audio from a transmission device through a Bluetooth connection.  Furthermore, as Apple's instructions and manuals referenced above demonstrate, the Apple and Beats Accused Products constitute a material part of the invention that Defendant Apple knows to be especially made and/or adapted for use in practicing the inventions of the '047 patent.

60.     By at least the time of trial, Apple will have known and intended that its continued actions would actively induce and contribute to actual direct infringement of the '047 patent.

61.     Because of Defendant Apple's infringement of the '047 patent, One-E-Way has suffered and will continue to suffer harm and injury, including monetary damages in an amount to be determined at trial.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff prays for judgment in its favor against Defendant Apple for the following relief:

A.     Pursuant to 35 U.S.C. § 271, a determination that Defendant Apple and their officers, agents, servants, employees, attorneys and all others in active concert and/or participation with them have infringed the '391 and '047 patents through the manufacture, use, importation, offer for sale, and/or sale of infringing products and/or any of the other acts prohibited by 35 U.S.C. § 271;

B.     Pursuant to 35 U.S.C. § 284, an award compensating Plaintiff for Defendant Apple's infringement of the '391 and '047 patents through payment of not less than a reasonable royalty on Defendant Apple's sales of infringing products;

C. Pursuant to 35 U.S.C. § 285, a finding that this is an exceptional case, and an award of reasonable attorneys' fees and non-taxable costs;

D. An assessment of prejudgment and post-judgment interest and costs against Defendant, together with an award of such interest and costs, pursuant to 35 U.S.C. § 284; and

E. Such other and further relief as this Court may deem just.


Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP


Dated: July 16, 2020      /s/ *Douglas G. Muehlhauser*
                          Douglas G. Muehlhauser
                          Payson LeMeilleur
                          Attorneys for Plaintiff
                          ONE-E-WAY, INC.

**DEMAND FOR JURY TRIAL**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff One-E-Way hereby demands a trial by jury on all issues so triable.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: July 16, 2020          /s/ *Douglas G. Muehlhauser*
Douglas G. Muehlhauser
Payson LeMeilleur
Attorneys for Plaintiff
ONE-E-WAY, INC.

32793780