Douglas G. Muehlhauser (SBN 179495)
doug.muehlhauser@knobbe.com
Payson LeMeilleur (SBN 205690)
payson.lemeilleur@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: 949-760-0404
Facsimile: 949-760-9502

Attorneys for Plaintiff
ONE-E-WAY, INC.

COOLEY LLP
HEIDI L. KEEFE (178960)
(hkeefe@cooley.com)
LOWELL D. MEAD (223989)
(lmead@cooley.com)
BENJAMIN S. LIN (232735)
(blin@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: 650-843-5000
Facsimile: 650-849-7400

Attorneys for Defendant
APPLE INC.

[*Counsel for Defendant continued on next page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ONE-E-WAY, INC., a California corporation, | Case No. 2:20-CV-06339-JSK-GJS |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | Hon. John A. Kronstadt |
| APPLE INC., a California corporation, | |
| Defendant. | |

1  COOLEY LLP
   ERIK B. MILCH (VA SBN 46375)
2  (admitted *pro hac vice*)
   (emilch@cooley.com)
3  11951 Freedom Drive, Suite 400
   Reston, VA 20190
4  Telephone: (703) 456-8000
   Facsimile: (703) 456-8100
5
   COOLEY LLP
6  PHILLIP E. MORTON (VA SBN 71299)
   (admitted *pro hac vice*)
7  (pmorton@cooley.com)
   1299 Pennsylvania, N.W, Suite 700
8  Washington, DC 20004
   Telephone: (202) 842-7800
9  Facsimile: (202) 842-7889

10 Attorneys for Defendant
   APPLE INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiff One-E-Way, Inc. ("One-E-Way") and Defendant Apple Inc. ("Apple"), through their respective undersigned counsel, hereby provide this Joint Status Report regarding the status of the petitions for *inter partes* review ("IPR") in compliance with the Court's Order issued on May 28, 2021 (Dkt. 53).

Apple filed five IPR petitions on December 4, 2020 challenging each of the three patents asserted by One-E-Way in this case:

| Date Filed | IPR Review # | Patent & Challenged Claims |
|---|---|---|
| 12/4/2020 | IPR2020-00283 | U.S. Pat. No. 8,131,391 ('391 patent), claims: 1, 3-6, 10 |
| 12/4/2020 | IPR2020-00284 | U.S. Pat. No. 10,468,047 ('047 patent), claims: 1-16 |
| 12/4/2020 | IPR2020-00285 | U.S. Pat. No. 10,468,047 ('047 patent), claims: 17-20 |
| 12/4/2020 | IPR2020-00286 | U.S. Pat. No. 10,129,627 ('627 patent), claims: 1-4, 10-11 |
| 12/4/2020 | IPR2020-00287 | U.S. Pat. No. 10,129,627 ('627 patent), claims: 5-6, 12 |

One-E-Way filed its Patent Owner's Preliminary Responses to the '391 and '047 Patent petitions on March 16, 2021. One-E-Way filed its Patent Owner's Preliminary Response to the '627 Patent petitions on March 22, 2021.

On June 11, 2021, the Patent Trial and Appeal Board issued decisions on all five pending IPR petitions, denying institution of *inter partes* review in each Petition. The deadline to file a request for rehearing of each decision is July 12, 2021.

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| Dated: June 21, 2021 | */s/ Douglas G. Muehlhauser* |
|   | Douglas G. Muehlhauser |
|   | Payson LeMeilleur |
|   | Attorneys for Plaintiff |
|   | ONE-E-WAY, INC. |
|   | COOLEY LLP |
| Dated: June 21, 2021 | */s/ Heidi L. Keefe* |
|   | Heidi L. Keefe |
|   | Lowell D. Mead |
|   | Benjamin S. Lin |
|   | Phillip E. Morton |
|   | Erik B. Milch |
|   | Attorneys for Defendant |
|   | APPLE INC. |

**L.R. 5-4.3.4(a)(2)(i) Attestation:**

All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Douglas G. Muehlhauser*
Doug G, Muehlhauser