1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

WESTERN DIVISION

11

| | |
|---|---|
| 12 ONE-E-WAY, INC., a California Corporation, | Case No. 2:20-CV-06339-JAK-GJS |
| 13 | **DECLARATION OF CHRISTOPHER HANSEN, PH.D** |
| 14 Plaintiff, | |
| 15 v. | |
| 16 APPLE, INC., a California Corporation, | |
| 17 Defendant. | |

18
19      I, Christopher Hansen, hereby declare as follows:

20      1.      I am over the age of 18 and competent to make this declaration.  If called
to testify as a witness in this matter, I could and would testify truthfully to each of
the matters herein.

22      2.      I have been retained by Apple Inc. ("Apple") as an independent
technical expert in this matter.

24      3.      I am being compensated for my work on this case at my standard rate of
$400 per hour. I am also being reimbursed for any out-of-pocket expenses I incur in
relation to my work. None of my compensation depends on the outcome of this

27
28

litigation or on the nature of any particular opinions I provide. I do not have any other interests in this case or in any of the parties.

4.    I have been asked by counsel for Apple to provide my analysis and opinions with respect to certain technical questions and issues relating to how a person of ordinary skill in the relevant field would have understood certain terms, phrases, and concepts relating to U.S. Patent Nos. 8,131,391, 10,129,627, and 10,468,047. I am informed and understand that these three patents share substantially the same written description. For convenient reference, this declaration cites to the '391 patent specification for content that is shared by the three patents.

5.    The issues I was asked to address, and my opinions regarding each issue, are set forth below.

## Qualifications

6.    I am the owner and President of Covariant Corporation, a Los Altos, California corporation that I founded in 2013. Covariant Corporation provides consulting services for companies developing wireless communications equipment, components, integrated circuits, software, and technical standards. Through Covariant, I actively work on state-of-the-art communications systems, solve difficult technical problems, and develop new standards, including amendments to IEEE 802.11. I also provide technical assistance in patent prosecution and patent litigation matters. Before founding Covariant, I was employed by multiple Silicon Valley corporations for more than 15 years developing new technology in the fields of Wi-Fi/IEEE 802.11, Bluetooth, mmWave, and xDSL. These technologies are routinely used by and in consumer electronics products. I am a named inventor on more than 100 issued patents in these fields.

7.    I received my Ph.D. in Electrical Engineering from the University of California, Los Angeles in 1997. My research work was in wireless communications and I completed course work in signal processing and integrated circuits. For my dissertation, I developed and analyzed new distributed algorithms for power control

DECL. OF CHRISTOPHER HANSEN
2:20-CV-06339-JSK-GJS

and adaptive antennas. My research work was funded by a graduate fellowship from Rockwell Corporation and I taught electronic communications to electrical engineering undergraduates as a teaching assistant.

8.      I also hold an M.S. in Electrical Engineering from the University of Massachusetts, Amherst and a B.S. in Electrical Engineering from Rensselaer Polytechnic Institute in Troy, NY. At Rensselaer, I was chief engineer of the 10,000 watt FM college radio station, WRPI. At WRPI I maintained the transmitter equipment and audio electronics, engineered live broadcasts of sports events, and assisted with classical music recordings.

9.      Over the past 30 years, I have worked on numerous projects and developed many technical skills. These include physical layer (PHY) algorithm development for both wireless and wireline communication systems, signal processing algorithm evaluation, embedded software development, RF circuit and system design, and technical standards development. I have extensive knowledge of the theory and practice of IEEE 802.11 wireless networks at both the PHY and MAC layers. I write software code in Matlab, C, C++, and Python and hardware code in Verilog and VHDL. I actively maintain my skills through my consulting projects and standards participation activities.

10.      I have considerable experience developing wireless standards and technology for consumer electronics. One example is the Bluetooth/802.11 Alternate MAC/PHY which was the hallmark feature of the Bluetooth 3.0 release. I was one of the inventors of this technology in 2007 and co-chaired the Bluetooth SIG committee that wrote the specifications used in the standard in 2007-2008.

11.      A current copy of my *curriculum vitae*, which provides further detail regarding my relevant technical, academic, and industry experience, is provided with this declaration as **Appendix A**.

## **Legal Principles**

**DECL. OF CHRISTOPHER HANSEN
2:20-CV-06339-JSK-GJS**

12.     I am not an attorney and am not offering opinions on issues of law. I have been informed by counsel for Apple of the legal principles set forth in this section.

13.     I have been informed that the law requires certain questions relating to patent claims to be evaluated from the perspective of a "person of ordinary skill in the art." I understand from counsel that considerations that may be relevant to determining the level of "ordinary skill" include (1) the educational level of the inventor; (2) type of problems encountered in the art; (3) prior art solutions to those problems; (4) rapidity with which innovations are made; (5) sophistication of the technology; and (6) educational level of active workers in the field.

14.     I understand that, by default, the terms in a patent claim are given the ordinary meaning that they would have had to a person of skill in the field to which they relate, at the time of the invention. I also understand, however, that a patent may redefine a term, either explicitly or implicitly. In that case, the definition provided by the patent controls, even if that definition differs from the ordinary meaning of the term.

15.     I also understand that patents may use terms that do not have an ordinary meaning in the art. In that case, I understand that the definition to the term must be found in the intrinsic evidence; that is, the patent and its prosecution history.

16.     Finally, I understand that a patent claim is required to be definite; that is, it must allow a person of ordinary skill in the relevant field to determine, with reasonable certainty, the boundaries of the claim. I am informed that if a patent claim does not meet this standard, it is invalid as indefinite.

## Materials Considered

17.     A list of the materials I considered in this matter is provided in **Appendix B** to this declaration.

## Opinions

### Level of Ordinary Skill in the Art

18.    I am informed by counsel that plaintiff One-E-Way, Inc. ("One-E-Way") asserts an effective patent filing date in December 2001.  I am informed by counsel that at least the following two definitions of a person of ordinary skill in the art have previously been identified.

- "A person of ordinary skill in the art of wireless audio telecommunications around the year 2001 would have had a Bachelor of Science degree and at least one year of experience working as an engineer in a telecommunications-related field. Alternatively, a person of ordinary skill in the art could have more work experience and less formal education, or more formal education and less work experience. For example, someone with a Bachelor of Science and one year of graduate-level formal education in a telecommunications-related field would be a person of ordinary skill in the art. Someone with at least five years of experience working as an engineer in a telecommunications-related field would also be a person of ordinary skill in the art."

- "In my opinion, a person of ordinary skill in the art as of December 2001 would have a Bachelor of Science degree in electrical engineering or a related field, and around two years of experience in the design or implementation of wireless communications systems, or the equivalent. Alternatively, a person of ordinary skill in the art would have around six years of experience in the design or implementation of wireless communications systems, or the equivalent."

19.    In my opinion, the second formulation is more accurate.  The first formulation could encompass a person who had a Bachelor of Science degree in a field not related to electrical engineering, such as biology or chemistry, plus either one year either working as an engineer in a telecommunications-related field or one year of graduate-level formal education in a telecommunications-related field.  In my opinion, that would have been a lower level of relevant experience than the ordinary level of skill in the art as of December 2001.

DECL. OF CHRISTOPHER HANSEN
2:20-CV-06339-JSK-GJS

20.     Although I believe the second formulation is more accurate, I have been asked by counsel to render my opinions taking into account both of these formulations.  In my opinion, the opinions that I render herein apply equally under either formulation.  My opinions would also apply equally if the level of ordinary skill in the art included an additional year or two of relevant educational and/or work experience.

21.     I personally had relevant experience as of December 2001 that exceeded both of these formulations of the level of ordinary skill in the art, as reflected in my qualifications summarized above and in my curriculum vitae.  However, I have rendered my opinions applying these formulations of the level of ordinary skill in the art as set forth above.

**"Module adapted to reproduce said generated audio output"**

22.     I have been asked to consider the following claim elements as recited in the following claims of U.S. Patent No. 8,131,391:

- Claim 1: "a module adapted to reproduce said generated audio output in response to the unique user code bit sequence being recognized, said audio having been wirelessly transmitted and reproduced virtually free from interference from device transmitted signals operating in the wireless headphone spectrum"

- Claim 3: "a module adapted to reproduce said generated audio output, said audio having been wirelessly transmitted from said portable audio player and reproduced virtually free from interference from device transmitted signals operating in the wireless digital audio system spectrum."

- Claim 4: "a module adapted to reproduce said generated audio output, said audio having been wirelessly transmitted from said audio player virtually free from interference from device transmitted signals operating in the wireless digital audio system spectrum."

