COOLEY LLP
HEIDI L. KEEFE (178960)
(hkeefe@cooley.com)
LOWELL D. MEAD (223989)
(lmead@cooley.com)
BENJAMIN S. LIN (232735)
(blin@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

COOLEY LLP
PHILLIP E. MORTON (VA SBN 71299)
(admitted *pro hac vice*)
(pmorton@cooley.com)
1299 Pennsylvania, N.W, Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Facsimile: (202) 842-7889

Attorneys for Defendant
Apple Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ONE-E-WAY, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., a California Corporation,<br><br>Defendant. | Case No. 2:20-CV-06339-JAK-GJS<br><br>**DECLARATION OF LOWELL D. MEAD IN SUPPORT OF APPLE'S OPENING CLAIM CONSTRUCTION BRIEF** |

I, Lowell D. Mead, declare:

1. I am a partner with Cooley LLP, counsel in this action for Defendant Apple Inc. ("Apple"). I submit this declaration in support of Defendant Apple's Opening Claim Construction Brief. I have personal knowledge of the facts contained within this declaration, and if called as a witness, could testify competently to the matters contained herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of United States Patent Application Publication No. US 2003/0118196 A1.

3. Attached hereto as **Exhibit B** is a true and correct copy of an Order No. 12: Construing Terms of the Asserted Patents, *In the Matter of Certain Consumer Electronics and Display Devices with Graphics Processing and Graphics Processing Units Therein*, Inv. No. 337-TA-943 (U.S.I.T.C.), dated July 24, 2015.

4. Attached hereto as **Exhibit C** is a true and correct copy of Notice of Allowability, from United States Patent Application No. 16/185,786.

5. Attached hereto as **Exhibit D** is a true and correct copy of Interview Summary and Comments on Statement of Reasons for Allowance, dated September 27, 2019, from United States Patent Application No. 16/185,786.

6. Attached hereto as **Exhibit E** is a true and correct copy of excerpts from Hargrave's Communications Dictionary, dated 2001.

7. Attached hereto as **Exhibit F** is a true and correct copy of excerpts from The American Heritage Dictionary, dated 2001.

8. Attached hereto as **Exhibit G** is a true and correct copy of excerpts from Webster's New World Dictionary, dated 1995.

9. Attached hereto as **Exhibit H** is a true and correct copy of excerpts from McGraw-Hill Dictionary of Scientific and Technical Terms, dated 2003.

10. Attached hereto as **Exhibit I** is a true and correct copy of excerpts from Collins Concise Dictionary, dated 1999.

11. Attached hereto as **Exhibit J** is a true and correct copy of Sony Portable

1  CD Player manual, dated 2001.

2  12. Attached hereto as **Exhibit K** is a true and correct copy of Response to the Final Rejection Dated 05/05/11, from United States Patent Application No. 12/940,747.

13. Attached hereto as **Exhibit L** is a true and correct copy of Advisory Action Before the Filing on an Appeal Brief, dated July 27, 2011, from United States Patent Application No. 12/940,747.

14. Attached hereto as **Exhibit M** is a true and correct copy of the Request for Continued Exam and Response to the Final Rejection Dated 05/05/11, from United States Patent Application No. 12/940,747.

15. Attached hereto as **Exhibit N** is a true and correct copy of Response to the Office Action Dated 11/14/2011, from United States Patent Application No. 12/940,747.

16. Attached hereto as **Exhibit O** is a true and correct copy of excerpts from the Federal Standard 1037C, Telecommunications: Glossary of Telecommunication Terms.

17. Attached hereto as **Exhibit P** is a true and correct copy of excerpts from Daniel M. Dobkin, *RF Engineering for Wireless Networks, Hardware, Antennas, and Propagation*, dated 2005.

18. Attached hereto as **Exhibit Q** is a true and correct copy of Ashkan Mashhour et al., *On the Direct Conversion Receiver -- A Tutorial*, Microwave Journal, dated June 1, 2001.

19. Attached hereto as **Exhibit R** is a true and correct copy of James P. K. Gilb, *Bluetooth Radio Architectures*, 2000 IEEE Radio Frequency Integrated Circuits Symposium (2000).

20. Attached hereto as **Exhibit S** is a true and correct copy of excerpts from Behzad Razavi, *RF Microelectronics*, dated 1998.

21. Attached hereto as **Exhibit T** is a true and correct copy of Janine

1  Sullivan, *Direct Conversion Receivers: A Buyer's Guide*, EE Times, dated November 1, 2001.

2  22.  Attached hereto as **Exhibit U** is a true and correct copy of Asad A. Abidi, *Direct-Conversion Radio Transceivers for Digital Communications*, IEEE J. of Solid-State Circuits, 30(12):1399-1410, dated December 1995.

3  23.  Attached hereto as **Exhibit V** is a true and correct copy of the Request for Reexamination and Response to the Final Rejection Dated 06/07/10, United States Patent Application No. 12/570,343.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated:     December 6, 2021            By: /s/ *Lowell D. Mead*
                                           LOWELL D. MEAD (223989)
                                           (lmead@cooley.com)
                                           COOLEY LLP
                                           3175 Hanover Street
                                           Palo Alto, CA 94304-1130
                                           Telephone:  +1 650 843 5000
                                           Facsimile:  +1 650 849 7400

                                           *Attorney for Defendant*
                                           *Apple Inc.*