# EXHIBIT C

| *Notice of Allowability* | **Application No.**<br>16/185,786 | **Applicant(s)**<br>Woolfork, C. Earl | |
|---|---|---|---|
| | **Examiner**<br>Andrew C Flanders | **Art Unit**<br>2656 | **AIA (FITF) Status**<br>Yes |

***-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--***

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1.☑ This communication is responsive to the interview conducted 03 September 2019.
☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on ______.

2.☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on ______; the restriction requirement and election have been incorporated into this action.

3.☑ The allowed claim(s) is/are 1-20 . As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see **http://www.uspto.gov/patents/init_events/pph/index.jsp** or send an inquiry to **PPHfeedback@uspto.gov.**

4.☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

**Certified copies:**

a) ☐All b) ☐ Some *c) ☐ None of the:

1. ☐ Certified copies of the priority documents have been received.
2. ☐ Certified copies of the priority documents have been received in Application No. ______ .
3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

* Certified copies not received: ______ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5.☐ CORRECTED DRAWINGS (as "replacement sheets") must be submitted.
☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date ______ .

**Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6.☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1.☐ Notice of References Cited (PTO-892)
2.☑ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date ______.
3.☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material ______.
4.☑ Interview Summary (PTO-413), Paper No./Mail Date. ______.
5. ☑ Examiner's Amendment/Comment
6. ☑ Examiner's Statement of Reasons for Allowance
7. ☐ Other ______.

/ANDREW C FLANDERS/
Primary Examiner, Art Unit 2656

**DETAILED ACTION**

***Notice of Pre-AIA or AIA Status***

The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

**EXAMINER'S AMENDMENT**

An examiner's amendment to the record appears below. Should the changes and/or additions be unacceptable to applicant, an amendment may be filed as provided by 37 CFR 1.312. To ensure consideration of such an amendment, it MUST be submitted no later than the payment of the issue fee.

Authorization for this examiner's amendment was given in an interview with Harnik Shukla on 08 September 2019.

The application has been amended as follows:

1. (Currently Amended) A portable spread spectrum audio receiver configured to receive and store a unique user code, said portable spread spectrum receiver configured to receive wireless modulation transmissions from a spread spectrum transmitter <u>coupled to a music audio source</u>, said wireless modulation transmissions representative of an audio signal representation, said portable spread spectrum audio receiver comprising:

a direct conversion module configured to receive wireless modulation transmissions representative of said audio signal representation and which have been

processed to reduce intersymbol interference, and wherein said portable spread spectrum audio receiver further processes said received wireless modulation transmissions for reduction of intersymbol interference;

a digital-to-analog converter (DAC) configured to provide an analog audio output signal corresponding to said audio signal representation;

a speaker configured to generate an audio signal corresponding to said analog audio output signal, wherein said generated audio signal does not include audible audio content originating from any audio signals transmitted in a spectrum used by said spread spectrum transmitter that do not originate from said spread spectrum transmitter;

wherein said portable spread spectrum audio receiver is configured to use independent code division multiple access communication and to use said unique user code to communicate with only said spread spectrum transmitter during a wireless connection;

wherein said portable spread spectrum audio receiver is further configured to perform at least one of a plurality of demodulations on at least one of said received wireless modulation transmissions, wherein said plurality of demodulations includes a differential phase shift keying (DPSK) demodulation and a non-DPSK demodulation; and

wherein said further processing for reduction of intersymbol interference is separate from said performance of at least one of said plurality of demodulations.

6. (Currently Amended) The portable spread spectrum radio receiver of Claim 1, further comprising a headphone unit, wherein the headphone unit is configured

to integrate the speaker and wherein the ~~mounting~~ headphone unit enables a user to secure the speaker on to a head of the user.

7. (Currently Amended) The portable spread spectrum radio receiving of Claim 6, wherein the headphone unit comprises a ~~head mounting~~ headphone strap that connects the speaker with another speaker for opposite ear.

8. (Currently Amended) A portable spread spectrum audio receiver configured to receive and store a unique user code, said portable spread spectrum receiver configured to receive wireless modulation transmissions from a spread spectrum transmitter coupled to a music audio source, said wireless modulation transmissions representative of an audio signal representation, said portable spread spectrum audio receiver configured to:

use independent code division multiple access communication and said unique user code to communicate with only said spread spectrum transmitter during a wireless connection;

receive wireless modulation transmissions representative of said audio signal representation;

process said received wireless modulation transmissions for reduction of intersymbol interference;

perform at least one of a plurality of demodulations on at least one of said received wireless modulation transmissions, wherein said plurality of demodulations

includes a differential phase shift keying (DPSK) demodulation and a non-DPSK demodulation;

generate an analog audio output signal corresponding to said audio signal representation; and

output an audio signal corresponding to said analog audio output signal.

15. (Proposed Amendment) The portable spread spectrum radio receiver of Claim 8, further comprising a headphone unit, wherein the headphone unit is configured to integrate the speaker and wherein the ~~mounting~~ headphone unit enables a user to secure the speaker on to a head of the user.

16. (Proposed Amendment) The portable spread spectrum radio receiving of Claim 15, wherein the headphone unit comprises a ~~head mounting~~ headphone strap that connects the speaker with another speaker for opposite ear.

17. (Currently Amended) A portable spread spectrum audio transmitter coupled to a music audio source, said transmitter configured to transmit a unique user code and wireless modulation transmissions representative of an audio signal representation, said portable spread spectrum audio transmitter configured to:

encode a first representation of an audio signal to reduce intersymbol interference associated with a transmitted representation of the audio signal;

perform at least one of a plurality of modulations on the first representation of the audio signal;

generate a modulated signal based on the performance of at least one of the plurality of modulations, wherein the plurality of modulations includes a differential phase shift keying (DPSK) modulation and a non-DPSK modulation; and

use the modulated signal and independent code division multiple access communication to wirelessly transmit a transmitted representation of the audio signal.

***Allowable Subject Matter***

Claims 1 – 20 are allowed.

The following is an examiner's statement of reasons for allowance:

The prior art of record fails to explicitly disclose or make obvious the limitations presented in Applicant's claims 1, 8 and 17. Specifically, in claims 1, 8 and 17, the claimed invention is drawn to a portable audio receiver and/or a portable transmitter wirelessly communicating audio from a music audio source (Fig. 1, 20, 80 and 55). The receiver is depicted as a set of wireless, battery powered headphones (see, for example, paras 5, Fig. 1, element 55). The transmitter is depicted as a portable battery powered transmitter operably connected to the music audio source through the user of a plug/jack configuration (see Fig. 1, elements 20 and 80). The receiver and transmitter, are depicted as being in close proximity, as noted in paras 3, 4, detailing users of the system occupying the same space and improvements over existing systems using wires (wires in headphones indicating close proximity).

Given the above construction of the claimed portable audio transmitter and portable audio receiver and music audio source, the prior art of record fails to explicitly disclose or make obvious the claimed limitations in this particular field.

Further, claim 17 recites generation of a modulated signal based on the performance of the plurality of modulations. The term performance, is intended to be drawn to the operation of the modulators, thus obviating the rejections under 35. U.S.C. 112.

Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

## ***Conclusion***

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Andrew C Flanders whose telephone number is (571)272-7516. The examiner can normally be reached on M-F 8:30-5:00.

Examiner interviews are available via telephone, in-person, and video conferencing using a USPTO supplied web-based collaboration tool. To schedule an interview, applicant is encouraged to use the USPTO Automated Interview Request (AIR) at http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Curtis Kuntz can be reached on (571) 272-7499. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/ANDREW C FLANDERS/
Primary Examiner, Art Unit 2656