# EXHIBIT D

Please Direct All Correspondence to Customer Number 20995

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | | |
|---|---|---|
| Inventor | : | C. Earl Woolfork |
| App. No | : | 16/185786 |
| Filed | : | November 9, 2018 |
| For | : | WIRELESS DIGITAL AUDIO MUSIC SYSTEM |
| Examiner | : | Flanders, Andrew C. |
| Art Unit | : | 2656 |
| Conf No. | : | 1022 |

**INTERVIEW SUMMARY**

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

In response to the Interview Summary dated September 18, 2019, the Applicant respectfully submits this *Interview Summary* in the above-identified application.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: September 27, 2019

By:/Harnik Shukla/
Harnik Shukla
Registration No. 73,097
Registered Practitioner
Customer No. 20995
(949) 721-5278

**SUMMARY OF INTERVIEW**

Applicant's representative, Harnik Shukla, conducted a telephonic interview with Examiner Andrew Flanders, on September 3, 2019.

The Applicant's representative discussed the rejections under 35 U.S.C. 112 for Claims 6, 7, 15, and 16. It was agreed that the Drawings in the Specification as filed provide sufficient support for the claimed limitations presented in claims 6, 7, 15 and 16.

The Applicant's representative further discussed that "performance" as recited in the claim should be interpreted in light of the specification as understood by a person skilled in the art. One such interpretation is operation. The Examiner agreed that the claim term "performance" is definite.

The Examiner raised a concern that the claims can be construed to cover a cell phone communicating with a cell tower. The Applicant's representative addressed the Examiner's concern by pointing to specific portions of the claim language and the specification. The Applicant's representative explained that while the transmitter as recited in the claim could be part of a cell phone, the claims cover transmission of music in close proximity, not cell towers. *See also* Reasons for Allowance on pages 6 - 7 of Notice of Allowance. The Examiner agreed.

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 16185786 |
| **Filing Date:** | 09-Nov-2018 |
| **Title of Invention:** | WIRELESS DIGITAL AUDIO MUSIC SYSTEM |
| **First Named Inventor/Applicant Name:** | C. Earl Woolfork |
| **Filer:** | Harnik Shukla/Jenny Kim |
| **Attorney Docket Number:** | 1EWAY.009P1C7 |

Filed as Large Entity

**Filing Fees for** **Utility under 35 USC 111(a)**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| UTILITY APPL ISSUE FEE | 1501 | 1 | 1000 | 1000 |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | | **Total in USD ($)** | | **1000** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 37306142 |
| **Application Number:** | 16185786 |
| **International Application Number:** | |
| **Confirmation Number:** | 1022 |
| **Title of Invention:** | WIRELESS DIGITAL AUDIO MUSIC SYSTEM |
| **First Named Inventor/Applicant Name:** | C. Earl Woolfork |
| **Customer Number:** | 20995 |
| **Filer:** | Harnik Shukla/Elizabeth Rutherford |
| **Filer Authorized By:** | Harnik Shukla |
| **Attorney Docket Number:** | 1EWAY.009P1C7 |
| **Receipt Date:** | 27-SEP-2019 |
| **Filing Date:** | 09-NOV-2018 |
| **Time Stamp:** | 18:17:45 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | CARD |
| Payment was successfully received in RAM | $1000 |
| RAM confirmation Number | E20199QI18089066 |
| Deposit Account | 111410 |
| Authorized User | Elizabeth Rutherford |

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:

37 CFR 1.16 (National application filing, search, and examination fees)

37 CFR 1.17 (Patent application and reexamination processing fees)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Issue Fee Payment (PTO-85B) | 1EWAY009P1C7_IFee.pdf | 199339<br>fb1cfea68dcf57ceca021e14ca5b251f2e5773a8 | no | 1 |
| Warnings: | | | | | |
| Information: | | | | | |
| 2 | Post Allowance Communication - Incoming | 1EWAY009P1C7_Comments.pdf | 26057<br>e3ec438d5e06738148a33af9ecf9308a2f4ed375 | no | 3 |
| Warnings: | | | | | |
| Information: | | | | | |
| 3 | Applicant summary of interview with examiner | 1EWAY009P1C7_IntSummary.pdf | 18948<br>7b70c2f65797dbaf551b2cbc0d1b13cb4e8fa7e7 | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |
| 4 | Fee Worksheet (SB06) | fee-info.pdf | 30402<br>7eb088f7a86fe8e61b54ed249367dea02788be92 | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |
| | | Total Files Size (in bytes): | 274746 | | |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**

**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**

**National Stage of an International Application under 35 U.S.C. 371**

**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**

**New International Application Filed with the USPTO as a Receiving Office**

**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

# PART B - FEE(S) TRANSMITTAL

Complete and send this form, together with applicable fee(s), by mail or fax, or via EFS-Web.

By mail, send to: Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

By fax, send to: (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

20995 7590 09/18/2019

KNOBBE MARTENS OLSON & BEAR LLP
2040 MAIN STREET
FOURTEENTH FLOOR
IRVINE, CA 92614

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**

I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being transmitted to the USPTO via EFS-Web or by facsimile to (571) 273-2885, on the date below.

