# EXHIBIT F

# The AMERICAN HERITAGE® dic·tion·ar·y

**FOURTH EDITION**



Delta
Trade Paperbacks

A Delta Book

Published by
Dell Publishing
a division of
Random House, Inc.
1540 Broadway
New York, New York  10036



Words included in this book that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this book is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this book is to be regarded as affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Copyright © 2001 by Houghton Mifflin Company

All rights reserved.  No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval system, without the written permission of the Publisher, except where permitted by law. For information address: Reference Permissions, Houghton  Mifflin Company, 222 Berkeley Street, Boston, MA  02116.

Delta®  is a registered trademark of Random House, Inc.

ISBN: 0-385-33576-8

Reprinted by arrangement with Houghton Mifflin Company

Manufactured in the United States of America

Published simultaneously in Canada

July 2001

10  9  8  7  6  5  4  3
QMB



LC Control Number

2003 276350

# Table of Contents

| | |
|---|---:|
| Editorial and Production Staff | iv |
| Guide to the Dictionary | v |
| **Dictionary of the English Language** | **1** |
| Picture Credits | 949 |

# Tables and Charts

| | |
|---|---:|
| Bible | 86 |
| Calendar | 126 |
| Currency | 215 |
| Elements | 278-279 |
| Measurement | 526-527 |

**hay fever** ▸ *n.* An allergic condition affecting the mucous membranes of the upper respiratory tract and the eyes, usu. caused by an abnormal sensitivity to airborne pollen.

**hay•fork** (hā′fôrk′) ▸ *n.* **1.** A pitchfork. **2.** A machine-operated fork for moving hay.

**hay•loft** (hā′lôft′, -lŏft′) ▸ *n.* A loft for storing hay.

**hay•seed** (hā′sēd′) ▸ *n.* **1.** Chaff that falls from hay. **2.** *Slang* A bumpkin; yokel.

**hay•stack** (hā′stăk′) ▸ *n.* A large stack of hay, esp. as left in a field to dry.

**Hay•ward** (hā′wərd) A city of W CA SE of Oakland. Pop. 111,498.

**hay•wire** (hā′wīr′) ▸ *adj. Informal* **1.** Crazy. **2.** Not functioning properly; broken.

**haz•ard** (hăz′ərd) ▸ *n.* **1.** A chance; accident. **2.** A possible source of danger: *a fire hazard*. **3.** An obstacle on a golf course. ▸ *v.* To venture: *hazard a guess*. [Poss. < Ar. *az-zahr*, gaming die.] —**haz′ard•ous** *adj.* —**haz′ard•ous•ly** *adv.*

**hazardous waste** ▸ *n.* A substance, such as nuclear waste, that is potentially harmful to the environment and living organisms.

**haze**[1] (hāz) ▸ *n.* **1.** Atmospheric moisture, dust, smoke, and vapor that diminishes visibility. **2.** A vague or confused state of mind. [Prob. < HAZY.]

**haze**[2] (hāz) ▸ *v.* **hazed, haz•ing.** To persecute or harass with meaningless, difficult, or humiliating tasks. [Perh. < OFr. *haser*, annoy.] —**haz′er** *n.*

**ha•zel** (hā′zəl) ▸ *n.* **1.** A shrub or small tree bearing edible nuts enclosed in a leafy husk. **2.** A light or yellowish brown. [< OE *hæsel*.] —**ha′zel** *adj.*

**ha•zel•nut** (hā′zəl-nŭt′) ▸ *n.* The nut of a hazel.

**Haz•litt** (hăz′lĭt, hāz′-), **William.** 1778–1830. British essayist.

**haz•y** (hā′zē) ▸ *adj.* **-i•er, -i•est 1.** Marked by the presence of haze. **2.** Not clearly defined; unclear or vague. [?] —**haz′i•ly** *adv.* —**haz′i•ness** *n.*

**Hb** ▸ *abbr.* hemoglobin

**H-bomb** (āch′bŏm′) ▸ *n.* A hydrogen bomb.

**hcf** ▸ *abbr.* highest common factor

**HDL** (āch′dē-ĕl′) ▸ *n.* A complex of lipids and proteins that transports cholesterol in the blood, high levels of which may decrease the risk of heart disease. [*h(igh)-d(ensity) l(ipoprotein)*.]

