# EXHIBIT G

THE #1 *NEW YORK TIMES* BESTSELLER

OVER 25,000,000 COPIES IN PRINT!

# Webster's NewWorld™ Dictionary

- NEWLY REVISED AND EXPANDED BIOGRAPHY AND GEOGRAPHY SECTIONS
- OVER 60,000 ENTRIES
- 200 ILLUSTRATIONS
- EASY-TO-READ TYPE

POCKET STAR BOOKS



$4.99 U.S.
$5.99 CAN.



ISBN 0-671-51982-4

EAN

# Webster's New World™ Dictionary

**VICTORIA NEUFELDT**
Editor in Chief

**ANDREW N. SPARKS**
Project Editor



**POCKET STAR BOOKS**
New York  London  Toronto  Sydney  Tokyo  Singapore

The sale of this book without its cover is unauthorized. If you purchased this book without a cover, you should be aware that it was reported to the publisher as "unsold and destroyed." Neither the author nor the publisher has received payment for the sale of this "stripped book."



A Pocket Star Book published by
POCKET BOOKS, a division of Simon & Schuster Inc.
1230 Avenue of the Americas, New York, NY 10020

Webster's New World® Dictionary, Pocket Books Paperback Edition

Copyright © 1990, 1995 by Simon & Schuster Inc.

This dictionary is based on and includes material from *Webster's New World Dictionary®*, Third College Edition, copyright © 1988, 1991, 1994

Published by arrangement with Macmillan General Reference.
A Prentice Hall/Macmillan Company

All rights reserved, including the right to reproduce this book or portions thereof in any form whatsoever. For information address Simon & Schuster Inc., 1230 Avenue of the Americas, New York, NY 10020

ISBN: 0-671-51982-4

First Pocket Books paperback printing August 1995

10  9  8  7  6  5  4  3  2  1

WEBSTER'S NEW WORLD, WEBSTER'S NEW WORLD DICTIONARY, POCKET STAR BOOKS and colophons are registered trademarks of Simon & Schuster Inc.

Dictionary Editorial Offices: New World Dictionaries, 830 Euclid Avenue, Cleveland, Ohio 44114

Printed in the U.S.A.

# FOREWORD

This Pocket Books paperback edition of *Webster's New World Dictionary* represents a major updating of its predecessor, which was last revised in 1990. It has been compiled from the outset to serve readers who want a reliable, up-to-date, portable dictionary for use in the home, at school, or in the office. It derives its authority and content from the acclaimed *Webster's New World Dictionary*, Third College Edition, as updated in 1994. The paperback dictionary offers broad coverage of idiomatic expressions, many illustrative phrases, and brief but helpful usage labels and etymologies, all designed to enhance the reader's understanding of current meanings and connotations. Every entry demonstrates the expertise of Webster's New World staff lexicographers, with their combined 150 years of experience in editing dictionaries.

The reader will find that this update is unusually comprehensive. It fully reflects the many changes in the political structure of eastern Europe: the breakup of the Soviet Union's constituent republics into independent states; the division of Yugoslavia and of Czechoslovakia; and the unification of the two Germanys. All pertinent entries have been updated after a thorough search of the Third College database.

This update also includes many new entries that exemplify the rapidly changing vocabulary of American English. These entries range from technical terminology to slang and include *African-American, beta carotene, cyberpunk, designated driver, dweeb, e-mail, hip-hop, intellectual property, liposuction, multiculturalism, politically correct, virtual reality, wuss*, and many others.

Any reader, even one well versed in the use of a dictionary, will greatly benefit from reading the Guide to the Dictionary, which begins on page *v*. It gives an unusually clear explanation of the wealth of information, explicit and implicit, stored within the dictionary's entries.

