# EXHIBIT H

# McGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS

## Sixth Edition

**McGraw-Hill**

New York   Chicago   San Francisco
Lisbon   London   Madrid   Mexico City
Milan   New Delhi   San Juan   Seoul   Singapore   Sydney   Toronto

**On the cover:** Representation of a fullerene molecule with a noble gas atom trapped inside. At the Permian-Triassic sedimentary boundary the noble gases helium and argon have been found trapped inside fullerenes. They exhibit isotope ratios quite similar to those found in meteorites, suggesting that a fireball meteorite or asteroid exploded when it hit the Earth, causing major changes in the environment. *(Image copyright © Dr. Luann Becker. Reproduced with permission.)*

Over the six editions of the Dictionary, material has been drawn from the following references: G. M. Garrity et al., *Taxonomic Outline of the Procaryotes*, Release 2, Springer-Verlag, January 2002; D. W. Linzey, *Vertebrate Biology*, McGraw-Hill, 2001; J. A. Pechenik, *Biology of the Invertebrates*, 4th ed., McGraw-Hill, 2000; *U.S. Air Force Glossary of Standardized Terms*, AF Manual 11-1, vol. 1, 1972; F. Casey, ed., *Compilation of Terms in Information Sciences Technology*, Federal Council for Science and Technology, 1970; *Communications-Electronics Terminology*, AF Manual 11-1, vol. 3, 1970; P. W. Thrush, comp. and ed., *A Dictionary of Mining, Mineral, and Related Terms*, Bureau of Mines, 1968; *A DOD Glossary of Mapping, Charting and Geodetic Terms*, Department of Defense, 1967; J. M. Gilliland, *Solar-Terrestrial Physics: A Glossary of Terms and Abbreviations*, Royal Aircraft Establishment Technical Report 67158, 1967; W. H. Allen, ed., *Dictionary of Technical Terms for Aerospace Use*, National Aeronautics and Space Administration, 1965; *Glossary of Stinfo Terminology*, Office of Aerospace Research, U.S. Air Force, 1963; *Naval Dictionary of Electronic, Technical, and Imperative Terms*, Bureau of Naval Personnel, 1962; R. E. Huschke, *Glossary of Meteorology*, American Meteorological Society, 1959; *ADP Glossary*, Department of the Navy, NAVSO P-3097; *Glossary of Air Traffic Control Terms*, Federal Aviation Agency; *A Glossary of Range Terminology*, White Sands Missile Range, New Mexico, National Bureau of Standards, AD 467-424; *Nuclear Terms: A Glossary*, 2d ed., Atomic Energy Commission.

**McGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS, Sixth Edition**

Copyright © 2003, 1994, 1989, 1984, 1978, 1976, 1974 by The McGraw-Hill Companies, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written permission of the publisher.

1 2 3 4 5 6 7 8 9 0    DOW/DOW    0 8 7 6 5 4 3 2

ISBN 0-07-042313-X

**Library of Congress Cataloging-in-Publication Data**

McGraw-Hill dictionary of scientific and technical terms--6th ed.
    p.  cm.
  ISBN 0-07-042313-X (alk. paper)
  1. Science--Dictionaries.  2. Technology--Dictionaries.  I. Title: Dictionary of scientific and technical terms.

Q123.M15   2002
503—dc21                                             2002026436

works at the top of a shaft. Also known as headgear. { 'hed,frām }

**head gap** [COMPUT SCI] The space between the read/write head and the recording medium, such as a disk in a computer. { 'hed ,gap }

**head gate** [CIV ENG] **1.** A gate on the upstream side of a lock or conduit. **2.** A gate at the starting point of an irrigation ditch. [PETRO ENG] The gate valve that is installed nearest the pump or compressor on oil or gas lines. { 'hed ,gāt }

**headgear** See headframe. { 'hed,gir }

**head height** [ANTHRO] Average perpendicular distance between the tragion point and the mid-longitudinal line on top of the head, measured on both sides, when the head is positioned so that the line between the tragion point and the bottom of the bony orbit is horizontal. { 'hed ,hīt }

**headhouse** [MIN ENG] **1.** A timber framing located at the top of a shaft and receiving the shaft guides that carry the cage or elevator. **2.** A structure that houses the headframe. { 'hed,haús }

**heading** [CIV ENG] In tunnel construction, one or more small tunnels excavated within a large tunnel cross section that will later be enlarged to full section. [NAV] **1.** The horizontal direction in which a ship actually points or heads at any instant, expressed in angular units from a reference direction, usually from 0° at the reference direction clockwise through 360°. **2.** In air navigation, the horizontal direction in which an aircraft points or heads, that is the direction of the longitudinal axis, measured as in the first definition. [PETRO ENG] An intermittent flow from an oil well. { 'hed·iŋ }

**heading-and-bench mining** [MIN ENG] A stoping method used in thicker ore where it is customary first to take out a slice or heading 7 or 8 feet (2.1 or 2.4 meters) high directly under the top of the ore, and then to bench or stope down the ore between the bottom of the heading and the bottom of the ore or floor of the level. { ¦hed·iŋ ən 'bench ,mīn·iŋ }

**heading angle** [NAV] Heading measured from 0° at the reference direction clockwise or counterclockwise through 90 or 180° it is labeled with the reference direction as a prefix and the direction of measurement from the reference as a suffix; for example, heading angle S 107° E is 107° east of south, or heading 073°. { 'hed·iŋ ,aŋ·gəl }

**heading blasting** See coyote blasting. { 'hed·iŋ ,blast·iŋ }

**heading joint** [BUILD] **1.** A joint between two pieces of timber which are joined in a straight line, end to end. **2.** A masonry joint formed between two stones in the same course. { 'hed·iŋ ,jóint }