6

- Claim 5: "a module adapted to reproduce said generated audio output, said audio having been wirelessly transmitted from a portable audio player virtually free from interference from device transmitted signals operating in the digital wireless audio receiver spectrum"

- Claim 6: "a module adapted to reproduce said generated audio output, said audio having been wirelessly transmitted and reproduced virtually free from interference from device transmitted signals operating in the wireless headphone spectrum"

- Claim 10: "a module adapted to reproduce said generated audio output, said audio having been wirelessly transmitted and reproduced virtually free from interference from device transmitted signals operating in the wireless headphone spectrum"

23.    In context, each claim first recites a digital-to-analog converter (DAC) for generating an audio output of an original audio signal representation, and then recite the above-stated "module adapted to reproduce said generated audio output . . . ."

24.    I have been asked to consider whether a person of ordinary skill in the art would have understood these above-stated claim elements to recite (1) sufficiently definite structure for performing the functions that they recite, or (2) function without reciting sufficient structure for performing that function, in the context of the patent claim language and specification.

25.    In my opinion, a person of ordinary skill in the art would have understood that these claim elements do not recite a specific structure that would have been understood to be capable of performing the function recited in each claim element.  In this context, the term "module" would not have been understood to connote a specific structure that is capable of performing the recited function. Instead, the term "module" would have been understood to be a placeholder for

something that would be capable of performing the function stated in the claim, such as one or more hardware and/or software components.

26.    The claim language of "adapted to reproduce said generated audio output" would have been understood to identify only a desired functional result—reproducing generated audio output—not a particular structure for achieving that desired result.

27.    I have been asked to determine which structure, if any, in the patent specification corresponds to the recited function of reproducing the generated audio output.  The claims at issue recite a digital-to-analog converter to generate an audio output of an original audio signal representation.  The claims then recite the "module adapted to reproduce said generated audio output."  The specification describes that the headphone contains "[a] digital-to-analog converter **70** (DAC) may be used to transform the digital signal to an analog audio signal."  '391 patent, col. 4:17-20. After filtering by a low pass filter **72** and processing by a power amplifier **74**, the audio is played to the user by headphone speakers **75**.  '391 patent, col. 4:21-28.  In this respect, it would be understood that the headphone speakers **75** correspond to the function of reproducing the audio output generated by the digital-to-analog converter.

**"Direct conversion module . . ." elements.**

28.    I have been asked to consider the following claim elements as recited in the following claims of U.S. Patent No. 8,131,391, 10,129,627, and 10,468,047:

- '391 claim 1: "a direct conversion module configured to capture packets and the correct bit sequence within the packets aided by lowering signal detection error through reduced intersymbol interference coding of said audio representation signal respective to said headphone receiver and said mobile digital audio transmitter, said packets embedded in the received spread spectrum signal, the captured packets corresponding to the unique user code"

- '391 claim 3: "a direct conversion module configured to capture packets and the correct bit sequence within the packets aided by lowering signal detection

error through reduced intersymbol interference coding of said audio representation signal respective to said headphone and mobile said digital audio transmitter operatively coupled to said audio player, said packets embedded in the received spread spectrum signal, the captured packets corresponding to the unique user code"

- '391 claim 4: "a direct conversion module configured to capture packets and the correct bit sequence within the packets aided by lowering signal detection error through reduced intersymbol interference coding of said audio representation signal respective to said mobile digital audio receiver and mobile said digital audio transmitter operatively coupled to said audio player, said packets embedded in the received spread spectrum signal, the captured packets corresponding to the unique user code"

- '391 claim 5: "a direct conversion module configured to capture packets and the correct bit sequence within the packets aided by lowering signal detection error through reduced intersymbol interference coding of said audio representation signal respective to mobile said digital audio receiver and said mobile digital audio transmitter, said packets embedded in a received spread spectrum signal, the captured packets corresponding to the unique user code"

- '391 claim 6: "a direct conversion module configured to capture packets and the correct bit sequence within the packets aided by lowering signal detection error through reduced intersymbol interference coding of said audio representation signal respective to said headphone and said mobile digital audio transmitter, said packets embedded in the received spread spectrum signal, the captured packets corresponding to the unique user code"

- '391 claim 10: "a direct conversion module configured to capture packets and the correct bit sequence within the packets aided by lowering signal detection error through reduced intersymbol interference coding of said audio representation signal respective to said headphone and said mobile digital

DECL. OF CHRISTOPHER HANSEN
2:20-CV-06339-JSK-GJS

audio transmitter, said packets embedded in the received spread spectrum signal, the captured packets corresponding to the unique user code"

- '627 claim 1: "a direct conversion module configured to receive wireless spread spectrum signal transmissions representative of the unique user code and the high quality audio signal representation, wherein the received transmissions are encoded to reduce intersymbol interference, wherein the wireless digital audio spread spectrum receiver is capable of processing the high quality audio signal having a frequency range of 20 Hz to 20 kHz"

- '627 claim 3: "a direct conversion module configured to receive wireless transmissions representative of the high quality audio signal representation, wherein the received wireless transmissions are encoded to reduce intersymbol interference"

- '047 claim 1: "a direct conversion module configured to receive wireless modulation transmissions representative of said audio signal representation and which have been processed to reduce intersymbol interference"

29.    I have considered these elements in the contexts of the surrounding claim elements and the patent specification.

30.    I have been asked to consider whether a person of ordinary skill in the art would have understood these above-stated claim elements to recite (1) sufficiently definite structure for performing the functions that they recite, or (2) function without reciting sufficient structure for performing that function, in the context of the patent claim language and specification.

31.    In my opinion, a person of ordinary skill in the art would have understood that these claim elements do not recite a specific structure that would have been understood to be capable of performing the function recited in each claim element.  In this context, in each element, the term "module" would not have been understood to connote a specific structure that is capable of performing the recited function.  Instead, the term "module" would have been understood to be a placeholder

for something that would be capable of performing the function stated in the claim, such as one or more hardware and/or software components.

32.    Each claim element starts by reciting a "direct conversion module . . ." The technique of "direct conversion" in this context had a well-known meaning in the field as of December 2001.  The meaning relates to the conversion of frequencies between "baseband" and radio frequency ("RF").  "Baseband" generally refers to the original frequency range of a transmission signal before it is modulated onto a carrier for transmission.   For example, an audible audio signal may have a baseband frequency range between 20 Hz to 20 kHz, which humans can hear.  When an audio signal is transmitted on an RF carrier, the signal is modulated to a much higher frequency range that is inaudible to humans.  After the transmitted signal is received by a receiver, the RF frequency range is typically down converted either to baseband or to an "intermediate frequency" ("IF") that is not baseband.

33.    Prior to December 2001, there were multiple well-known techniques for down converting a received signal.  One technique was known as "direct conversion," which was also sometimes referred to as "zero-IF" or "homodyne."   In direct conversion, the received signal is directly converted from RF to baseband in a single step, without any IF.  As the name suggests, it is a "direct" conversion to baseband.

34.    As an alternative to direct conversion, there were techniques for down converting the received signal from RF to an IF.  There were "super-heterodyne" or "dual-conversion" techniques where the received signal was first down converted from RF to an IF, and then further down converted from IF to baseband in a separate step.   Direct conversion was also different from "low IF" and "near-zero IF" techniques where the signal is down converted from RF to an IF that is not baseband.

35.    There were various technical considerations at the time as to why one might or might not design a transmission system to use direct conversion as opposed to an IF conversion.  These included considerations of cost, complexity, and power consumption.  For example, direct conversion was conceptually a simple approach

11

insofar as it required only one down conversion directly to baseband, but the physical properties of direct conversion also created other technical issues that needed to be addressed. For example, a radio receiver that employs direct conversion would be more susceptible to noise at low frequencies and to DC offsets.

36. I personally worked on transmission system and receiver design projects that used direct conversion receivers while a graduate student at UCLA from 1993-1997 and while employed at Broadcom starting in January 2000 through 2003. More recently, I have worked on direct conversion transceivers in consulting projects from 2018-2020.

37. I also am a named inventor on a number of U.S. patents filed in the early 2000s when I was employed by Broadcom Corporation that discuss direct conversion techniques and contrast direct conversion with techniques that down convert to an IF. Below are some relevant excerpts from patents on which I am the sole named inventor. Emphasis is added to the quoted text from these patents.

> As stated above, FIG. 1 illustrates a **direct conversion receiver, where the input signal received by the antenna 116 is down-converted directly to baseband by a single mixer stage**. **In contrast, a dual-conversion (or super-heterodyne) receiver configuration includes multiple mixer stages to down-convert the input signal to baseband, and therefore the input signal is down-converted to an intermediate (IF) frequency before being down-converted to baseband**. As a result, the individual frequency translations (in Hz) performed by a dual conversion receiver are typically smaller than the frequency translation performed in a direct conversion receiver. For example, given an input frequency of 1 Ghz, **a direct conversion receiver translates this input signal directly to baseband**, so as to produce a frequency shift of approximately 1 Ghz (assuming a DC baseband signal). Whereas, a dual conversion receiver translates the input signal to an IF frequency, e.g. 275 Mhz, and then to baseband.

U.S. Patent No. 7,020,220, filed June 18, 2002, col. 4:54-5:4.