(Typed or printed name)

(Signature)

(Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 16/185,786 | 11/09/2018 | C. Earl Woolfork | 1EWAY.009P1C7 | 1022 |

TITLE OF INVENTION: WIRELESS DIGITAL AUDIO MUSIC SYSTEM

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $1000 | $0.00 | $0.00 | $1000 | 12/18/2019 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| FLANDERS, ANDREW C | 2656 | 381-074000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-09 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list
(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 KNOBBE MARTENS OLSON & BEAR, LLP
2
3

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document must have been previously recorded, or filed for recordation, as set forth in 37 CFR 3.11 and 37 CFR 3.81(a). Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE: ONE-E-WAY, INC.

(B) RESIDENCE: (CITY and STATE OR COUNTRY): Pasadena, CA

Please check the appropriate assignee category or categories (will not be printed on the patent) : ☐ Individual ☒ Corporation or other private group entity ☐ Government

4a. Fees submitted: ☒ Issue Fee ☐ Publication Fee (if required) ☐ Advance Order - # of Copies ______

4b. Method of Payment: *(Please first reapply any previously paid fee shown above)*

☒ Electronic Payment via EFS-Web ☐ Enclosed check ☐ Non-electronic payment by credit card (Attach form PTO-2038)

☒ The Director is hereby authorized to charge ~~the required fee(s)~~, any deficiency, or credit any overpayment to Deposit Account No. 11-1410

5. **Change in Entity Status** (from status indicated above)

☐ Applicant certifying micro entity status. See 37 CFR 1.29

☐ Applicant asserting small entity status. See 37 CFR 1.27

☐ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.
NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.
NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature /Harnik Shukla/ Date September 27, 2019

Typed or printed name HARNIK SHUKLA Registration No. 73,097

Please Direct All Correspondence to Customer Number 20995

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | | |
|---|---|---|
| Inventor | : | C. Earl Woolfork |
| App. No | : | 16/185786 |
| Filed | : | November 9, 2018 |
| For | : | WIRELESS DIGITAL AUDIO MUSIC SYSTEM |
| Examiner | : | Flanders, Andrew C. |
| Art Unit | : | 2656 |
| Conf No. | : | 1022 |

**Mail Stop Issue Fee**
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

**COMMENTS ON STATEMENT OF REASONS FOR ALLOWANCE**

Dear Commissioner:

Applicant makes the following comments in response to the Examiner's description of allowable subject matter in the Notice of Allowance mailed on September 18, 2019.

The independent claims recite various combinations of features, and each combination is independently patentable. Any remarks in support of patentability of one claim should not be imputed to any other claim, including claims in other applications, even if similar terminology is used.

Applicant agrees that the allowed claims are patentable, but Applicant takes no position regarding the full wording of the Reasons for Allowance and therefore respectfully traverses them. Accordingly, the Examiner's attempt to re-phrase, summarize, or highlight persuasive aspects of Applicant's arguments should not be attributed to Applicant. *See e.g. Notice of Allowance*, 6 - 7. Applicant does not concede that patentability rests fully on these or any particular aspect that has been specifically

acknowledged as persuasive. Applicant respectfully submits that there may be additional reasons for patentability of the claims that are not stated in this record and Applicant does not waive any right to any arguments that may rely, in whole or in part, on such additional reasons.

Any remarks referring to only a portion of a claim should not be understood to base patentability on that portion alone or to imply that the limitation or combination of limitations discussed is essential or critical; rather, patentability rests on each claim taken as a whole. Accordingly, to the extent that the Reasons for Allowance omit claim elements, add claim elements, or identify purportedly distinguishing features, removed from the claim context, Applicant respectfully disagrees with the Reasons for Allowance. Additionally, to the extent that the Reasons for Allowance paraphrase the subject matter of the claims and/or deviate from the full and complete language recited in each individual claim, Applicant respectfully disagrees with the Reasons for Allowance. For instance, on pages 6-7 of the Notice of Allowance, the Examiner construes claim language by pointing to portions in the Specification and paraphrasing the claimed subject matter. Applicant respectfully disagrees with such paraphrasing and further disagrees with the Examiner's attempt to limit the construction of particular claim terms to only the cited portions of the Specification in the Notice of Allowance.

To the extent that there is any implication that the patentability of dependent claims is only attributable to the limitations in the independent claim from which each depends or that the dependent claims have the same scope as the claims from which they depend, Applicant respectfully disagrees and notes that it is each claim, taken as a whole, that is patentable. Accordingly, Applicant submits that each of the allowed claims is allowable because the prior art does not teach or suggest the combination of features recited by that claim, taken as a whole.

The claims of the present application are possibly different in scope than the claims that may be pursued in other applications owned by the owner of the present application, such as continuations, divisionals, continuations-in-part, and/or other applications. To the extent that any of the claims of the present application or any previous amendments thereto or remarks relating thereto (including any characterizations of any referenced art) could be construed as a disclaimer of any

subject matter supported by the present disclosure, Applicant hereby rescinds and retracts such disclaimer. Accordingly, Applicant reserves the right to pursue claims directed to any subject matter supported by the present disclosure in any of the other applications.

Applicant also reserves the right to contest whether or not references cited or referred to in the prosecution of this application are in fact prior art references, and to contest any characterizations of what the present disclosure or the art of record discloses or teaches.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: September 27, 2019

By:/Harnik Shukla/______________________
Harnik Shukla
Registration No. 73,097
Registered Practitioner
Customer No. 20995
(949) 721-5278

31406045