**hdqrs.** ▸ *abbr.* headquarters

**HDTV** ▸ *abbr.* high-definition television

**he** (hē) ▸ *pron.* **1.** Used to refer to the male previously mentioned or implied. See Usage Note at I[1]. **2.** Used to refer to a person whose gender is unspecified or unknown. ▸ *n.* A male person or animal: *Is the cat a he?* [< OE *hē*.]

*Usage:* Use of *he* as a gender-neutral pronoun, as in *No one seems to take any pride in his work anymore*, is often considered sexist. The easiest way to avoid such constructions is to change to the plural, so that *they* is the pronoun, or to use forms such as *he/she* or *he or she*, although these can be cumbersome in sustained use.

**He** ▸ The symbol for the element **helium.**

**head** (hĕd) ▸ *n.* **1.** The uppermost or forwardmost part of the body, containing the brain and in vertebrates the eyes, ears, nose, mouth, and jaws. **2.** The intellect or mind; intelligence. **3a.** Mental ability or aptitude. **b.** Self-control. *Don't lose your head.* **4.** *Slang* A drug user. **5.** often **heads** (takes sing. v.) The side of a coin having the principal design. **6a.** *pl.* **head** A single herd animal: *20 head of cattle.* **7.** A leader, chief, or director. **8.** The foremost or leading position. **9.** Pressure: *a head of steam.* **10.** A turning point: *bring matters to a head.* See Syns at **crisis. 11.** A projecting or striking part. **12.** A rounded compact mass, as of leaves or buds: *a head of cabbage.* **13.** The uppermost part; the top. **14.** The end considered the most important: *the head of the table.* **15.** A toilet, esp. on a ship. **16.** A headline or heading. ▸ *adj.* **1.** Foremost in rank or importance. **2.** Placed at the top or the front. ▸ *v.* **1.** To be in charge of; lead. **2.** To be in the first or foremost position of. **3.** To aim or proceed in a certain direction: *headed the horses up the hill; head for town.* **4.** To provide with a head. —**phrasal verb: head off** To intercept. —**idioms: head over heels 1.** Rolling, as in a somersault. **2.** Completely; hopelessly: *head over heels in love.* **off (or out of) (one's) head** Insane; crazy. [< OE *hēafod.*] —**head′less** *adj.*

**head•ache** (hĕd′āk′) ▸ *n.* **1.** A pain in the head. **2.** *Informal* An annoying problem. —**head′ach′y** *adj.*

**head•band** (hĕd′bănd′) ▸ *n.* A band worn around the head.

**head•board** (hĕd′bôrd′, -bōrd′) ▸ *n.* A board or panel that forms the head, as of a bed.

**head•dress** (hĕd′drĕs′) ▸ *n.* A covering or an ornament for the head.

**head•first** (hĕd′fûrst′) ▸ *adv.* **1.** With the head leading; headlong. **2.** Impetuously; brashly. —**head′first′** *adj.*

**head•gear** (hĕd′gîr′) ▸ *n.* A covering, such as a hat or helmet, for the head.

**head•hunt•ing** (hĕd′hŭn′tĭng) ▸ *n.* **1.** The custom of cutting off and preserving the heads of enemies as trophies. **2.** *Informal* The business of recruiting personnel, esp. executive personnel, as for a corporation. —**head′hunt′er** *n.*

**head•ing** (hĕd′ĭng) ▸ *n.* **1.** The title, subtitle, or topic that stands at the top or beginning, as of a text. **2.** The direction in which a ship or an aircraft is moving.

**head•land** (hĕd′lənd, -lănd′) ▸ *n.* A point of land extending out into a body of water.

**head•light** (hĕd′līt′) ▸ *n.* **1.** A light with a reflector mounted on the front of a vehicle. **2.** A lamp mounted on a miner's or spelunker's hard hat.