MICHAEL AGNES
Executive Editor

# 273 hawker / headwaters
# 273 headstrong / heatstroke

**hawk·er** (hôk′ər) *n.* [< Old LowG *hoker*] a peddler or huckster
**hawk′-eyed′** (-īd) *adj.* keen-sighted
**haw·ser** (hô′zər) *n.* [< OFr *haucier* < L *altus*, high] a large rope used for towing or mooring a ship
**haw·thorn** (hô′thôrn′) *n.* [< OE *haga*, hedge + THORN] a thorny shrub or small tree of the rose family, with flowers and small, red fruits
**Haw·thorne** (hô′thôrn′), **Na·than·iel** (nə·than′yəl) 1804-64; U.S. writer
**hay** (hā) *n.* [< OE *hieg*] grass, clover, etc. cut and dried for fodder —*vt.* to mow and dry grass, etc. for hay —**hit the hay** [Slang] to go to bed to sleep
**hay′cock′** *n.* a small, conical heap of hay drying in a field
**Hay·dn** (hīd′'n), **(Franz) Jo·seph** (yō′zef) 1732-1809; Austrian composer
**Hayes** (hāz), **Ruth·er·ford B**(irchard) (ruth′ər fərd) 1822-93; 19th president of the U.S. (1877-81)
**hay fever** an acute inflammation of the eyes and respiratory tract: an allergic reaction to some kinds of pollen
**hay′loft′** *n.* a loft, or upper story, in a barn or stable, for storing hay
**hay′mow′** (-mou′) *n.* 1 a pile of hay in a barn 2 HAYLOFT
**hay′stack′** *n.* a large heap of hay piled up outdoors
**hay′wire′** *adj.* [Colloq.] 1 out of order; disorganized 2 crazy —**go haywire** [Colloq.] 1 to behave erratically 2 to become crazy
**haz·ard** (haz′ərd) *n.* [< OFr *hasard*, game of dice] 1 risk; danger 2 an obstacle on a golf course —*vt.* to risk
**haz′ard·ous** *adj.* risky; dangerous
**haze¹** (hāz) *n.* [prob. < HAZY] 1 a thin vapor of fog, smoke, etc. in the air 2 slight vagueness of mind —*vt., vt.* hazed, haz′ing to make or become hazy; often with *over*
**haze²** (hāz) *vt.* hazed, haz′ing [< ?] to force to do ridiculous or painful things, as in initiation
**ha·zel** (hā′zəl) *n.* [OE *hæsel*] 1 a shrub or tree of the birch family, with edible nuts 2 a reddish brown —*adj.* light reddish-brown
**ha′zel·nut′** *n.* FILBERT
**ha·zy** (hā′zē) *adj.* -zi·er, -zi·est [prob. < OE *hasu*, dusky] 1 somewhat foggy or smoky 2 somewhat vague —**ha′zi·ly** *adv.* —**ha′zi·ness** *n.*
**H-bomb** (āch′bäm′) *n.* HYDROGEN BOMB
**he** (hē) *pron., pl. see* THEY [OE] 1 the man, boy, or male animal previously mentioned 2 anyone —**he who laughs last laughs best** —*n.* a male
**He** *Chem. symbol for* helium
**head** (hed) *n.* [OE *heafod*] 1 the part of the body containing the brain, and the jaws, eyes, ears, nose, and mouth 2 the mind; intelligence 3 *pl.* **head** a unit of counting /ten *head* of cattle/ 4 the main side of a coin 5 the uppermost part or thing; top 6 the topic or title of a section, chapter, etc. 7 the foremost or projecting part; front 8 the part designed for holding, striking, etc. /the *head* of a nail/ 9 the part of a tape recorder