**heading line** [NAV] The line extending in the direction of a heading. { 'hed·iŋ ,līn }

**heading-overhand bench method** [MIN ENG] A tunneling method in which the heading is the lower part of the section and is driven at least a round or two in advance of the upper part (bench), which is taken out by overhand excavating. Also known as inverted heading and bench method. { ¦hed·iŋ 'ō·vər,hand 'bench ,meth·əd }

**heading side** See footwall. { 'hed·iŋ ,sīd }

**heading-upward plan position indicator** [ELECTR] A plan position indicator in which the heading of the craft appears at the top of the indicator at all times. { ¦hed·iŋ 'əp·wərd ¦plan pə¦zish·ən 'ind·ə,kād·ər }

**heading wall** See footwall. { 'hed·iŋ ,wól }

**headland** [GEOGR] **1.** A high, steep-faced promontory extending into the sea. Also known as head; mull. **2.** High ground surrounding a body of water. { 'hed·lənd }

**head length** [ANTHRO] The distance measured between glabella and opisthocranion, with application of moderate pressure. { 'hed ,leŋkth }

**headlight** [ELEC] A lamp, usually fitted with a reflector and a special lens, that is mounted on the front of a locomotive or automotive vehicle to illuminate the road ahead. { 'hed,līt }

**headline** [MIN ENG] In dredging, the line which is anchored ahead of the dredge pond and holds the dredge up to its digging front. { 'hed,līn }

**head loss** [FL MECH] The drop in the sum of pressure head, velocity head, and potential head between two points along the path of a flowing fluid, due to causes such as fluid friction. { 'hed ,lós }

**headman** [MIN ENG] **1.** A person who brings coal to the tramway from the workings. **2.** One who engages or disengages grips on mine cars at the top of a haulage slope. { 'hed·mən }

**head margin** [GRAPHICS] The unprinted space left above the first line of printing on a page. { 'hed ,mär·jən }

**head mast** [MIN ENG] The tower carrying the working lines of a cable excavator. { 'hed ,mast }

**head meter** [ENG] A flowmeter that is dependent upon change of pressure head to operate. { 'hed ,mēd·ər }

**head motion** [MECH ENG] The vibrator on a reciprocating table concentrator which imparts motion to the deck. { 'hed ,mō·shən }

**head-mounted display** [COMPUT SCI] A tracking device incorporating liquid-crystal displays or miniature cathode-ray tubes worn on a user's head to simulate a virtual environment (a three-dimensional sensation of depth) and to provide information on head movements for updating visual images. { ¦hed ,maúnt·əd di'splā }

**head organ** [INV ZOO] One of the bulbous structures in the prohaptor of monogenetic trematodes which are openings for adhesive glands. { 'hed ,ór·gən }

**head parking** [COMPUT SCI] The positioning of the read/write head of a hard disk over the landing zone to ensure against head crashes. { 'hed ,pärk·iŋ }

**head-per-track** [COMPUT SCI] An arrangement having one read/write head for each magnetized track on a disk or drum to eliminate the need to move a single head from track to track. { 'hed pər 'trak }

**headphone** [ENG ACOUS] An electroacoustic transducer designed to be held against an ear by a clamp passing over the head, for private listening to the audio output of a communications, radio, or television receiver or other source of audio-frequency signals. Also known as phone. { 'hed,fōn }

**head process** [EMBRYO] The notochord or notochordal plate formed as an axial outgrowth of the primitive node. { 'hed ,prä·səs }

**head pulley** [MECH ENG] The pulley at the discharge end of a conveyor belt; may be either an idler or a drive pulley. { 'hed ,pùl·ē }

**head-pulley-drive conveyor** [MECH ENG] A conveyor having the belt driven by the head pulley without a snub pulley. { 'hed ,pùl·ē ¦drīv kən'vā·ər }

**headroom** [MIN ENG] **1.** Distance between the drill platform and the bottom of the sheave wheel. **2.** Height between the floor and the roof in a mine opening. { 'hed,rüm }

**headrope** [MIN ENG] In rope haulage, that rope used to pull the loaded transportation device toward the discharge point. { 'hed ,rōp }

**heads** [MIN ENG] **1.** Material removed from the ore in the treatment plant and containing the valuable metallic constituents. **2.** The feed to a concentrating system in ore dressing. { hedz }

**head scanning** [IND ENG] Scanning of the visual field by using movement of both the head and the eyeballs. { 'hed ,skan·iŋ }

**head section** [COMMUN] See end section. [ENG] That part of belt conveyor which consists of a drive pulley, a head pulley which may or may not be a drive pulley, belt idlers if included, and the necessary framing. { 'hed ,sek·shən }

**headset** [ENG ACOUS] A single headphone or a pair of headphones, with a clamping strap or wires holding them in position. { 'hed,set }

**head shaft** [MECH ENG] The shaft driven by a chain and mounted at the delivery end of a chain conveyor; it serves as the mount for a sprocket which drives the drag chain. { 'hed ,shaft }

**head sheave** [MIN ENG] Pulley in the headgear of a winding shaft over which the hoisting rope runs. { 'hed ,shēv }

**head shield** [INV ZOO] A conspicuous structure arching over the lips of certain nematodes. { 'hed ,shēld }

**headsill** [BUILD] A horizontal beam at the top of the frame of a door or window. { 'hed,sil }

**head smut** [PL PATH] A fungus disease of corn and sorghum caused by *Sphacelotheca reiliana* which destroys the head of the plant. { 'hed ,smət }

**headspace** [ORD] Distance between the face of the locked bolt or breechblock of a gun and some specified point in the chamber; in guns using rimless bottlenecked cartridges, the