> Active mixers used in **direct conversion radios, as well as radios that employ an intermediate conversion step**, typically comprise input transconductance elements, switches and an output load. . . .

> The wireless communication device of FIG. 2 is one that may be implemented to include **either a direct conversion from RF to baseband and baseband to RF or for a conversion by way of a low intermediate frequency**. . . .

DECL. OF CHRISTOPHER HANSEN
2:20-CV-06339-JSK-GJS

While one embodiment of the present invention includes local oscillation module 74, up-conversion module 82 and down-conversion module 70 that are implemented to perform **direct conversion between baseband and RF**, it is understand that the principles herein **may also be applied readily to systems that implement an intermediate frequency conversion step at a low intermediate frequency**.

U.S. Patent No. 7,702,291, filed March 31, 2004, col. 2:25-29; 8:1-4, 8:18-25.

**Any frequency conversion that may need to be performed may possibly be performed by direct conversion from carrier frequency to a baseband frequency. This frequency conversion may alternatively be performed via an IF (Intermediate Frequency).** In whichever embodiment, the received continuous-time signal is typically brought down in frequency to a baseband continuous-time signal when performing this method.

U.S. Patent No. 7,617,439, filed December 1, 2005, col. 8:42-49.

38.     I note that various references dating before December 2001 also describe and define "direct conversion" as the technique for down converting directly from RF to baseband in a single step.   These references are consistent with the understanding of "direct conversion" that a person of ordinary skill in the art as of December 2001 in this context.   These references contrast "direct conversion" versus techniques that down convert to an IF such as "near-zero IF" or "low IF" techniques which would not have been considered "direct conversion" techniques in this context. The following are some excerpts.

39.     The reference *RF Engineering for Wireless Networks: Hardware, Antennas, and Propagation* by Daniel M. Dobkin (2005) discusses direct conversion receivers and IF filtering.   The reference states on page 112:  "Why not skip the IF stage?  Two increasingly common architectural alternatives to superhet radios, direct conversion and near-zero IF (NZIF), attempt exactly this approach.   A direct-conversion radio is what it purports to be: *RF signals are converted to baseband in a single step* (Figure 4-4)."   Figure 4-4 is reproduced below.

**Figure 4-4: WLAN Direct Conversion Frequency Plan**

40.    I note that the ITC claim construction order from 2015 cited Dobkin at page 112 and stated that Dobkin "states that a direct conversion module may convert to very near baseband."   ITC Order at 43.   That statement in the ITC claim construction order is not correct.   Dobkin does not state that a direct conversion module may convert to very near baseband.   As Dobkin notes, "direct conversion" was different from "near-zero IF."   Dobkin at 112.   These are "[t]wo" different "alternatives," as Dobkin states.   *Id.*   In a "direct-conversion radio," "RF signals are converted to baseband in a single step."   *Id.*   This meaning was consistent with the understanding of "direct conversion" that a person of ordinary skill in the art would have had in reviewing the One-E-Way patents and claims.

41.    Other references discussing types of receivers are consistent with Dobkin.   "Bluetooth Radio Architectures" by James Gilb (2000) discusses four different types of receiver, namely "High IF (HIF), Low IF (LIF), Very Low IF (VLIF), and Direct Conversion Receiver (DCR) or Zero IF (ZIF)."   Gilb at 4.   Gilb states:   "**Direct Conversion Receiver (DCR)**   Also referred to as Zero IF (ZIF), ***the RF signal is mixed directly to baseband*** . . . ."   Pages 4-5 (emphasis added).   This meaning of "direct conversion" – the RF signal is mixed directly to baseband, in contrast with "Low IF (LIF)" or "Very Low IF (VLIF)" techniques that do not down convert directly to baseband – was consistent with the understanding of "direct

DECL. OF CHRISTOPHER HANSEN
2:20-CV-06339-JSK-GJS

conversion" that a person of ordinary skill in the art would have had in reviewing the One-E-Way patents and claims.

42.    The textbook *RF Microelectronics* by Behzad Razavi (1998) states on page 129: "In our study of heterodyne receivers, the reader may have wondered why the RF spectrum is not simply ***translated to the baseband in the first downconversion***. Called 'homodyne,' '*direct-conversion*,' or 'zero-IF' architecture, this type of receiver entails vastly different issues from heterodyne topologies." (emphasis added).  This meaning of "direct conversion" – the RF is translated to baseband in the first down conversion – was consistent with the understanding of "direct conversion" that a person of ordinary skill in the art would have had in reviewing the One-E-Way patents and claims.

43.    The article in *Microwave Journal* entitled "On the Direct Conversion Receiver – A Tutorial" by Ashkan Mashhour et al. (2001), provides a similarly consistent meaning.  Mashhour contrasts low IF receivers with direct conversion receivers:  "As its name [low IF conversion receiver] indicates, instead of ***directly converting the signal to baseband***, the LO is slightly offset from the RF carrier, typically one to two channels. . . . The low IF signal may be translated to baseband through another mixer, or preferably, in the digital domain following analog-to-digital (A/D) conversion."  Page 4 (emphasis added).  This meaning of "direct conversion" here – directly converting the signal to baseband – was consistent with the understanding of "direct conversion" that a person of ordinary skill in the art would have had in reviewing the One-E-Way patents and claims.  A person of ordinary skill in the art would have understood the difference between "direct conversion" and a "low IF" conversion as described by Mashhour.

44.    The IEEE publication "Direct-Conversion Radio Transceivers for Digital Communications" by Asad Abidi (1995) provides the same meaning, distinguishing a non-zero IF down conversion from a "zero-IF" down conversion which is direct conversion.  Abidi describes at pages 1400 to 1401: "Suppose that

the IF in a superheterodyne is reduced to zero. . . . This zero-IF scheme is also called direct-conversion."

45.    The publication "Direct Conversion Receivers: A Buyer's Guide" by Janine Sullivan (2001) similarly discusses direct conversion receivers with the same meaning, where "direct conversion" is the technique for "***[d]irectly down converting from RF to baseband*** . . . ." Page 1 (emphasis added).  Sullivan introduces "[d]irect down conversion" as distinct from "its companion" technique of "very low IF (VLIF) or near-zero IF." Page 1.  This meaning of "direct conversion" here – directly down converting the signal from RF to baseband, in contrast with the different technique of "very low IF (VLIF) or near-zero IF" – was consistent with the understanding of "direct conversion" that a person of ordinary skill in the art would have had in reviewing the One-E-Way patents and claims.  A person of ordinary skill in the art would have understood the difference between "direct conversion" versus "very low IF" or "near-zero IF" conversion as described by Sullivan.

46.    In my opinion, a person of ordinary skill in the art reading the specification and claims of the three asserted patents would have understood "direct conversion" to refer to the well-known technique of converting from RF to baseband in a single step.  The specification provides as follows.  Emphasis has been added to the text.

Particularly, the received spread spectrum signal may be communicated to a 2.4 GHz **direct conversion receiver or module 56**. Referring to FIGS. 1 through 4, the spread spectrum modulated signal from transmit antenna 24 may be received by receiving antenna 52 and then processed by spread spectrum direct conversion receiver or module 56 with a receiver code generator 60 that contains the same transmitted unique code, in the battery powered receiver 50 headphones. The transmitted signal from antenna 24 may be received by receiving antenna 52 and communicated to a wideband bandpass filter (BPF). The battery powered receiver 50 may utilize embedded fuzzy logic 61 (as graphically depicted in FIGS. 1, 4) to optimize the bit detection of the received user code. **The down converted output signal of direct conversion receiver or module 56** may be summed by receiver summing element 58 with a receiver code generator 60 signal. The receiver code generator 60 may contain the same unique wireless transmission of a signal code word that was transmitted by audio transmitter 20 specific to a particular user. Other code words from wireless digital audio systems 10 may appear as noise to audio receiver

16

50. This may also be true for other device transmitted wireless signals operating in the wireless digital audio spectrum of digital audio system 10. This code division multiple access (CDMA) may be used to provide each user independent audible enjoyment. The resulting summed digital signal from receiving summary element 58 and direct conversion receiver or module 56 may be processed by a 64-Ary demodulator 62 to demodulate the signal elements modulated in the audio transmitter 20. A block de-interleaver 64 may then decode the bits of the digital signal encoded in the block interleaver 40. Following such, a Viterbi decoder 66 may be used to decode the bits encoded by the channel encoder 38 in audio transmitter 20. A source decoder 68 may further decode the coding applied by encoder 36. . . .

**The next step may process the digital signal to return the signal to analog or base band format for use in powering speaker(s) 75. A digital-to-analog converter 70 (DAC) may be used to transform the digital signal to an analog audio signal**. An analog low pass filter 72 may be used to filter the analog audio music signal to pass a signal in the approximate 20 Hz to 20 kHz frequency range and filter other frequencies. The analog audio music signal may then be processed by a power amplifier 74 that may be optimized for powering headphone speakers 75 to provide a high quality, low distortion audio music for audible enjoyment by a user wearing headphones 55.