**head•line** (hĕd′līn′) ▸ *n.* The title or caption of a newspaper article, usu. set in large type. ▸ *v.* **-lined, -lin•ing 1.** To supply (a page or passage) with a headline. **2.** To receive prominent billing at: *headline a variety show.* —**head′lin′er** *n.*

**head•lock** (hĕd′lŏk′) ▸ *n.* A wrestling hold in which the head of one wrestler is encircled and locked by the arm and body of the other.

**head•long** (hĕd′lông′, -lŏng′) ▸ *adv.* **1.** Headfirst. **2.** In an impetuous manner; rashly. **3.** At breakneck speed. [ME *(bi) hedlong.*] —**head′long′** *adj.*

**head•man** (hĕd′mən, -măn′) ▸ *n.* The chief man esp. of a tribal or traditional village.

**head•mas•ter** (hĕd′măs′tər) ▸ *n.* A man who is a principal, usu. of a private school.

**head•mis•tress** (hĕd′mĭs′trĭs) ▸ *n.* A woman who is a principal, usu. of a private school.

**head-on** (hĕd′ŏn′, -ôn′) ▸ *adj.* **1.** Facing forward; frontal. **2.** With the front end foremost: *a head-on collision.* —**head′-on′** *adv.*

**head•phone** (hĕd′fōn′) ▸ *n.* A receiver held to the ear by a headband.

**head•piece** (hĕd′pēs′) ▸ *n.* **1.** A protective covering for the head. **2.** A headset.

**head•pin** (hĕd′pĭn′) ▸ *n.* See **kingpin** 1.

**head•quar•ters** (hĕd′kwôr′tərz) ▸ *pl.n.* (takes sing. or pl. v.) **1.** The offices of a commander, as of a military unit. **2.** A center of operations or administration. See Syns at **center.**

*Usage:* The noun *headquarters* is more commonly used with a plural verb when reference is to physical location: *The headquarters are in Boston.* But the singular is sometimes preferred when reference is to authority: *Battalion headquarters has approved the retreat.*

**head•rest** (hĕd′rĕst′) ▸ *n.* A support for the head.

**head•room** (hĕd′rōōm′, -rŏŏm′) ▸ *n.* Space above one's head, as in a vehicle or tunnel; clearance.

**head•set** (hĕd′sĕt′) ▸ *n.* A pair of headphones, often with microphone attached.

**head shop** ▸ *n. Slang* A shop that sells paraphernalia for use with illegal drugs.

**head•stall** (hĕd′stôl′) ▸ *n.* The section of a bridle that fits over a horse's head.

**head•stand** (hĕd′stănd′) ▸ *n.* A position in which one supports oneself vertically on one's head with the hands braced for support on the floor.

**head start** ▸ *n.* **1.** A start before other contestants in a race. **2.** An early start that confers an advantage.

**head•stone** (hĕd′stōn′) ▸ *n.* **1.** A memorial stone set at the head of a grave. **2.** See **keystone** 1.

**head•strong** (hĕd′strông′, -strŏng′) ▸ *adj.* Determined to have one's own way; willful.

**head•wait•er** (hĕd′wā′tər) ▸ *n.* A waiter in charge of the other waiters and waitresses in a restaurant.

**head•wa•ters** (hĕd′wô′tərz, -wŏt′ərz) ▸ *pl.n.* The waters from which a river rises.

**head•way** (hĕd′wā′) ▸ *n.* **1.** Forward movement, esp. of a ship. **2.** Progress toward a goal. **3.** Overhead clearance; headroom.

**head•wind** (hĕd′wĭnd′) ▸ *n.* A wind blowing directly against the course of an aircraft or ship.

**head•work** (hĕd′wûrk′) ▸ *n.* Mental activity or work; thought. —**head′work′er** *n.*

**head•y** (hĕd′ē) ▸ *adj.* **-i•er, -i•est 1.** Intoxicating. **2.** Impetuous; rash. —**head′i•ly** *adv.* —**head′i•ness** *n.*

**heal** (hēl) ▸ *v.* **1.** To restore to or regain health or soundness. See Syns at **cure. 2.** To set right; repair: *healed the rift between us.* [< OE *hælan.*] —**heal′a•ble** *adj.* —**heal′er** *n.*