that records or plays back the magnetic signals on tape 10 the end of a barrel, drum, etc. 11 the source of a river, etc. 12 froth, as on beer 13 a position of leadership or honor 14 a leader, ruler, etc. —*adj.* 1 most important; principal 2 at the top or front 3 striking against the front /*head* current/ —*vt.* 1 to be the chief of; command 2 to lead; precede 3 to cause to go in a specified direction —*vt.* 1 to set out; travel /to *head* eastward/ —**come to a head** 1 to be about to suppurate, as a boil 2 to culminate, or reach a crisis —**go to one's head** 1 to confuse or intoxicate one 2 to make one vain —**head off** to get ahead of and intercept —**head over heels** deeply; completely —**heads up!** [Colloq.] look out! —**keep (or lose) one's head** to keep (or lose) one's poise, self-control, etc. —**on (or upon) one's head** as one's responsibility or misfortune —**over one's head** 1 too difficult for one to understand 2 to a higher authority —**turn one's head** to make one vain —**head′less** *adj.*
**head′ache′** (-āk) *n.* 1 a continuous pain in the head 2 [Colloq.] a cause of worry, annoyance, or trouble
**head′board′** (-bôrd) *n.* a board that forms the head of a bed, etc.
**head cold** a common cold with congestion of the nasal passages
**head′dress′** *n.* 1 a decorative covering for the head 2 a hairdo; coiffure
**-head·ed** (-id) *combining form* having a head or heads /clear-*headed*, two-*headed*/
**head′first′** *adv.* 1 with the head in front; headlong 2 recklessly; rashly
**head′gear′** *n.* a hat, cap, etc.
**head′ing** *n.* 1 something forming the head, top, or front 2 the title, topic, etc., as of a chapter 3 the direction in which a ship, plane, etc. is moving
**head′land** *n.* a point of land reaching out into the water; promontory
**head′light′** *n.* a light with a reflector and lens, at the front of a vehicle
**head′line′** *n.* printed lines at the top of a newspaper article, giving the topic —*vt.* -lined′, -lin′ing to give featured billing or publicity to
**head′long′** (-lôŋ′) *adv., adj.* [ME *hedeling(s)*] 1 with the head first 2 with uncontrolled speed or force 3 reckless(ly); rash(ly)
**head′mas′ter** *n.* the principal of a private school —**head′mis′tress** *n.fem.*
**head′-on′** *adj., adv.* with the head or front foremost /a *head-on* collision/
**head′phone′** *n.* [*often pl.*] a listening device for a radio, stereo, etc. worn over the head to position its tiny speakers over the ears
**head′quar′ters** (hed′kwôr'tərz) *n.pl.* [*often with sing. v.*] 1 the main office, or center of operations, of one in command, as in an army 2 the main office in any organization
**head′rest′** *n.* a support for the head
**head′room′** *n.* space overhead, as in a doorway, tunnel, etc.
**head start** an early start or other competitive advantage
**head′stone′** *n.* a stone marker placed at the head of a grave
**head′strong′** *adj.* determined to do as one pleases

**head′wa′ters** *n.pl.* of the small streams that
**head′way′** *n.* 1 forward motion 2 progress or success
**head·y** (hed′ē) *adj.* -i·er, -i·est 1 impetuous; rash 2 intoxicating /*heady* wine/
**heal** (hēl) *vt., vi.* [OE *hælan*] 1 to make or become well or healthy again 2 to cure (a disease) or mend, as a wound —**heal′er** *n.*
**health** (helth) *n.* [OE *hælth*] 1 physical and mental well-being; freedom from disease, etc. 2 condition of body or mind /poor *health*/ 3 a wish for one's health and happiness, as in a toast 4 soundness, as of a society or culture
**health food** food thought to be very healthful, as food grown with natural fertilizers and free of additives
**health′ful** *adj.* helping to produce or maintain health; wholesome
**health·y** (hel′thē) *adj.* -i·er, -i·est 1 having good health 2 showing or resulting from good health /a *healthy* color/ 3 HEALTHFUL —**health′i·ness** *n.*
**heap** (hēp) *n.* [< OE *heap*, a troop] 1 a pile or mass of jumbled things 2 [*often pl.*] [Colloq.] a large amount —*vt.* 1 to make a heap of 2 to give in large amounts 3 to fill (a plate, etc.) full or to overflowing —*vi.* to rise in a heap
**hear** (hir) *vt.* **heard** (hurd), **hear′ing** [OE *hieran*] 1 to be aware of (sounds) by the ear 2 to listen to 3 to conduct a hearing of (a law case, etc.) 4 to be informed of; learn —*vt.* 1 to be able to hear sounds 2 to be told (*of* or *about*) —**hear from** to get a letter, etc. from —**not hear of** to refuse to consider —**hear′er** *n.*
**hear′ing** *n.* 1 the act or process of perceiving sounds 2 the ability to hear 3 an opportunity to be heard 4 an appearance before a judge, investigative committee, etc. 5 the distance a sound will carry /within *hearing*/
**heark·en** (härk′ən) *vi.* [OE *heorknian*] to listen carefully; pay heed
**hear·say** (hir′sā′) *n.* rumor; gossip
**hearse** (hurs) *n.* [< L *hirpex*, a harrow] a vehicle used in a funeral for carrying the corpse
**heart** (härt) *n.* [OE *heorte*] 1 the hollow, muscular organ that circulates the blood by alternate dilation and contraction 2 the central, vital, or main part; core 3 the human heart considered as the center of emotions, personality attributes, etc.; specif., a) inmost thought and feeling b) love, sympathy, etc. c) spirit or courage 4 a conventionalized design of a heart (♥) 5 any of a suit of playing cards marked with such symbols in red —**after one's own heart** that pleases one perfectly —**at heart** in one's innermost nature —**by heart** by or from memorization —**set one's heart on** to have a fixed desire for —**take to heart** 1 to consider seriously 2 to be troubled by
**heart′ache′** *n.* sorrow or grief
**heart attack** any sudden instance of heart failure; esp., a coronary
**heart′beat′** *n.* one full contraction and dilation of the heart
**heart′break′** *n.* overwhelming sorrow or grief —**heart′bro′ken** *adj.*