'391 patent, col. 2:64-3:31, 4:17-28.

47.    I also note that the patent application filed in December 2001 contains the following similar content.  Emphasis has been added to the text.

The transmitted signal from transmit antenna 24 may be received by receiving antenna 52 and communicated to a wideband band pass filter (BPF) 54. The received spread spectrum signal may then be communicated to a **2.4 GHz direct conversion receiver 56**. **The direct conversion receiver 56 may provide a method for down converting the received signal while utilizing timing and synchronization to capture the correct bit sequence embedded in the received spread spectrum signal**. The audio receiver 50 may utilize fuzzy logic (or continuous logic) to optimize performance of the audio receiver 50.

**The down converted output signal of the direct conversion receiver 56** may be summed in receiver summing element 58 with a receiver code generator 60 signal. The receiver code generator 60 may contain the same unique code word that was transmitted by the audio transmitter 20 specific to a particular a user. Other code words from wireless digital audio systems 10 may appear as noise to a particular audio receiver 50. This may also be true for other device transmitted signals operating in the wireless digital audio system 10 spectrum. This code division multiple access (CDMA) may be used to provide each user independent operation.

The resulting summed digital signal from receiving summary element 58 may be processed by a 64-Ary demodulator 62 to demodulate the signal elements modulated in the audio transmitter 20. A block de-interleaver 64 may then decode the bits of the digital signal encoded in the block interleaver 40. Following such, a Viterbi decoder 66 may be

used to decode the bits encoded by the channel encoder 38 in the audio transmitter 20. A source decoder 68 may further decode the coding applied by the encoder 36. The resultant processed digital signal may thereby be condition to represent the original signal processed and transmitted by the audio transmitter 20.

**The next step may process the digital signal to return the signal to analog or base band format for use in powering a speaker 54. A digital-to-analog converter 70 (DAC) may be used to transform the digital signal to an analog audio signal.** An analog low pass filter 72 may be used to filter the analog audio signal to pass a signal in the approximate 20 Hz to 20 kHz frequency range and filter other frequencies. The analog audio signal may then be processed by a power amplifier 74 that may be optimized for powering a headphone speaker 54 to optimize a high quality, low distortion signal for hearing by a user wearing the headphones 55.

U.S. Pub. Pat. App. 2003/0118196 A1, [0015]-[0018].

48.    Based on the description in the specification, both by itself and in consideration of the December 2001 application, the disclosure of "direct conversion" would have been understood by a person of ordinary skill in the art to refer to down converting from RF to baseband in a single step. The disclosure of the "2.4 GHz direct conversion receiver or module 56" similarly would have been understood to refer to a receiver or module capable of performing direct conversion, that is, down converting from the RF at 2.4 GHz to baseband in a single step.

49.    The specification further confirms this understanding when it indicates that when the digital signal is converted to an analog signal through the digital-to-analog converter (DAC), this returns the signal to "base band" format. In context, a person of ordinary skill in the art would have understood this to disclose that the direct conversion receiver or module 56 down converted the received signal to baseband in a single step, so that when the received signal is converted from digital to analog form, the signal is at baseband frequency.

50.    I have been asked to consider what structure, if any, in the patent specification, would correspond to the functions recited in the claims that recite the "direct conversion module . . ." claim elements as set forth previously. In my opinion, to the extent the specification describes structure that performs each set of recited

functions, the corresponding structure would be understood to be the direct conversion receiver or module 56. Notably, as reflected in the specification passages cited previously, the direct conversion receiver or module 56 is described in the patent as having some additional capability beyond simply the bare function of down conversion from RF. For example, the specification states that the received signal is "processed by spread spectrum direct conversion receiver or module 56 with a receiver code generator 60 that contains the same transmitted unique code," which would be understood to be some specific configuration and/or programming to provide the additional capability of recognizing the unique code, though no further details are provided. '391 patent, col. 2:66-3:5. The specification also describes that the direct conversion receiver or module 56 is receiving and down converting a certain spread spectrum signal that has been transmitted over a channel with an approximately 2.4 GHz frequency range, which also would be understood to be some specific configuration and/or programming to provide the additional capability of operating with an RF frequency in the neighborhood of 2.4 GHz, though no further details are provided.

51.    Nothing in the specification would have disclosed to a person of ordinary skill in the art any down conversion from RF to "very near baseband." Nothing in the specification discloses any capability from alternatively converting from RF to baseband or converting from RF to "very near baseband." There is no disclosure in the specification that the direct conversion receiver or module 56 would be capable of multiple different techniques of down conversion, including both direct conversion and conversion to "very near baseband." A person of ordinary skill in the art would not have understood "direct conversion" as set forth in the patents and claims to contemplate converting from RF to an IF, and would not have understood "direct conversion" in this context to contemplate converting from RF to "very near baseband" as One-E-Way has proposed. If the "direct conversion" recited in the claims of the One-E-Way patents were construed to encompass down conversion

from RF to "baseband or very near baseband," as One-E-Way proposes, then there would be no objective boundaries disclosed in the patents as to what would or would not qualify as "very near baseband." The specification does not describe "very near baseband," does not provide any examples of "very near baseband," and does not otherwise provide any points of comparison to determine whether or not a down conversion qualifies as "very near baseband."

52.     I have been provided copies of documents that I understand were cited by One-E-Way with respect to the issue of the meaning of "direct conversion." In my opinion, none of these documents changes the understanding that a person of ordinary skill in the art would have had from reviewing the specification and claims.

53.     Some of the documents cited by One-E-Way reflect the same meaning that a person of ordinary skill in the art would have understood for "direct conversion" as discussed above. For example, U.S. Patent No. 7,024,172 cited by One-E-Way states in its Background of the Invention section: "One type of radio frequency receiver is a direct conversion receiver. *In a direct conversion receiver a received signal is mixed directly to a zero-intermediate frequency (IF)* . . . ." '172 patent, col. 1:15-20 (emphasis added). This meaning is consistent with the meaning that would have been understood by reviewing the One-E-Way patents as discussed above, namely that "direct conversion" down converts directly to baseband or "zero-IF."

54.     I note that this patent goes on to describe an embodiment that it describes as a "direct-conversion receiver" down converting "to a zero-IF or near zero-IF frequency" in columns 5 and 6 for example, but a person of ordinary skill in the art would have understood this usage to be idiosyncratic and specific to this patent document. The One-E-Way patents, by contrast with the 7,024,172 patent, do not describe any down conversion to "near zero IF" or "low IF" or the like. The same observation applies to the other documents cited by One-E-Way. I am informed and understand that no specific discussion of these documents has been provided by One-

20

E-Way beyond the general citation by One-E-Way to each document in the joint claim construction chart submitted by the parties.  To the extent One-E-Way subsequently cites and relies upon specific passages from those documents, I reserve the right to respond and address those passages.

55.    Based on my review of the documents generally, I note that none of these are references dating around the time or prior to December 2001 are textbooks or publications specifically on the subject matter of direct conversion receivers.  This contrasts with the Dobson, Gilb, Razavi, Mashhour, Abidi, and Sullivan references discussed above, which are all textbooks or publications that are specifically directed to the subject matter of direct conversion receivers.

56.    To the extent these documents cited by One-E-Way may use the term "direct conversion" or "direct conversion receiver" with various suggested meanings that could be interpreted to encompass a "near zero IF" conversion or other down conversion to a frequency other than baseband, that usage would have been understood to be idiosyncratic and contrary to the meaning that would have been understood from the One-E-Way patent specification which does not describe any "near zero IF" or any other IF or "near baseband" down conversion as discussed previously.

57.    With respect to the recitations of the "direct conversion module . . ." claim elements set forth above, in my opinion the notion of a direct conversion receiver or module, by itself, would not have been understood to be sufficient structure to perform the function recited by the claim language following the word "module . . ." in each element.  A direct conversion receiver, by definition, was capable of performing some form of direct conversion.  However, each of these claim elements recites additional functions after the word "module . . ." that would have been considered above and beyond the basic capability of a direct conversion receiver and would have required additional specific programming, configuration, and/or components in order to achieve them.  The functions in the '391 patent claims of

"capture packets and the correct bit sequence within the packets aided by lowering signal detection error through reduced intersymbol interference coding . . ." and substantially similar functions, as set forth above, would have required additional functionality beyond merely referencing a direct conversion receiver, in order to achieve the specific functions of capturing packets and a correct bit sequence as recited in the claims.  Similarly the functions in the '627 patent claims of "receive wireless spread spectrum signal transmissions representative of the unique user code and the high quality audio signal representation, wherein the received transmissions are encoded to reduce intersymbol interference, wherein the wireless digital audio spread spectrum receiver is capable of processing the high quality audio signal having a frequency range of 20 Hz to 20 kHz" and "receive wireless spread spectrum signal transmissions representative of the unique user code and the high quality audio signal representation, wherein the received [wireless] transmissions are encoded to reduce intersymbol interference" also would have required additional functionality beyond merely referencing a direct conversion receiver, in order to achieve these specific functions.  The same is true for the '047 patent claim 1 function of "receive wireless modulation transmissions representative of said audio signal representation and which have been processed to reduce intersymbol interference," as a person of ordinary skill in the art would have needed to specifically design and configure a direct conversion receiver in order to achieve this function.