**health** (hĕlth) ▸ *n.* **1.** The overall condition of an organism at a given time. **2.** Soundness, esp. of body or mind. **3.** A condition of well-being. [< OE *hǣlth.*] —**health′ful** *adj.* —**health′ful•ly** *adv.* —**health′ful•ness** *n.*

**health care** ▸ *n.* The prevention and treatment of illness through the delivery of medical services. —**health-care** *adj.*

**health food** ▸ *n.* A food believed to be beneficial to one's health. —**health′-food′** *adj.*

**health maintenance organization** ▸ *n.* An HMO.

**health•y** (hĕl′thē) ▸ *adj.* **-i•er, -i•est 1.** Possessing good health. **2.** Conducive to good health; healthful. **3.** Indicative of sound thinking or mind: *a healthy attitude.* **4.** Sizable; considerable: *a healthy portion.* —**health′i•ly** *adv.* —**health′i•ness** *n.*

**Hea•ney** (hē′nē), **Seamus Justin.** b. 1939. Irish poet; 1995 Nobel.

**heap** (hēp) ▸ *n.* **1.** A group of things placed or thrown, one on top of the other. **2.** often **heaps** *Informal* A great deal; a lot. **3.** *Slang* An old or run-down car. ▸ *v.* **1.** To put or throw in a pile. **2.** To fill to capacity. **3.** To bestow in abundance: *heaped abuse on them.* [< OE *hēap.*]

*Syns: heap, bank, mound, pile, stack* **n.**

**hear** (hîr) ▸ *v.* **heard** (hûrd), **hear•ing 1.** To perceive by the ear. **2.** To learn by hearing. **3a.** To listen to attentively. **b.** To listen to in an official capacity. **c.** To attend: *hear Mass.* [< OE *hīeran.*] —**hear′er** *n.*

**hear•ing** (hîr′ĭng) ▸ *n.* **1.** The sense by which sound is perceived. **2.** Range of audibility; earshot. **3.** An opportunity to be heard. **4.** A preliminary examination of an accused person. **5.** A session at which testimony is taken from witnesses.

**hearing aid** ▸ *n.* A small electronic amplifying device that is worn to aid poor hearing.

**hear•ing-im•paired** (hîr′ĭng-ĭm-pârd′) ▸ *adj.* **1.** Hard of hearing. **2.** Completely incapable of hearing; deaf. —**hear′ing-im•paired′** *n.*

**hear•ken** (här′kən) ▸ *v.* To listen attentively; give heed. [< OE *hercnian.*]

**hear•say** (hîr′sā′) ▸ *n.* Information heard from another.

**hearse** (hûrs) ▸ *n.* A vehicle for conveying a coffin to a church or cemetery. [ME *herse*, frame for holding candles < Lat. *hirpex*, harrow.]

**Hearst** (hûrst), **William Randolph.** 1863–1951. Amer. newspaper and magazine publisher.

**heart** (härt) ▸ *n.* **1.** The chambered, muscular organ that pumps blood received from the veins into the arteries, maintaining the flow of blood through the circulatory system. **2.** The vital center and source of one's being, feelings, and emotions. **3a.** Sympathy or generosity; compassion. **b.** Love; affection. **4.** Resolution; fortitude: *lose heart.* **5.** The most important or essential part. See Syns at **center. 6.** Any of a suit of playing cards marked with a red, heart-shaped figure. —**idioms: by heart** By memory. **heart and soul** Completely; entirely. **take to heart** To take seriously and be affected by. **with all (one's) heart 1.** With great willingness or pleasure. **2.** With deepest feeling. [< OE *heorte.*]

**heart•ache** (härt′āk′) ▸ *n.* Emotional anguish; sorrow.

**heart attack** ▸ *n.* Sudden interruption or insufficiency of blood supply to the heart, typically resulting from obstruction of a coronary artery.

**heart•beat** (härt′bēt′) ▸ *n.* A single complete pulsation of the heart.

**heart•break** (härt′brāk′) ▸ *n.* Overwhelming sorrow, grief, or disappointment, esp. in love. —**heart′break′er** *n.* —**heart′break′ing** *adj.* —**heart′break′ing•ly** *adv.*

**heart•bro•ken** (härt′brō′kən) ▸ *adj.* Suffering

**realm** (rĕlm) ▸ *n.* **1.** A kingdom. **2.** A field or sphere: *the realm of science.* See Syns at **field**. [< Lat. *regimen*, government.]