**heart′burn′** *n.* a burning, acid sensation beneath the breastbone
**-heart·ed** (härt′id) [ME] *combining form* having a (specified kind of) heart /*stout-hearted*/
**heart·en** (härt′'n) *vt.* to encourage
**heart failure** the inability of the heart to pump enough blood to supply the body tissues adequately
**heart′felt′** *adj.* sincere; genuine
**hearth** (härth) *n.* [OE *heorth*] 1 the stone or brick floor of a fireplace 2 a) the fireside b) family life; home
**heart′land′** *n.* a geographically central area having crucial importance
**heart′less** *adj.* unkind; unfeeling —**heart′less·ly** *adv.* —**heart′less·ness** *n.*
**heart′-rend′ing** *adj.* causing much grief or mental anguish
**heart′sick′** *adj.* sick at heart; extremely unhappy or despondent
**heart′strings′** *n.pl.* deepest feelings or affections
**heart′-to-heart′** *adj.* intimate and candid
**heart′warm′ing** *adj.* such as to cause genial feelings
**heart·y** *adj.* -i·er, -i·est 1 warm and friendly; cordial 2 strongly felt; unrestrained /hearty laughter/ 3 strong and healthy 4 nourishing and plentiful /a *hearty* meal/ —*n., pl.* heart′ies [Archaic] a fellow sailor —**heart′i·ness** *n.*
**heat** (hēt) *n.* [OE *hætu*] 1 the quality of being hot; hotness, or the perception of this 2 much hotness 3 hot weather or climate 4 the warming of a house, etc. 5 a) strong feeling; ardor, anger, etc. b) the period of this 6 a single bout, round, or trial 7 the period of sexual excitement in animals, esp. females 8 [Slang] coercion —*vt., vi.* 1 to make or become warm or hot 2 to make or become excited
**heat′ed** *adj.* 1 hot 2 vehement or angry —**heat′ed·ly** *adv.*
**heat′er** *n.* an apparatus for giving heat; stove, furnace, radiator, etc.
**heath** (hēth) *n.* [OE *hæth*] 1 a tract of open wasteland, esp. in the British Isles 2 any of various shrubs that grow on heaths, as heather
**hea·then** (hē′*th*ən) *n., pl.* -**thens** or -**then** [OE *hæthen*] 1 anyone not a Jew, Christian, or Muslim 2 a person regarded as irreligious, uncivilized, etc. —*adj.* 1 pagan 2 irreligious, uncivilized, etc. —**hea′then·ish** *adj.*
**heath·er** (heth′ər) *n.* [ME *haddyr*] a plant of the heath family, esp. common in the British Isles, with small, bell-shaped, purplish-pink flowers
**heating pad** a pad consisting of an electric heating element covered with fabric, for applying heat to the body
**heat lightning** lightning without thunder, seen on hot evenings
**heat′stroke′** *n.* a condition