**"high quality audio signal representation"**

58.    I have been asked to provide my opinion on the meaning of the phrase "high quality audio signal representation" in the context of claims 1 and 3 of the '627 patent and the patent specification.  In my opinion, a person of ordinary skill in the art would have found that the patent does not provide reasonably specific objective guidance on the meaning of this language in order to determine what does and does not constitute a "high quality" audio signal representation as stated in the claims.

59.    From an objective standpoint, setting aside each listener's subjective experience, a person of ordinary skill in the art would have understood that the quality of an audio signal representation depends on many factors.  These factors included the sampling rate, frequency range, and any compression algorithm.  These factors also included any distortion or signal loss that may be introduced when transmitting a signal over a wireless channel.  For example, CD-quality audio was known to have a high sampling rate while MP3 files were typically compressed in a manner that caused a relative loss of audio quality.

60.    However, a person of ordinary skill in the art also would have understood that a "high quality" audio signal has a subjective component to it as well. Each individual person has a range of frequencies that they can hear well, which can vary widely from person to person, particularly at the highest and lowest ends of the audible spectrum.  An audio signal that one person might perceive as "high quality" might be perceived by a second person as low quality, for example if the audible frequency is concentrated in a high frequency range that the second person cannot hear well.

61.    The specific content of the audio also directly affects its perceived quality.  Music typically involves a more complex set of content and a wider frequency range than a human voice.  As such, an audio codec that reproduces human voice perceived as "high quality" might provide only a "tinny" and distorted-sounding reproduction of a symphony orchestra.  For example, there are many codecs that are specifically designed to efficiently compress and transmit human speech, such as for cellular telephone applications.  A recording of a human voice encoded by one of those codecs and played back to a given individual might be perceived as "high quality," while a symphony orchestra encoded with the same codec might be perceived by the same person as low quality.

62.    In my opinion, the specification does not provide specific objective guidance on the boundaries between a "high quality" audio signal representation and

one that is not "high quality."  The specification never describes what might distinguish a "high quality" audio signal from lower quality.  The patent mentions "quality" in only one place.  It states that an audio signal received at a headphone receiver can be processed.  The passage states as follows:

> The next step may process the digital signal to return the signal to analog or base band format for use in powering speaker(s) 75. A digital-to-analog converter 70 (DAC) may be used to transform the digital signal to an analog audio signal. An analog low pass filter 72 may be used to filter the analog audio music signal to pass a signal in the approximate 20 Hz to 20 kHz frequency range and filter other frequencies. The analog audio music signal may then be processed by a power amplifier 74 that may be optimized for powering headphone speakers 75 to provide a high quality, low distortion audio music for audible enjoyment by a user wearing headphones 55.

'391 patent, col. 4:17-28.

63.    But this description does not provide clear objective boundaries.  It suggests that the audio signal is "high quality" for some reason other than being "low distortion."  It suggests that the result of being "high quality" is something caused by the operation of the power amplifier, as opposed to being an intrinsic quality of the audio signal representation that has been transmitted and received.  It also suggests that the audio might be considered "high quality" perhaps because the music provides subjective aesthetic "enjoyment" to a particular person who likes the music.

64.    With respect to frequency range, this passage also states that a low pass filter is used to pass the signal in the range from approximately 20 Hz to 20 kHz and filter out frequencies outside of the range.  The typical range of human hearing is approximately 20 Hz to 20 kHz.  In other words, the process filters out very high and very low frequencies that are not audible to humans.  But merely filtering out inaudible frequencies as described in the One-E-Way patent specification would not necessarily result in a high quality audio signal.  Quality depends on many factors other than the frequency range, and the audio signal prior to filtering could be any low quality signal that does not include a robust frequency range from 20 Hz to 20 kHz, and might or might not include any content outside of that range.  Simply filtering out potential inaudible frequencies outside the high and low ends of the

audible frequency range would not change a low-quality audio signal into a high quality audio signal; and if the incoming signal was already high-quality before this filtering, it would simply remain high quality after the filtering.

65.    The specification also references "high fidelity audio music," but does not provide any further detail about what might or might not provide for a "high fidelity" signal.  The specification states:  "Each receiver headphone 50 user may be able to listen (privately) to high fidelity audio music, using any of the audio devices listed previously, without the use of wires, and without interference from any other receiver headphone 50 user, even when operated within a shared space."  '391 patent, col. 3:32-36.

66.    One factor in the perceived quality of an audio signal is its frequency range.  However, the specification does not specifically describe that the frequency range is determinative of a "high quality" audio signal.  The patent claims further indicate and confirm that "high quality" as claimed is not determined by the frequency range, consistent with the specification.  The '627 patent claims 1 and 3 recite "a high quality audio signal representation with a frequency range of 20 Hz to 20 kHz" while claim 5 of that patent also recites "an audio signal with a frequency range of 20 Hz to 20 Khz" but it is not required to be "high quality."  *See* '627 patent, claims 1, 3, 5.  These two different recitations would make no sense if having a frequency range of 20 Hz to 20 kHz entailed that the signal was "high quality."  The recitation of "a high quality audio signal representation with a frequency range of 20 Hz to 20 kHz" would be redundant if every signal with that frequency range was deemed to be a "high quality" signal as claimed.  Instead, this recitation would indicate to a person of ordinary skill in the art that something else is required in order to determine whether a signal is deemed to be "high quality," but the specification and claims do not provide clarity about what else is required.

67.    I note that the third-party references cited by One-E-Way for this issue discuss frequency range, such as the range from approximately 20 Hz to 20 kHz.  For

example, U.S. Patent No. 4,336,861 at columns 2:35-36 and 5:47-49 discusses speakers that cover the "full audible range of sounds" in this range.  But these passages do not affect the meaning determined from the One-E-Way patent specification and the other points I have set forth above.

68.    The book excerpt from *Principles of Digital Audio*, 2d Ed., by Ken Pohlmann (1990) only further underscores why the notion of "high quality" in the One-E-Way patents does not have reasonably objective boundaries.  The copy of the book provided by One-E-Way underlines the following passage: "The characteristics of sound and hearing set the requirements for a high quality audio recording and reproduction system.  The system's frequency response must parallel that of the ear, spanning frequencies from 0 to 20 kHz."  But in context, this book excerpt only shows why the "quality" of audio is a subjective and uncertain concept when considered in the abstract without any specific objective boundaries.  The preceding section of the book discusses why perceived quality of audio is a subjective experience that differs uniquely for each individual person.  For example, while frequency is a "literal measurement," "Pitch is not.  It is a subjective, complex characteristic based on frequency as well as several other physical quantities, such as waveform and intensity."  There are also peculiarities regarding how each person hears audio; for example, studies have shown that left-handed persons and right-handed persons perceive audio differently in their left and right ears.  See Pohlmann at 16-17.  In the sentence immediately preceding the passage underlined in One-E-Way's produced excerpt, the book states: "Ultimately, any musical experience—whether created, conveyed, and reproduced via analog or digital means—is purely subjective."  The book then continues on to explain that the characteristics for a "high quality audio recording and reproduction system" include a number of additional factors beyond the frequency range, including (1) "the frequency response must be flat across this bandwidth," (2) ideally, "there should be no distortion products," (3) the "dynamic range" (separate from the frequency response) should encompass that

of the human ear, (4) there should be no interchannel delay, group delay, or other timing errors.  In addition, a person of ordinary skill in the art would have understood that these are described as factors for a "recording and reproduction system," which is not fully the same context as the "high quality audio signal representation" at issue in the One-E-Way patent claims.  For example, this discussion does not address factors such as audio sampling rate and any signal compression that would be understood to affect the quality of an audio signal representation.

69.    One-E-Way also cites the Bluetooth A2DP specification dating from 2003, which states that it "defines the requirements for Bluetooth™ devices necessary for support of the high quality audio distribution," but it is not clear how or why One-E-Way believes this document is relevant.  Notably, this document specifies a large number of technical requirements and specifications that are not set forth in the One-E-Way patent specification.