**re·al number** (rē′əl, rēl) ▸ *n.* A number that is rational or irrational, not imaginary.

**re·al·po·li·tik** (rā-äl′pō′lĭ-tēk′) ▸ *n.* Politics based upon practical, not theoretical or ethical, considerations. [Ger.]

**re·al time** (rē′əl, rēl) ▸ *n.* **1.** The actual time in which a physical process under computer study or control occurs. **2.** The time required for a computer to solve a problem.

**Re·al·tor** (rē′əl-tər, -tôr′) ▸ A service mark for a real-estate agent affiliated with the National Association of Realtors.

**re·al·ty** (rē′əl-tē) ▸ *n., pl.* **-ties.** Real estate.

**ream**[1] (rēm) ▸ *n.* **1.** A quantity of paper, usu. 500 or 516 sheets. **2.** often **reams** A large amount. [< Ar. *rizma*, bundle.]

**ream**[2] (rēm) ▸ *v.* **1.** To form, shape, taper, or enlarge (a hole) with or as if with a reamer. **2.** To remove (material) with a reamer. [Poss. < ME *remen*, make room.]

**ream·er** (rē′mər) ▸ *n.* A tool used to shape or enlarge holes.

**reap** (rēp) ▸ *v.* **1.** To cut and gather (grain or a similar crop). **2.** To harvest a crop (from). **3.** To obtain as a result of effort: *reap profits.* [< OE *rīpan.*]

**reap·er** (rē′pər) ▸ *n.* One that reaps, esp. a machine for harvesting grain.

**rear**[1] (rîr) ▸ *n.* **1.** A back or hind part. **2.** The part of a military deployment farthest from the fighting front. ▸ *adj.* Of, at, or located in the rear. [< ME *rerewarde*, rear guard.]

**rear**[2] (rîr) ▸ *v.* **1.** To care for (children or a child) during the early stages of life. **2.** To lift upright. **3.** To build; erect. **4.** To breed or raise: *reared cattle.* **5.** To rise on the hind legs, as a horse. [< OE *rǣran*, raise.]

**rear admiral** ▸ *n.* A rank, as in the US Navy, above commodore and below vice admiral.

**rear guard** ▸ *n.* A detachment of troops that protects the rear of a military force.

**rear·most** (rîr′mōst′) ▸ *adj.* Farthest in the rear; last.

**rear·ward** (rîr′wərd) also **rear·wards** (-wərdz) ▸ *adv.* Toward, to, or at the rear. —**rear′ward** *adj.*

**rea·son** (rē′zən) ▸ *n.* **1.** The basis or motive for an action, decision, or conviction. **2.** An underlying fact or cause that provides logical sense for a premise or occurrence. **3.** The capacity for logical, rational, and analytic thought. **4.** A normal mental state; sanity: *lost his reason.* ▸ *v.* **1.** To use the faculty of reason; think logically. **2.** To talk or argue logically and persuasively. **3.** To determine or conclude by logical thinking. —**idioms: by reason of** Because of. **within reason** Within the bounds of good sense or practicality. [< Lat. *ratiō < rērī*, think.] —**rea′son·er** *n.* —**rea′son·ing** *n.*

**rea·son·a·ble** (rē′zə-nə-bəl) ▸ *adj.* **1.** Capable of reasoning; rational. **2.** In accordance with reason or sound thinking. **3.** Not excessive or extreme. —**rea′son·a·bil′i·ty, rea′son·a·ble·ness** *n.*

**re·as·sure** (rē′ə-shoor′) ▸ *v.* **-sured, -sur·ing 1.** To restore confidence to. **2.** To assure again. —**re′as·sur′ance** *n.*

**re·bate** (rē′bāt′) ▸ *n.* A deduction from an amount to be paid or a return of part of an amount paid. ▸ *v.* (rē′bāt′, rĭ-bāt′) **-bat·ed, -bat·ing.** To deduct or return (an amount) from a payment or bill. [< OFr. *rabattre*, reduce.] —**re′bat·er** *n.*

**Re·bec·ca** (rĭ-bĕk′ə). In the Bible, the wife of Isaac and the mother of Jacob and Esau.

**re·bel** (rĭ-bĕl′) ▸ *v.* **-belled, -bel·ling 1.** To refuse allegiance to and oppose by force an established government or ruling authority. **2.** To resist or defy an authority or a convention. **3.** To feel or express strong unwillingness or repugnance. ▸ *n.* **reb·el** (rĕb′əl). One who rebels. [< Lat. *rebellāre < bellum*, war.]