HEATHER

**rebate** / **Rebekah reciprocal**    491

**re·ac·tion·ar·y** (-shə ner′ē) *adj.* of, characterized by, or advocating reaction, esp. in politics —*n., pl.* -**ies** an advocate of reaction, esp. in politics
**re·ac·ti·vate** (rē ak′tə vāt′) *vt., vi.* -**vat′ed**, -**vat′ing** to make or be made active again; specif., to return (a military unit, ship, etc.) to active status —**re·ac′ti·va′tion** *n.*
**re·ac′tive** (-tiv) *adj.* 1 tending to react 2 of, from, or showing reaction —**re′ac·tiv′i·ty** *n.*
**re·ac′tor** (-tər) *n.* NUCLEAR REACTOR
**read**[1] (rēd) *vt.* **read** (red), **read′ing** (rēd′iŋ) [< OE *rǣdan*, to counsel ] 1 to get the meaning of (writing) by interpreting the characters 2 to utter aloud (written matter) 3 to understand or interpret 4 to foretell (the future) 5 to study /to read law/ 6 to register, as a gauge 7 *Comput.* to access (data) from (a disk, tape, etc.) 8 [Slang] to hear and understand /I read you/ —*vi.* 1 to read something written 2 to learn by reading; with *about* or *of* 3 to contain certain words —**read into** (or **in**) to attribute (a particular meaning to) —**read out of** to expel from (a group) —**read′a·bil′i·ty** *n.* —**read′a·ble** *adj.* —**read′er** *n.*
**read**[2] (red) *vt., vi. pt. & pp. of* READ[1] —*adj.* informed by reading /well-read/
**read′er·ship′** *n.* the people who read a certain publication, author, etc.
**read′ing** (rēd′iŋ) *n.* 1 the act of one who reads 2 material to be read 3 the amount measured by a barometer, thermometer, etc. 4 a particular interpretation or expression
**read′out′** *n.* 1 the retrieving of information from a computer 2 information from a computer, thermostat, etc. displayed visually or recorded, as on tape
**read′y** (red′ē) *adj.* -**i·er**, -**i·est** [OE *rǣde*] 1 prepared to act or be used immediately 2 willing 3 likely or liable; apt /ready to cry/ 4 dexterous 5 prompt /a ready reply/ 6 available at once /ready cash/ —*vt.* -**ied**, -**y·ing** to make ready; prepare —**read′i·ly** *adv.* —**read′i·ness** *n.*
**read′y-made′** *adj.* made so as to be ready for use or sale at once; also, as applied to clothing, **read′y-to-wear′**
**Rea·gan** (rā′gən), **Ron·ald** (Wilson) (răn′ald) 1911- ; 40th president of the U.S. (1981-89)
**re·a·gent** (rē ā′jənt) *n. Chem.* a substance used to detect, measure, or react with another substance
**re·al**[1] (rē′əl, rēl) *adj.* [< L *res*, thing ] 1 existing as or in fact; actual; true 2 authentic; genuine 3 *Law* of or relating to immovable things /*real* property/ —*adv.* [Colloq.] very —for real [Slang] real or really
**real estate** land, including the buildings or improvements on it
**re′al·ism** (rē′əl iz′əm) *n.* 1 a tendency to face facts and be practical 2 the picturing in art and literature of people and things as they really appear to be —**re′al·ist** *n.* —**re′al·is′tic** *adj.* —**re′al·is′ti·cal·ly** *adv.*
**re·al·i·ty** (rē al′ə tē) *n., pl.