70.    I have been asked to consider what possible objective boundaries might be provided by the patent specification to provide guidance on the boundaries defining a "high quality" audio signal representation.   In my opinion, the specification does not provide such objective boundaries.  However, in my opinion, the closest that the specification would come is to suggest that the audio signal is not compressed for transmission using a compression algorithm.   The specification describes transmission of audio from some audio player or source, such as "portable music audio player or music audio source 80," which could be a variety of different sources of varying quality.  The quality of the audio would depend on the quality of the audio coming out of the audio player/source, and that audio could be any audio content of any quality as recorded on a variety of media.  The audio output from the player/source might be compressed (for example, MP3 files from an MP3 player) or might not be compressed (for example, standard CD audio output from a CD player). The One-E-Way patents note that the audio player/source may be a CD player. '391 patent, col. 1:21-32.    In theory, the best that the disclosed system could do, as a

hypothetical possibility, would be to provide output audio quality at the receiver that is not worse than uncompressed audio that is provided by the audio player/source. One condition for doing that would be to transmit the uncompressed audio signal without compressing it, so that the audio quality is not degraded by compression. The specification does not describe that the inventive system necessarily must compress the audio for transmission. To that extent, it would be understood that at least by not compressing the transmitted audio of an audio signal that is uncompressed, the system leaves open the possibility that the audio content quality is not degraded by compression. In that regard, the presence or absence of compression of the audio signal could be considered an objective boundary indicated by the specification to determine whether an audio signal representation is "high quality" or not.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 6, 2021 in Los Altos, California.

Christopher Hansen, Ph.D

# APPENDIX A

## CHRISTOPHER J. HANSEN

1701 Penny Way                                                      (650) 282-0215 (cell)
Los Altos, CA 94024                                             (408) 899-8298 (office)
                                                             chris@covariantcorp.com

---

### I.    SUMMARY

- Senior electrical engineer - more than 20 years in industry plus Ph.D. (UCLA 1997).

- Named inventor on more than 125 issued patents, including many standards essential patents for 802.11/Wi-Fi and Bluetooth.

- Technical skills encompass wireless network physical layer (PHY) design, systems engineering, communication theory, integrated circuit (IC) design, signal processing, RF/microwave systems, intellectual property, and standardization.

- Experience with multiple successful product developments (802.11 WLAN chipsets and cellular base-station systems), research in new technologies (802.11n MIMO and 60 GHz), and leading standards bodies (IEEE 802.11, Bluetooth SIG, Wireless Gigabit Alliance).

### II.    EXPERIENCE

**Covariant Corporation**, Los Altos, California
President                                                      August 2013 – present

- Consulting in wireless communication systems, signal processing, standards, and intellectual property.

- Recent clients include Octoscope, Google, and Peraso Technologies.

- Example projects:

  ◦ Developed and executed IEEE 802.11 standards strategy for a technology startup company. Led standards participation in industry special interest group and IEEE 802.11ay and 802.11md task groups. Developed simulations in Matlab to support standards contributions.

- ◦ Developed Matlab tools to predict mmwave system performance including impact of cascade non-linearities and temperature variations.

- ◦ Analyzed patent portfolio for potential standards related patents related to IEEE 802.11 standards and Wi-Fi Alliance specifications. Developed claim charts for appropriate patents.

- ◦ Developed Matlab simulation tools as part of technical support for patent litigation. Analyzed performance benefits of physical layer features in IEEE 802.11 standards.

- ◦ Reviewed C, assembler, Verilog, and VHDL code for technical support in patent litigation.

- ◦ Developed and prototyped novel radar detection algorithms in Matlab and C for specialized radio receiver,

**Apple**, Cupertino, California
Senior Wireless System Architect                                  June 2012 – July 2013

- Analysis of 802.11 wireless networks for iOS products.

**Broadcom Corporation**, Sunnyvale, California
Associate Technical Director, Office of the CTO          March 2011 – May 2012
Senior Principal Scientist, Office of the CTO                March 2007 - March 2011
Principal Scientist, Office of the CTO                          March 2006 - March 2007
Engineering Manager, Wireless LAN Business Unit       June 2004 - March 2006
Senior Staff Scientist, Wireless LAN Business Unit       January 2000 - June 2004

- Analysis and development of new wireless networking technologies for application to WiGig (60 GHz wireless), WirelessHD, Bluetooth, Wimedia Ultrawideband, IEEE 802.11, and 802.15 systems. Investigation of inter-networking, antenna systems, beamforming techniques, signal processing and advanced devices employing multiple wireless technologies.

- Secretary, board member, and vice chair of the Technical Working Group of the Wireless Gigabit Alliance.

- Vice chair of the IEEE 802.11ad (60 GHz MAC/PHY) task group.

- Developed BT/802.11 technology and co-chaired the Bluetooth SIG 802.11 AMP (Alternate MAC/PHY) Study Group. The resulting specification was the hallmark feature of the Bluetooth 3.0 release.

- Developed significant intellectual property related to wireless networks and contributed to the management of company patent portfolio through patent review committee.

- Project manager and lead physical layer (PHY) systems engineer for 802.11n proposal to the IEEE. Key elements of this proposal and further contributions became the basis of the IEEE 802.11n standard including MIMO-OFDM physical layer and enhanced MAC layer for higher throughput wireless networks. Made contributions in the areas of preamble design, advanced channel coding, MIMO-OFDM, channel estimation, and multiple antenna beamforming. (See: https://en.wikipedia.org/wiki/IEEE_802.11n-2009)

- Led Broadcom effort to standardize power control and dynamic frequency selection for wireless networks in IEEE 802.11 Task Group H. Proposal is now part of 802.11h standard. (See: https://en.wikipedia.org/wiki/IEEE_802.11h-2003)

- System engineering for 802.11a/b/g wireless local area network chipsets, including analysis of radio and base-band dsp architectures for the physical layer design. Developed signal processing algorithms, channel models, radio system models, and laboratory radios.

- Designed and developed MATLAB and bit accurate C models for the physical layers of 802.11 WLAN chipsets. These included models for equalizers, convolutional coders/decoders, beamforming, nonlinear distortion in radio transceivers, and radio channels.

- Analyzed and debugged first silicon versions of commercially successful 802.11a/b/g integrated circuit products.

- Developed radar detection and dynamic frequency selection hardware and software for 802.11a chipsets to meet ETSI (European) and FCC (U.S.) regulations.


**Excess Bandwidth Corporation** (now **Conexant**), Santa Clara, California
Principal Systems Engineer                                                    1998–1999

- System engineering and architecture for HDSL2/G.shdsl digital subscriber line modems, including MATLAB and C code to simulate equalizers, error correcting codes, timing recovery, digital phase locked loops, waiting time jitter, and performance in crosstalk.

- Developed DSP software in C and assembler (TI C6x) for prototype HDSL2/G.shdsl modem. Implemented modules for adaptive equalization, timing recovery, and activation frame handshake.


**Amati Communications Corporation** (now **Texas Instruments**)
San Jose, California
Senior Research Engineer                                                     1997-1998

- Developed, analyzed, and implemented advanced equalizer training algorithms for discrete multi-tone (DMT) based asymmetric digital subscriber line (ADSL) models.

**AT&T Bell Laboratories**, Whippany, New Jersey
Member of Technical Staff                                          1990-1992

- Developed RF and analog circuit designs for AT&T Autoplex 1000 fiber optic micro-cell radio transceiver.

- Managed testing group and developed test program for high power 900 MHz feed-forward linear amplifier used in cellular telephone base stations.

**MIT Lincoln Laboratory**, Lexington, Massachusetts
Member of Technical Staff                                          1989-1990

- Developed signal processing software and RF hardware for experimental X-band and Ka-band radar.

- Conducted radar measurements at Lincoln Laboratory sites in Lexington, MA and Kwajalein Atoll, U.S. Marshall Islands.

## III.    LITIGATION EXPERIENCE

- NXP B.V. v. Broadcom Corp., No. 5:14-cv-826 (N.D. Cal.). Retained on behalf of Broadcom.

- Linex Techs., Inc. v. Hewlett-Packard Co. et al., No. 4:13-cv-00159 (N.D. Cal.). Retained on behalf of Broadcom.

- TomTom Int'l, B.V. v. Broadcom Corp., No. 8:14-cv-475 (C.D. Cal.). Retained on behalf of Broadcom.

- Certain Electronics Products, Including Products with Near-Field Communication ("NFC") System-Level Functionality and/or Battery Power-Up Functionality, Components Thereof, and Products Containing Same, No. 337-TA-950 (ITC). Retained on behalf of Dell.

- NXP B.V. et al. v. Dell Inc., No. 1:14-cv-00146 (D. Del.).  Retained on behalf of Dell.

- California Institute of Tech. v. Broadcom Ltd. et al., No. 2:16-cv-3714 (C.D. Cal.). Retained on behalf of Broadcom. Deposed.

- Nokia Techs. Oy et al. v. Apple Inc., Nos. 2:16-cv-1440, 2:16-cv-1441 (E.D. Tex.). Retained on behalf of Apple Inc.

- Certain Electronic Devices, Including Mobile Phones, Tablet Computers, and Components Thereof, Nos. 337-TA-1038, 337-TA-1039 (ITC). Retained on behalf of Apple Inc.