**re·bel·lion** (rĭ-bĕl′yən) ▸ *n.* **1.** Open, armed, and organized resistance to a government. **2.** An act or a show of defiance toward an authority or convention. —**re·bel′lious** *adj.* —**re·bel′lious·ness** *n.*

**re·birth** (rē-bûrth′, rē′bûrth′) ▸ *n.* **1.** A second or new birth. **2.** A revival.

**re·born** (rē-bôrn′) ▸ *adj.* Born again; revived.

**re·bound** (rē′bound′, rĭ-) ▸ *v.* **1.** To spring or bounce back after hitting or colliding with something. **2.** To recover, as from disappointment. **3.** *Basketball* To retrieve the ball as it bounces off the backboard or rim after an unsuccessful shot. ▸ *n.* (rē′bound′, rĭ-bound′) **1.** A springing or bounding back; recoil. **2a.** A rebounding or caroming ball or hockey puck. **b.** *Basketball* The act or an instance of taking possession of a rebounding ball. **3.** A recovery, as from a disappointment.

**re·buff** (rĭ-bŭf′) ▸ *n.* A blunt or abrupt repulse or refusal. ▸ *v.* **1.** To reject bluntly, often disdainfully; snub. **2.** To repel or drive back. [< Ital. *ribuffo*, reprimand.]

**re·buke** (rĭ-byōōk′) ▸ *v.* **-buked, -buk·ing.** To criticize sharply; reprimand. [< ONFr. *rebuker.*] —**re·buke′** *n.*

**re·bus** (rē′bəs) ▸ *n., pl.* **-bus·es.** A representation of words in the form of pictures or symbols, often presented as a puzzle. [Lat. *rēbus*, by things, ablative pl. of *rēs*, thing.]

**re·but** (rĭ-bŭt′) ▸ *v.* **-but·ted, -but·ting.** To refute by offering opposing evidence or arguments. [< OFr. *rebouter.*] —**re·but′tal** *n.*

**rec** (rĕk) ▸ *n. Informal* Recreation.

**re·cal·ci·trant** (rĭ-kăl′sĭ-trənt) ▸ *adj.* Stubbornly resistant to and defiant of authority or guidance. [< LLat. *recalcitrāre*, be disobedient.] —**re·cal′ci·trance, re·cal′ci·tran·cy** *n.*

**re·call** (rĭ-kôl′) ▸ *v.* **1.** To ask or order to return; call back. **2.** To remember; recollect. See Syns at **remember. 3.** To cancel, take back, or revoke. **4.** To bring back; restore. ▸ *n.* (also rē′kôl′) **1.** The act of recalling. **2.** The ability to remember information or experiences. **3.** The act of revoking. **4.** The procedure by which a public official may be removed from office by popular vote.

**re·cant** (rĭ-kănt′) ▸ *v.* To make a formal denial of (e.g., an earlier statement). [Lat. *recantāre.*] —**re·can·ta′tion** *n.*

**re·cap**[1] (rē-kăp′) ▸ *v.* **1.** To cap again. **2.** To restore (a used automobile tire) by bonding new rubber onto the worn tread. ▸ *n.* (rē′kăp′). A recapped tire.