* -**ties** 1 the quality or fact of being real 2 a person or thing that is real; fact —**in reality** in fact; actually
**re·al·ize** (rē′ə līz′) *vt.* -**ized′**, -**iz′ing** 1 to make real 2 to understand fully 3 to convert (assets, rights, etc.) into money 4 to gain; obtain /*realize* a profit/ 5 to get (a specified sum) —**re′al·i·za′tion** *n.*
**re′al-life′** *adj.* actual; not imaginary
**re′al·ly** *adv.* 1 in reality 2 truly —*interj.* indeed
**realm** (relm) *n.* [see REGAL] 1 a kingdom 2 a region; sphere
**Re·al·tor** (rē′əl tər, -tôr′) *trademark for* a real estate broker or appraiser who is a member of the National Association of Realtors
**re′al·ty** (rē′əl tē) *n.* REAL ESTATE
**ream**[1] (rēm) *n.* [< Ar *rizma*, a bale] 1 a quantity of paper varying from 480 to 516 sheets 2 [*pl.*] [Colloq.] a great amount
**ream**[2] (rēm) *vt.* [OE *reman*] to enlarge (a hole) as with a reamer
**ream′er** *n.* 1 a sharp-edged tool for enlarging or tapering holes 2 a juicer
**re·an·i·mate** (rē an′ə māt′) *vt.* -**mat′ed**, -**mat′ing** to give new life, power, or vigor to —**re·an′i·ma′tion** *n.*
**reap** (rēp) *vt., vi.* [OE *ripan*] 1 to cut (grain) with a scythe, reaper, etc. 2 to gather (a harvest) 3 to obtain as the reward of action, etc.
**reap′er** *n.* 1 one who reaps 2 a machine for reaping grain
**re·ap·por·tion** (rē′ə pôr′shən) *vt.* to apportion again; specif., to change the representational distribution of (a legislature) —**re′ap·por′tion·ment** *n.*
**rear**[1] (rir) *n.* [< ARREARS] 1 the back part 2 the position behind or at the back 3 the part of an army, etc. farthest from the enemy 4 [Slang] the buttocks —*adj.* of, at, or in the rear —**bring up the rear** to come at the end
**rear**[2] (rir) *vt.* [OE *rǣran*] 1 to put upright; elevate 2 to build; erect 3 to grow or breed 4 to educate, train, etc. /to rear a child/ —*vi.* 1 to rise on the hind legs, as a horse 2 to rise (*up*), in anger, etc. 3 to rise high
**rear admiral** a naval officer ranking above a captain
**rear-end′** *vt.* to crash into, or cause the vehicle one is driving to crash into, the back end of (another vehicle)
**rear′most′** *adj.* farthest in the rear
**re·ar·range** (rē′ə rānj′) *vt.* -**ranged′**, -**rang′ing** to arrange again or in a different way
**rear′ward** (-wərd) *adv.* at, in, or toward the rear —*adv.* toward the rear: also **rear′wards**
**rea·son** (rē′zən) *n.* [< L *ratio*, a reckoning] 1 an explanation of an act, idea, etc. 2 a cause or motive 3 the ability to think, draw conclusions, etc. 4 good sense 5 sanity —*vi., vt.* 1 to think logically (about); analyze 2 to argue or infer —**stand to reason** to be logical —**rea′son·ing** *n.*
**rea′son·a·ble** *adj.* 1 able to reason 2 fair; just 3 wise; sensible 4 not excessive —**rea′son·a·bly** *adv.*
**re·as·sure** (rē′ə shoor′) *vt.* -**sured′**, -**sur′ing** 1 to assure again 2 to restore to confidence —**re′as·sur′ance** *n.*
**re·bate** (rē′bāt) *vt.* -**bat′ed**, -**bat′ing** [< OFr *re-* + *abattre*, beat down] to give back (part of a payment) —*n.* a return of part of a payment