- Ruckus Wireless, Inc., Belkin International, Inc., Amazon.com, Inc., Netgear, Inc., and Roku, Inc. v. Hera Wireless S.A., U.S. Patent and Trademark Office *Inter Partes Review*. Retained on behalf of Ruckus Wireless (Arris, Inc.).

- Certain Mobile Electronic Devices and Radio Frequency and Processing Components Thereof, Inv. No. 3337-TA-1065; Qualcomm Inc. v. Apple Inc, Civ. Action No. 3:17-cv-01375-JAH-MDD. Retained on behalf of Apple.

- VLSI Technology LLC v. Intel Corporation, No. 1:18-cv-00966 (Delaware). Retained on behalf of Intel Corporation.

- Nokia Techs. Oy v. Lenovo (Shanghai) Elects. Tech. Co. Ltd, et al., No. 5:19-cv-427 (E.D.N.C.) and In re Certain Electronic Devices, Including Computers, Tablet Computers, and Components and Modules Thereof, Inv. No. 337-TA-1208 (U.S.I.T.C). Retained on behalf of Lenovo.

- Koss Corporation v. Apple, Inc, No. 6:20-cv-00665 (W.D. Texas). Retained on behalf of Apple, Inc. Deposed.

- Aegis 11 S.A. v. Hisense Company, Ltd. and Hisense USA Corporation, No. 1:20-cv-03891 (N.D. Georgia). Retained on behalf of Hisense.

- Mediatek, Inc. v. NXP Semiconductors, NV, No. 2:21-cv-04970 (C.D. California). Retained on behalf of NXP.

## IV.    EDUCATION

Ph.D., Electrical Engineering                                                1997
University of California, Los Angeles
Dissertation: *Probing Techniques for Multiuser Channels with Power Control*
Research Area: Wireless and Digital Communications
Advisor: Gregory J. Pottie

M.S., Electrical Engineering                                                 1989
University of Massachusetts, Amherst
Concentration: Signal Processing and Microwave Systems

B.S., Electrical Engineering                                                 1987
Rensselaer Polytechnic Institute

## V.   HONORS AND AFFILIATIONS

- Institute of Electrical and Electronics Engineers (IEEE) Senior Member.
- Member, Society for Industrial and Applied Mathematics.
- Reviewer, IEEE Communications Magazine, 2014 - present.
- Board of Directors, PATCA - Professional and Technical Consultants Association, Silicon Valley, 2007 - present.
- Vice Chair, IEEE 802.11ad Task Group, 2011-2012.
- Secretary, Wireless Gigabit Alliance, 2010-2012.
- Rockwell graduate fellowship recipient, UCLA, 1992-1996.
- Eta Kappa Nu, Electrical Engineering Honor Society, Rensselaer Polytechnic Institute, 1987.

## VI.   SKILLS

- Architecture and analysis of wireless digital communication systems, including 802.11a/b/g/n/ac/ad/ax/ay, Bluetooth, Wimedia UWB, WirelessHD, and WiGig.
- DSP Programming (TI TMS320C62x and 320C5x) in C and assembler and general programming in C++, C, Matlab, and Python.
- RF/microwave/mmwave laboratory and over-the-air channel measurements.
- Extra class Amateur Radio license (W6COV) and Commercial General Radiotelephone license.

## VII.   PUBLICATIONS

A, Tompkins, et al, "A 16-Element Phased-Array Transceiver in 130-nm SiGe BiCMOS for Fixed Wireless Access Covering the Full 57-71 GHz Band", IEEE Radio and Wireless Symposium (RWS), January 2020.

C. J. Hansen, "Internetworking with Bluetooth Low Energy", ACM GetMobile, Vol 19, Issue #2, April 2015.

C. J. Hansen, "WiGig – Multigigabit Wireless Communication in the 60 GHz Band", IEEE Communications Magazine, December 2011.

C. J. Hansen and G. J. Pottie, "A Distributed Access Algorithm for Cellular Personal Communication Systems with Channel Partitioning", IEEE Transactions on Vehicular Technology, January 1999.

C. J. Hansen and G. J. Pottie, "Distributed Access Control in Wireless and Wireline Systems," International Symposium on Information Theory, Whistler, B.C., 1995.

C. J. Hansen, C. C. Wang, and G. J. Pottie, "Distributed Dynamic Channel Resource Allocation in Wireless Communication Systems", Asilomar Conference on Signals, Systems, and Computers, 1994.

## VIII.    PATENTS

Named inventor on the following United States patents:

| US Patent Number | Patent Title |
|---|---|
| 10,820,328 | Method and apparatus for de-centralized spatial reuse in wireless communications systems |
| 10,784,990 | Method and apparatus for encoding and modulating data for wireless transmission |
| 10,735,133 | Method and apparatus for configurable MIMO processing in wireless communications |
| 10,716,117 | Method, system and apparatus for signaling station capabilities to establish wireless connections |
| 10,681,632 | System and method for low power signaling in a wireless local area network |
| 10,630,359 | Method and apparatus for beamforming training using frames |
| 10,498,419 | Method and apparatus for determining direction for transmission to establish wireless connections |
| 10,243,635 | Method and apparatus for beamforming training using frames |

| 10,236,964 | Method and apparatus for beamforming training in basic service set discovery |
| 10,110,273 | Interference mitigation in wireless communication systems |
| 10,015,741 | System and method for low power signaling in a wireless local area network |
| 9,960,865 | Filtering of Wi-Fi physical layer measurements |
| 9,949,227 | Location determination |
| 9,680,563 | System and method for partial bandwidth communication |
| 9,596,637 | Dynamically adapting wireless communication |
| 9,826,373 | WLAN transmitter having high data throughput |
| 9,622,216 | Method and system for low rate MAC/PHY for 60 GHz transmission |
| 9,516,483 | Wireless communication between stations of differing protocols |
| 9,356,673 | Communication device incorporating beamforming handshaking |
| 9,344,535 | Multiple protocol wireless communications in a WLAN |
| 9,307,350 | Protocol adaptation layer for wireless communications |
| 9,300,368 | Method and system for 60 GHz antenna adaptation and user coordination based on base station beacons |
| 9,247,439 | High data throughput wireless local area network receiver |
| 9,241,331 | Method and system for optimal beamforming in wireless networks |
| 9,198,035 | Simple pairing to generate private keys for different protocol communications |
| 9,130,705 | Transmitting high rate data within a MIMO WLAN |
| 9,104,569 | Method and apparatus for signal detection and decoding |
| 9,037,092 | Method, apparatus and computer program for determining whether a received signal comprises a first signal component |
| 9,025,491 | High speed data transmission utilizing a high frequency physical layer for a wireless personal area network device |
| 8,996,949 | Encoding system and method for a transmitter in wireless communications |
| 8,965,431 | Multimode control device for allocating resources to communication devices that use differing protocols and methods for use therewith |
| 8,964,895 | WLAN transmitter having high data throughput |
| 8,964,521 | Method and system for compromise greenfield preambles for 802.11N |
| 8,929,317 | Transmission of wide bandwidth signals in a network having legacy devices |
| 8,917,676 | Device and method for transmitting long training sequence for wireless communications |
| 8,909,272 | Control device for allocating resources to communication devices that use differing protocols and methods for use therewith |
| 8,897,320 | High data throughput WLAN frame format |
| 8,892,056 | Protocol adaptation layer for wireless communications |

| 8,891,642 | Mixed mode preamble for MIMO wireless communications |
|---|---|
| 8,805,277 | Method and system for Bluetooth 802.11 alternate MAC/PHY (AMP) transmit power control (TPC) |
| 8,804,685 | Dual mode operation in a wireless network |
| 8,774,327 | Adjustable RF receiver |
| 8,750,252 | Long training sequence method and device for wireless communications |
| 8,743,994 | Feedback of channel information in a closed loop beamforming wireless communication system |
| 8,737,189 | Method and system for compromise greenfield preambles for 802.11n |
| 8,725,101 | Wireless device and method of operation |
| 8,644,770 | Protocol adaptation layer for wireless communications |
| 8,644,284 | Dual mode operation in a wireless network |
| 8,638,263 | Platform enhancements for planar array antennas |
| 8,634,777 | Pairing with directional code sequence |
| 8,630,367 | Signaling format for wireless communications |
| 8,620,368 | Method and system for 60 GHz antenna adaptation and user coordination based on base station beacons |
| 8,611,821 | Communication device that detects and adapts to the presence of other devices and methods for use therewith |
| 8,588,283 | Method and system for frame formats for MIMO channel measurement exchange |
| 8,577,416 | Transceiver with plural space hopping array antennas and methods for use therewith |
| 8,576,695 | Preamble formats for MIMO wireless communications |
| 8,553,659 | Method and system for optimal beamforming in wireless networks |
| 8,548,087 | Long training sequence for MIMO WLAN systems |
| 8,520,669 | High data throughput wireless local area network receiver |
| 8,437,419 | Method and system for frame formats for MIMO channel measurement exchange |
| 8,437,362 | Asymmetrical MIMO wireless communications |
| 8,407,556 | LDPC (low density parity check) coding and interleaving implemented in MIMO communication systems |
| 8,406,204 | Transmission of wide bandwidth signals in a network having legacy devices |
| 8,385,844 | Transceiver with plural space hopping phased array antennas and methods for use therewith |
| 8,369,784 | High speed data transmission utilizing a high frequency physical layer for a wireless personal area network device |
| 8,363,642 | High data throughput wireless local area network receiver |
| 8,351,399 | MIMO wireless communication greenfield preamble formats |