**re·cap**[2] (rē′kăp′) *Informal* ▸ *v.* **-capped, -cap·ping.** To recapitulate. ▸ *n.* A recapitulation.

**re·ca·pit·u·late** (rē′kə-pĭch′ə-lāt′) ▸ *v.* **-lat·ed, -lat·ing.** To repeat in concise form; summarize. [< Lat. *capitulum*, main point.] —**re′ca·pit′u·la′tion** *n.*

**re·cap·ture** (rē-kăp′chər) ▸ *v.* **1.** To capture again. **2.** To recall: *recapture the past.* —**re·cap′ture** *n.*

**recd.** ▸ *abbr.* received

**re·cede** (rĭ-sēd′) ▸ *v.* **-ced·ed, -ced·ing 1.** To move back or away from a limit or point. **2.** To slope backward. **3.** To become or seem to become more distant. [< Lat. *recēdere.*]

**Syns:** recede, ebb, retract, retreat, retrograde **Ant:** advance **v.**

**re·ceipt** (rĭ-sēt′) ▸ *n.* **1.** The act of receiving or being received. **2.** often **receipts** A quantity or amount received: *cash receipts.* **3.** A written acknowledgment that a specified article has been received. **4.** A recipe. ▸ *v.* **1.** To mark (a bill) as having been paid. **2.** To give a receipt for. [< Lat. *receptus*, received.]

**re·ceiv·a·ble** (rĭ-sē′və-bəl) ▸ *adj.* **1.** Suitable for being received. **2.** Awaiting or requiring payment. —**re·ceiv′a·ble** *n.*

**re·ceive** (rĭ-sēv′) ▸ *v.* **-ceived, -ceiv·ing 1.** To take or acquire (something given, offered, or transmitted); get. **2.** To meet with; experience. **3.** To hear or see: *receive bad news.* **4.** To take in, hold, or contain. **5.** To greet or welcome: *receive guests.* **6.** To convert incoming electromagnetic waves into visible or audible signals. [< Lat. *recipere.*]

**re·ceiv·er** (rĭ-sē′vər) ▸ *n.* **1.** One that receives something. **2.** A device, as part of a radio or telephone, that receives incoming electromagnetic signals and converts them to perceptible forms. **3.** A person appointed by a court to hold and administer the property of others pending litigation.

**re·ceiv·er·ship** (rĭ-sē′vər-shĭp′) ▸ *n. Law* **1.** The office or functions of a receiver. **2.** The state of being held by a receiver.

**re·cent** (rē′sənt) ▸ *adj.* **1.** Of or occurring at a time immediately before the present. **2.** Modern; new. [< Lat. *recēns*, fresh.] —**re′cen·cy, re′cent·ness** *n.* —**re′cent·ly** *adv.*

**re·cep·ta·cle** (rĭ-sĕp′tə-kəl) ▸ *n.* **1.** Something that holds or contains. **2.** *Electron.* A fitting connected to a power supply and equipped to receive a plug. [< Lat. *receptāculum.*]

**re·cep·tion** (rĭ-sĕp′shən) ▸ *n.* **1.** The act of receiving or of being received. **2.** A welcome or acceptance: *a friendly reception.* **3.** A social function: *a wedding reception.* **4a.** The receiving of electromagnetic signals. **b.** The quality of the waves or signals received. [< Lat. *receptiō.*]

**re·cep·tion·ist** (rĭ-sĕp′shə-nĭst) ▸ *n.* One employed chiefly to receive visitors and answer the telephone.

**re·cep·tive** (rĭ-sĕp′tĭv) ▸ *adj.* **1.** Capable of receiving. **2.** Ready or willing to receive favorably: *receptive to the proposal.* —**re′cep·tiv′i·ty, re·cep′tive·ness** *n.*

**re·cep·tor** (rĭ-sĕp′tər) ▸ *n.* **1.** A specialized cell or group of nerve endings that responds to sensory stimuli. **2.** A site on or in a cell that binds with substances such as drugs.

**re·cess** (rē′sĕs′, rĭ-sĕs′) ▸ *n.* **1a.** A temporary cessation of customary activities. **b.** The period of such cessation. See Syns at **pause. 2.** often **recesses** A remote, secret, or secluded place. **3a.** An indentation or hollow. **b.** A recess. ▸ *v.* **1.** To create a recess in: *recessed a portion of the wall.* **2.** To suspend (e.g., a session) for a recess. [< Lat. *recēdere*, *recess*-, recede.]