**Re·bek·ah** or **Re·bec·ca** (ri bek′ə) *Bible* the wife of Isaac
**reb·el** (reb′əl; *for v.* ri bel′) *n.* [< L *re-*, again + *bellare*, wage war] one who resists authority —*adj.* 1 rebellious 2 of rebels —*vi.* **re·bel′**, -**belled′**, -**bel′ling** 1 to resist authority 2 to feel or show strong aversion
**re·bel·lion** (ri bel′yən) *n.* 1 armed resistance to one's government 2 a defiance of any authority
**re·bel′lious** (-yəs) *adj.* 1 resisting authority 2 opposing control; defiant
**re·birth′** *n.* 1 a new or second birth 2 a reawakening; revival
**re·bound** (ri bound′; *for n.* rē′bound′) *vi.* to spring back, as upon impact —*n.* a rebounding, or ball, etc. that rebounds —**on the rebound** 1 after bouncing back 2 after being jilted
**re·buff** (ri buf′) *n.* [< It *rabbuffare*, disarrange] 1 an abrupt refusal of offered advice, help, etc. 2 any repulse —*vt.* 1 to snub 2 to check or repulse
**re·buke** (ri byook′) *vt.* -**buked′**, -**buk′ing** [< OFr *re-*, back + *buchier*, to beat] to scold in a sharp way; reprimand —*n.* a reprimand
**re·bus** (rē′bəs) *n.* [L, *lit.*, by things] a puzzle consisting of pictures, etc. combined to suggest words or phrases
**re·but** (ri but′) *vt.* -**but′ted**, -**but′ting** [< OFr *re-*, back + *buter*, to thrust] to contradict or oppose, esp. in a formal manner by argument, proof, etc. —**re·but′tal** (-′l) *n.*
**rec** (rek) *n. short for* RECREATION: used in compounds, as **rec room**
**re·cal·ci·trant** (ri kal′si trənt) *adj.* [< L *re-*, back + *calcitrare*, to kick] 1 refusing to obey authority, etc. 2 hard to handle —**re·cal′ci·trance** *n.*
**re·call** (ri kôl′; *also, & for n.*, rē′kôl) *vt.* 1 to call back 2 to remember 3 to take back; revoke 4 to bring (the mind, etc.) back, as to the immediate situation —*n.* 1 a recalling 2 memory 3 the removal of, or right to remove, an official from office by popular vote
**re·cant** (ri kant′) *vt., vi.* [< L *re-*, back + *canere*, sing] to renounce formally (one's beliefs, remarks, etc.) —**re·can·ta·tion** (rē′kan tā′shən) *n.*
**re·cap** (rē′kap; *also, and for n.*, rē′kap′) *vt.* -**capped′**, -**cap′ping** to put a new tread on (a worn tire) —*n.* such a tire
**re·cap**[2] (rē′kap′) *n.* a recapitulation, or summary —*vt., vi.* -**capped′**, -**cap′ping** to recapitulate
**re·ca·pit·u·late** (rē′kə pich′ə lāt′) *vt., vi.* -**lat′ed**, -**lat′ing** [see RE- & CAPITULATE] to repeat briefly; summarize —**re′ca·pit′u·la′tion** *n.*
**re·cap′ture** *vt.* -**tured**, -**tur·ing** 1 to capture again; retake 2 to remember —*n.* a recapturing
**recd.** or **rec′d** received
**re·cede** (ri sēd′) *vi.* -**ced′ed**, -**ced′ing** [see RE- & CEDE] 1 to go, move, or slope backward 2 to diminish
**re·ceipt** (ri sēt′) *n.* [see RECEIVE] 1 *old-fashioned var. of* RECIPE 2 a receiving or being received 3 a written acknowledgment that something has been received 4 [*pl.*] the amount received —*vt.* to write a receipt for (goods, etc.)
**re·ceiv·a·ble** (ri sē′və bəl) *adj.* 1 that can be received 2 due
**re·ceive** (ri sēv′) *vt.* -**ceived′**, -**ceiv′ing** [< L *re-*, back + *capere*, take] 1 to take or get (something given, thrown, sent, etc.) 2 to experience; undergo /to *receive* acclaim/ 3 to bear or hold 4 to react to in a specified way 5 to learn /to receive news/ 6 to let enter 7 to greet (visitors, etc.)
**re·ceived′** *adj.* accepted; considered as standard
**re·ceiv′er** *n.* one that receives; specif., a) *Electronics* a device that converts electrical waves or signals into audible or visual signals b) *Football* the player designated to receive a forward pass c) *Law* one appointed by a court to administer or hold in trust property in bankruptcy or in a lawsuit —**re·ceiv′er·ship′** *n.*
**re·cen·sion** (ri sen′shən) *n.* [< L *recensere*, revise] a revision of a text based on a critical study of sources
**re·cent** (rē′sənt) *adj.* [< L *recens*] 1 done, made, etc. just before the present; new 2 of a time just before the present —**re′cent·ly** *adv.*
**re·cep·ta·cle** (ri sep′tə kəl) *n.* [see RECEIVE] a container
**re·cep·tion** (ri sep′shən) *n.* 1 *a)* a receiving or being received *b)* the manner of this 2 a social function for the receiving of guests 3 *Radio, TV* the receiving of signals with reference to the quality of reproduction
**re·cep′tion·ist** *n.* an office employee who receives callers, etc.
**re·cep′tive** *adj.* able or ready to accept new ideas, suggestions, etc.
**re·cep′tor** *n.* a nerve ending or group of nerve endings specialized for receiving stimuli; sense organ
**re·cess** (rē′ses; *also, & for v. usually*, ri ses′) *n.* [< L *recedere*, recede] 1 a hollow place, as in a wall 2 a hidden or inner place 3 a temporary halting as of work, a session, etc. —*vt.* 1 to place in a recess 2 to form a recess in —*vi.* to take a recess
**re·ces·sion** (ri sesh′ən) *n.* 1 a going back; withdrawal 2 a temporary falling off of business activity
**re·ces′sion·al** (-əl) *n.* a piece of music at the end of a church service played when the clergy, etc. march out
**re·ces′sive** (ri ses′iv) *adj.* 1 tending to recede 2 *Genetics* designating that one of any pair of hereditary factors which remains latent —*n. Genetics* a recessive character or characters
**re·cher·ché** (rə sher′shā, -sher′shā′) *adj.* [Fr] 1 rare; choice 2 refined; esp., too refined
**re·cid·i·vism** (ri sid′ə viz′əm) *n.* [< L *re-*, back + *cadere*, to fall] habitual or chronic relapse, esp. into crime
**rec·i·pe** (res′ə pē′) *n.* [L, < *recipere*, receive] 1 a list of materials and directions for preparing a dish or drink 2 a way to achieve something
**re·cip·i·ent** (ri sip′ē ənt) *n.* [see RECEIVE] one that receives
**re·cip·ro·cal** (ri sip′rə k′l) *adj.* [< L *reciprocus*, returning] 1 done, given, etc.