| 8,345,732 | Feedback of channel information in a closed loop beamforming wireless communication system |
|---|---|
| 8,320,877 | Method and system for 60 GHz location determination and coordination of WLAN/WPAN/GPS multimode devices |
| 8,284,867 | Mixed mode preamble for MIMO wireless communications |
| 8,284,651 | Preamble formats for MIMO wireless communications |
| 8,265,185 | Method and system for encoding a signal for wireless communications |
| 8,254,407 | Asymmetrical MIMO wireless communications |
| 8,233,565 | Method and system for high speed wireless data transmission between communication devices |
| 8,213,395 | Method and system for dual mode operation in wireless networks |
| 8,195,092 | Method and system for utilizing a high frequency PHY layer for high speed data transmission between wireless devices |
| 8,190,162 | Radar detection circuit for a WLAN transceiver |
| 8,184,679 | RF transceiver having adaptive modulation |
| 8,176,380 | Algebraic construction of LDPC (low density parity check) codes with corresponding parity check matrix having CSI (cyclic shifted identity) sub-matrices |
| 8,175,542 | Transceiver with plural space hopping phased array antennas and methods for use therewith |
| 8,170,504 | Modified preamble for programmable transmitter |
| 8,170,496 | Transceiver with space hopping phased array antenna and methods for use therewith |
| 8,170,495 | Collaborative pairing transceiver with space hopping phased array antenna and methods for use therewith |
| 8,169,998 | Method and system for an AD HOC wireless network with master control of network parameters |
| 8,144,798 | Long training sequence for MIMO WLAN systems |
| 8,126,425 | Method and system for 60 GHZ location determination based on varying antenna direction and coordination of WLAN/WPAN/GPS multimode devices |
| 8,095,162 | Control device for allocating resources to communication devices that use differing protocols and methods for use therewith |
| 8,094,749 | Signaling format for wireless communications |
| 8,089,890 | Transmitting high rate data within a MIMO WLAN |
| 8,085,871 | Adaptive modulation in a multiple input multiple output wireless communication system with optional beamforming |
| 8,081,926 | Method and system for multisession communication using multiple physical (PHY) layers |
| 8,081,104 | Radar detection circuit for a WLAN transceiver |
| 8,077,810 | Apparatus for high data throughput reception in a WLAN |

| 8,059,740 | WLAN transmitter having high data throughput |
|---|---|
| 8,041,333 | Method and system for 60 GHz antenna adaptation and user coordination based on base station beacons |
| 8,032,167 | Multimode control device for allocating resources to communication devices that use differing protocols and methods for use therewith |
| 8,031,806 | Mixed mode preamble for MIMO wireless communications |
| 7,995,667 | Reduced latency concatenated reed solomon-convolutional coding for MIMO wireless LAN |
| 7,991,056 | Method and system for encoding a signal for wireless communications |
| 7,991,009 | Preamble formats for MIMO wireless communications |
| 7,978,729 | High data throughput WLAN frame format |
| 7,974,591 | Modified preamble for programmable transmitter |
| 7,957,450 | Method and system for frame formats for MIMO channel measurement exchange |
| 7,940,751 | Personal area network data encapsulation in WLAN communications |
| 7,924,943 | Method and system for optional closed loop mechanism with adaptive modulations for multiple input multiple output (MIMO) wireless local area network (WLAN) system |
| 7,920,526 | Long training sequence method and device for wireless communications |
| 7,912,449 | Method and system for 60 GHz location determination and coordination of WLAN/WPAN/GPS multimode devices |
| 7,894,852 | Channel reciprocity matrix determination in a wireless MIMO communication system |
| 7,873,022 | Multiple input multiple output wireless local area network communications |
| 7,865,142 | Method and system for multisession bluetooth communication using multiple physical (PHY) layers |
| 7,840,184 | Method and system for utilizing a 60 GHZ PHY layer for high speed data transmission between bluetooth devices |
| 7,826,547 | Mixed mode preamble for MIMO wireless communications |
| 7,801,098 | Parallel MAC/PHY for enhanced transmission rate in a wireless network |
| 7,796,696 | Asymmetrical multiple stream wireless communication using STBC |
| 7,773,565 | MIMO wireless communication greenfield preamble formats |
| 7,746,886 | Asymmetrical MIMO wireless communications |
| 7,702,291 | Radar detection from pulse record with interference |
| 7,701,382 | Radar detection circuit for a WLAN transceiver |
| 7,680,059 | Multiple protocol wireless communications in a WLAN |

| 7,617,439 | Algebraic construction of LDPC (Low Density Parity Check) codes with corresponding parity check matrix having CSI (Cyclic Shifted Identity) sub-matrices |
|---|---|
| 7,593,692 | Radar detection circuit for a WLAN transceiver |
| 7,590,429 | RF transceiver configuring for a MIMO communication |
| 7,590,189 | Signaling format for wireless communications |
| 7,586,881 | MIMO wireless communication greenfield preamble formats |
| 7,583,933 | Dynamic frequency selection in a wireless communication network |
| 7,570,619 | Long training sequence method and device for wireless communications |
| 7,564,914 | Method and system for frame formats for MIMO channel measurement exchange |
| 7,558,537 | Modified preamble for programmable transmitter |
| 7,555,053 | Long training sequence for MIMO WLAN systems |
| 7,539,501 | High data throughput wireless local area network receiver |
| 7,516,390 | LDPC (Low Density Parity Check) coding and interleaving implemented in MIMO communication systems |
| 7,502,408 | RF transceiver having adaptive modulation |
| 7,466,773 | WLAN receiver having an iterative decoder |
| 7,444,134 | Device and method for transmitting long training sequence for wireless communications |
| 7,423,989 | Preamble formats for MIMO wireless communications |
| 7,417,974 | Transmitting high rate data within a MIMO WLAN |
| 7,400,643 | Transmission of wide bandwidth signals in a network having legacy devices |
| 7,330,501 | Orthogonal normalization for a radio frequency integrated circuit |
| 7,324,785 | Transmit power control of wireless communication devices |
| 7,269,430 | Frame format for high data throughput wireless local area network transmissions |
| 7,242,961 | Channel reciprocity matrix determination in a wireless MIMO communication system |
| 7,233,773 | Configuring a MIMO communication |
| 7,162,204 | Configurable spectral mask for use in a high data throughput wireless communication |
| 7,158,759 | Dynamic frequency selection in a wireless communication network |
| 7,020,220 | Digital estimation and correction of I/Q mismatch in direct conversion receivers |

# APPENDIX B

Appendix B – Materials Considered

I considered the following materials in preparing my declaration, in addition to relying upon my personal experience in the relevant fields.

- The documents expressly referenced in my declaration.  Some of these documents are also listed below.
- U.S. Patent Nos. 8,131,391, 10,129,627, and 10,468,047
- U.S. Pub. Pat. App. 2003/0118196 A1
- ITC claim construction order dated July 24, 2015
- Apple and One-E-Way Joint Claim Construction Statement dated November 22, 2021
- Documents cited by One-E-Way in the joint chart regarding the "module adapted to reproduce said generated audio output" elements:
  - Federal Standard 1037C at M-terms
  - Practical Digital Design Using ICs
- Documents cited by One-E-Way in the joint chart regarding the "direct conversion module . . ." elements:
  - Daniel M. Dobkin, RF Engineering for Wireless Networks: Hardware, Antennas, and Propagation, 107-13 (2005)
  - Federal Standard 1037C at B-terms
  - Federal Standard 1037C at M-terms
  - Suna Kim et al., A Fast and Precise Blind I/Q Mismatch Compensation for Image Rejection in Direct-Conversion Receiver, 36 ETRI J. 12 (2014)
  - U.S. Patent No. 7,072,424
  - ADC14DS105KARB, Near Zero-IF Receiver Reference Design Board: User's Guide
  - U.S. Patent No. 7,024,172
  - Bupesh Pandita, Oversampling A/D Converters with Improved Signal Transfer Functions, 1-3 (2011)
  - U.S. Patent No. 6,230,000
  - Practical Digital Design Using ICs
  - U.S. Patent No. 7,447,286
  - U.S. Pat. Publ. No. 2004/0229584
- Documents cited by One-E-Way in the joint chart regarding "high quality audio signal representation":
  - A2DP Spec. v1.0, pgs. 1, 9
  - U.S. Patent No. 4,336,861, 2:35-36, 5:47-49
  - Principles of Digital Audio, pg. 17