**re·ces·sion** (rĭ-sĕsh′ən) ▸ *n.* **1.** The act of withdrawing. **2.** An extended, moderate decline in general business activity. **3.** A ceremonial exit, esp. of clerics and choir members after a church service. [< Lat. *recēdere*, *recess*-, recede.]

**re·ces·sion·al** (rĭ-sĕsh′ə-nəl) ▸ *n.* A hymn that accompanies a church recession.

**re·ces·sive** (rĭ-sĕs′ĭv) ▸ *adj.* **1.** Tending to go backward or recede. **2.** *Genet.* Incapable of being manifested when occurring with a dominant form of a gene. —**re·ces′sive·ly** *adv.* —**re·ces′sive·ness** *n.*

**re·cid·i·vism** (rĭ-sĭd′ə-vĭz′əm) ▸ *n.* A tendency to lapse into a previous pattern of behavior, esp. a tendency to return to criminal activity. [< Lat. *recidere*, fall back.] —**re·cid′i·vist** *n.* —**re·cid′i·vis′tic, re·cid′i·vous** *adj.*

**Re·ci·fe** (rə-sē′fə) A city of NE Brazil on the Atlantic S of Natal. Pop. 1,296,995.

**rec·i·pe** (rĕs′ə-pē′) ▸ *n.* A set of directions for making or preparing something, esp. food. [Lat., imper. of *recipere*, take.]

**re·cip·i·ent** (rĭ-sĭp′ē-ənt) ▸ *adj.* Receptive. ▸ *n.* One that receives. [< Lat. *recipere*, receive.]

**re·cip·ro·cal** (rĭ-sĭp′rə-kəl) ▸ *adj.* **1.** Given or shown in return: *reciprocal trade concessions.* **2.** Performed or felt by both sides; mutual. **3.** Complementary. ▸ *n.* **1.** Something reciprocal to something else. **2.** *Math.* Either of a pair of numbers whose product is 1. [< Lat. *reciprocus*, alternating.] —**re·cip′ro·cal′i·ty** (-kăl′ĭ-tē), **re·cip′ro·cal·ness** *n.* —**re·cip′ro·cal·ly** *adv.*

**re·cip·ro·cate** (rĭ-sĭp′rə-kāt′) ▸ *v.* **-cat·ed, -cat·ing 1.** To give or take mutually; interchange. **2.** To show or give in return. **3.** To make a return for something given or done. —**re·cip′ro·ca′tion** *n.* —**re·cip′ro·ca′tive** *adj.* —**re·cip′ro·ca′tor** *n.*

**Syns:** reciprocate, requite, return **v.**

**rec·i·proc·i·ty** (rĕs′ə-prŏs′ĭ-tē) ▸ *n., pl.* **-ties 1.** A reciprocal condition or relationship. **2.** A mutual or cooperative interchange of favors, esp. the exchange of rights or privileges of trade between nations.

**re·cit·al** (rĭ-sīt′l) ▸ *n.* **1.** The act of reciting publicly. **2.** A detailed account of something. **3.** A performance of music or dance, esp. by a solo performer. —**re·cit′al·ist** *n.*

**rec·i·ta·tion** (rĕs′ĭ-tā′shən) ▸ *n.* **1.** The act of reciting. **2.** Oral delivery of prepared lessons by a pupil.

**rec·i·ta·tive** (rĕs′ĭ-tə-tēv′, rĕch′-) ▸ *n.* **1.** A style used in operas, oratorios, and cantatas in which the text is declaimed in the rhythm of natural speech. **2.** A passage rendered in this style. [Ital. *recitativo.*]

**re·cite** (rĭ-sīt′) ▸ *v.* **-cit·ed, -cit·ing 1.** To repeat or utter aloud (something prepared or memorized), esp. before an audience. **2.** To relate in detail. See Syns at **describe.** [< Lat. *recitāre.*] —**re·cit′er** *n.*

**reck·less** (rĕk′lĭs) ▸ *adj.* **1.** Heedless or careless. **2.** Headstrong; rash. [< OE *rēcelēas.*] —**reck′less·ly** *adv.* —**reck′less·ness** *n.*

**reck·on** (rĕk′ən) ▸ *v.* **1.** To count or compute: *reckon the cost.* **2.** To regard as. **3.** *Informal* To