# EXHIBIT I

# COLLINS
# Concise
# Dictionary

HarperCollins Publishers

PO Box, Glasgow G4 0NB

First Edition 1982
Second Edition 1988
Third Edition 1992
Revised Third Edition 1995
**Fourth Edition 1999**

© HarperCollins Publishers 1982, 1988, 1992, 1995, 1999

1 2 3 4 5 6 7 8 9 10

Standard Edition        ISBN 0 00 472257 4
Thumb-indexed Edition   ISBN 0 00 472258 2
Australian Edition      ISBN 0 00 472396 1

Collins® is a registered trademark of
HarperCollins Publishers Limited

The HarperCollins website address is
www.fireandwater.com

A catalogue record for this book is
available from the British Library.

This edition prepared in conjunction with Market House Books Ltd, Aylesbury, England

Typeset by Market House Books Ltd, Aylesbury, England
Printed and bound in Great Britain by Caledonian International Book Manufacturing Ltd,
Glasgow

Collins concise dictionary.
4th ed.
ISBN 0 00 472396 1.
1 English language – Dictionaries. 2. English language –
Australia – Dictionaries.

423

LC Control Number
00    344329

### Corpus Acknowledgments

We would like to thank those authors and publishers who kindly gave permission for copyright material to be used in the Bank of English. We would also like to thank Times Newspapers Ltd for providing valuable data.

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording or otherwise, without the prior permission of the publisher. This book is sold subject to the conditions that it shall not, by way of trade or otherwise, be lent, re-sold, hired out or otherwise circulated without the publisher's prior consent in any form of binding or cover other than that in which it is published and without a similar condition including this condition being imposed on the subsequent purchaser.

Entered words that we have reason to believe constitute trademarks have been designated as such. However, neither the presence nor absence of such designation should be regarded as affecting the legal status of any trademark.

## Contents

| | |
|---|---|
| Special Consultants & Specialist Contributors | vi |
| The Bank of English | viii |
| Foreword | ix |
| Guide to the Text | x |
| Editorial Staff | xii |
| Guide to the Use of the Dictionary | xiii |
| List of Abbreviations | xix |
| Pronunciation Key | xx |
| **A DICTIONARY OF THE ENGLISH LANGUAGE** | **1–1740** |

v

chemistry (1937) for synthesizing ascorbic acid (vitamin C).

**hawse** (hɔːz) *n Naut.* **1** the part of the bows of a vessel where the hawseholes are. **2** short for **hawsehole** or **hawsepipe**. **3** the distance from the bow of an anchored vessel to the anchor. **4** the arrangement of port and starboard anchor ropes when a vessel is riding on both anchors. [C14: from earlier *halse*, prob. from ON *hāls* neck, ship's bow]

**hawsehole** ('hɔːz,həʊl) *n Naut.* one of the holes in the upper part of the bows of a vessel through which the anchor ropes pass.

**hawsepipe** ('hɔːz,paɪp) *n Naut.* a strong metal pipe through which an anchor rope passes.

**hawser** ('hɔːzə) *n Naut.* a large heavy rope. [C14: from Anglo-F *hauceour*, from OF *haucier* to hoist, ult. from L *altus* high]

**hawthorn** ('hɔː,θɔːn) *n* any of various thorny trees or shrubs of a N temperate genus, having white or pink flowers and reddish fruits (haws). Also called (in Britain): **may**, **may tree**, **mayflower**. [OE *haguthorn*, from *haga* hedge + *thorn* thorn]

**hay** (heɪ) *n* **1a** grass, clover, etc., cut and dried as fodder. **1b** (*in combination*): *a hayfield*. **2 hit the hay.** *Sl.* to go to bed. **3 make hay of.** to throw into confusion. **4 make hay while the sun shines.** to take full advantage of an opportunity. **5 roll in the hay.** *Inf.* sexual intercourse or heavy petting. ◆ *vb* **6** to cut, dry, and store (grass, etc.) as fodder. [OE *hieg*]

**Hay** ★ (heɪ) *n* **Will.** 1888–1949, British music-hall comedian, who later starred in films, such as *Oh, Mr Porter!* (1937).

**haybox** ('heɪ,bɒks) *n* an airtight box full of hay used for cooking preheated food by retained heat.

**haycock** ('heɪ,kɒk) *n* a small cone-shaped pile of hay left in the field until dry.

**Haydn** ★ ('haɪdªn) *n* **1** (**Franz**) **Joseph** (German 'jo:zɛf). 1732–1809, Austrian composer. His works include the oratorios *The Creation* (1796–98) and *The Seasons* (1798–1801), 104 symphonies, piano music, and string quartets. **2** his brother, (**Johann**) **Michael** (German 'mɪçaɛl). 1737–1806, Austrian composer, esp. of Church music.

**Hayek** ★ ('haɪɛk) *n* **Friedrich August von** (German 'fri:drɪç 'aʊɡʊst fɒn). 1899–1992, British economist and political philosopher, born in Austria; shared the Nobel prize for economics 1974.

**Hayes** ★ (heɪz) *n* **Rutherford B(irchard).** 1822–93, 19th president of the US (1877–81).

**hay fever** *n* an allergic reaction to pollen, dust, etc., characterized by sneezing, runny nose, and watery eyes due to inflammation of the mucous membranes of the eyes and nose.

**haymaker** ('heɪ,meɪkə) *n* **1** a person who helps to cut, turn, or carry hay. **2** either of two machines, one designed to crush stems of hay, the other to break and bend them, in order to cause more rapid and even drying. **3** *Boxing sl.* a wild swinging punch. ▶ **'hay,making** *adj, n*

**haymow** ('heɪ,maʊ) *n* **1** a part of a barn where hay is stored. **2** a quantity of hay stored.

**hayseed** ('heɪ,siːd) *n* **1** seeds or fragments of grass or straw. **2** *US & Canad. inf., derog.* a yokel.

**haystack** ('heɪ,stæk) *n* or **hayrick** *n* a large pile of hay, esp. one built in the open air and covered with thatch.

**haywire** ('heɪ,waɪə) *adj* (*postpositive*) *Inf.* **1** (of things) not functioning properly. **2** (of people) erratic or crazy. [C20: from the disorderly tangle of wire removed from bales of hay]

**hazard** ('hæzəd) *n* **1** exposure or vulnerability to injury, loss, etc. **2 at hazard.** at risk; in danger. **3** a thing likely to cause injury, etc. **4** *Golf.* an obstacle such as a bunker, road, rough, water, etc. **5** chance; accident. **6** a gambling game played with two dice. **7** *Real Tennis.* **7a** the receiver's side of the court. **7b** one of the winning openings. **8** *Billiards.* a scoring stroke made either when a ball other than the striker's is pocketed (**winning hazard**) or the striker's cue ball itself (**losing hazard**). ◆ *vb* (*tr*) **9** to risk. **10** to venture (an opinion, guess, etc.). **11** to expose to danger. [C13: from OF *hasard*, from Ar. *az-zahr* the die]

**hazard lights** *pl n* the indicator lights of a motor vehicle when flashing simultaneously to indicate that the vehicle is stationary and temporarily obstructing the traffic. Also called: **hazard warning lights**, **hazards**.

**hazardous** ('hæzədəs) *adj* **1** involving great risk. **2** depending on chance. ▶ **'hazardously** *adv* ▶ **'hazardousness** *n*

**hazard warning device** *n* an appliance fitted to a motor vehicle that operates the hazard lights.

**haze¹** (heɪz) *n* **1** *Meteorol.* reduced visibility in the air as a result of condensed water vapour, dust, etc., in the atmosphere. **2** obscurity of perception, feeling, etc. ◆ *vb* **hazes**, **hazing**, **hazed**. **3** (when *intr*, often foll. by *over*) to make or become hazy. [C18: back formation from HAZY]

**haze²** (heɪz) *vb* **hazes**, **hazing**, **hazed.** (*tr*) **1** *Chiefly US & Canad.* to subject (fellow students) to ridicule or abuse. **2** *Naut.* to harass with humiliating tasks. [C17: from ?]

**hazel** ('heɪzəl) *n* **1** Also called: **cob.** any of several shrubs of a N temperate genus, having edible rounded nuts. **2** the wood of any of these trees. **3** short for **hazelnut**. **4a** a light yellowish-brown colour. **4b** (*as adj*): *hazel eyes*. [OE *hæsel*]

**hazelhen** ('heɪzəl,hɛn) *n* a European woodland gallinaceous bird with a speckled brown plumage and slightly crested crown.

**hazelnut** ('heɪzəl,nʌt) *n* the nut of a hazel shrub, having a smooth shiny hard shell. Also called: **filbert**, (Brit.) **cobnut**, **cob**.

**Hazlitt** ★ ('hæzlɪt) *n* **William.** 1778–1830, British critic and essayist: works include *Table Talk* (1821) and *The Plain Speaker* (1826).

**hazy** ('heɪzɪ) *adj* **hazier**, **haziest**. misty; indistinct; vague. [C17: from ?] ▶ **'hazily** *adv* ▶ **'haziness** *n*

**Hb** *symbol for* haemoglobin.

**HB** (on Brit. pencils) *symbol for* hard-black: denoting a medium-hard lead.

**HBC** *abbrev. for* Hudson's Bay Company.

**HBM** (in Britain) *abbrev. for* His (*or* Her) Britannic Majesty.

**H-bomb** *n* short for **hydrogen bomb**.

**HC** *abbrev. for:* **1** Holy Communion. **2** (in Britain) House of Commons.

**HCF** *or* **hcf** *abbrev. for* highest common factor.

**HCG** *abbrev. for* human chorionic gonadotrophin; a hormone produced by the placenta during pregnancy: its presence in the urine is used as the basis of most pregnancy tests.

**hcp** *abbrev. for* handicap.

**HD** *abbrev. for* heavy duty.

**hdqrs** *abbrev. for* headquarters.

**HDTV** *abbrev. for* high definition television.

**he** (hiː; *unstressed* iː) *pron* (*subjective*) **1** refers to a male person or animal. **2** refers to an indefinite antecedent such as *whoever* or *anybody*: *everybody can do as he likes*. **3** refers to a person or animal of unknown or unspecified sex: *a member may vote as he sees fit*. ◆ *n* **4a** a male person or animal. **4b** (*in combination*): *he-goat*. **5** (in children's play) another name for **tag²** (sense 1), **it** (sense 7). [OE *hē*]

**He** *the chemical symbol for* helium.

**HE** *abbrev. for:* **1** high explosive. **2** His Eminence. **3** His (*or* Her) Excellency.

**head** (hɛd) *n* **1** the upper or front part of the body in vertebrates, including man, that contains and protects the brain, eyes, mouth, nose, and ears. *Related adj:* **cephalic. 2** the corresponding part of an invertebrate animal. **3** something resembling a head in form or function, such as the top of a tool. **4a** the person commanding most authority within a group, organization, etc. **4b** (*as modifier*): *head buyer*. **4c** (*in combination*): *headmaster*. **5** the position of leadership or command. **6** the most forward part of a thing; front: *the head of a queue*. **7** the highest part of a thing; upper end: *the head of the pass*. **8** the froth on the top of a glass of beer. **9** aptitude, intelligence, and emotions (esp. in **over one's head**, **lose one's head**, etc.): *she has a good head for figures*. **10** (*pl* **head**) a person or animal considered as a unit: *the show was two pounds per head*; *six hundred head of cattle*. **11** the head considered as a measure: *he's a head taller than his mother*. **12** *Bot.* **12a** a dense inflorescence such as that of the daisy. **12b** any other compact terminal part of a plant, such as the leaves of a cabbage. **13** a culmination or crisis (esp. in **bring** or **come to a head**). **14** the pus-filled tip or central part of a pimple, boil, etc. **15** the source of a river or stream. **16** (*cap. when part of a name*) a headland or promontory. **17** the obverse of a coin, usually bearing a portrait of the head of a monarch, etc. **18** a main point of an argument, discourse, etc. **19** (*often pl*) a headline or heading. **20** (*often pl*) *Naut.* a lavatory. **21** the taut membrane of a drum, tambourine, etc. **22a** the height of the surface of liquid above a specific point, esp. as a measure of the pressure at that point: *a head of four feet*. **22b** pressure of water, caused by height or velocity, measured in terms of a vertical column of water. **22c** any pressure: *a head of steam in the boiler*. **23** *Sl.* **23a** a person who regularly takes drugs, esp. LSD or cannabis. **23b** (*in combination*): *an acidhead*. **24** *Mining.* a road driven into the coalface. **25a** the terminal point of a route. **25b** (*in combination*): *railhead*. **26** a device on a turning or boring machine equipped with one or more cutting tools held to the work by this device. **27 cylinder head.** See **cylinder** (sense 4). **28** an electromagnet that can read, write, or erase information on a magnetic medium, used in computers, tape recorders, etc. **29** *Inf.* short for **headmaster** or **headmistress. 30** a narrow margin of victory (esp. in **win**) by a head). **31** *Inf.* short for **headache. 32 bite** or **snap someone's head off.** to speak sharply to someone. **33 give someone** (or **something**) **his** (or **its**) **head.** to allow a person greater freedom or responsibility. **33b** to allow a horse to gallop by lengthening the reins. **34 go to one's head. 34a** to make one dizzy or confused, as might an alcoholic drink. **34b** to make one conceited: *his success has gone to his head*. **35 head and shoulders above.** greatly superior to. **36 head over heels. 36a** turning a complete somersault. **36b** completely; utterly (esp. in **head over heels in love**). **37 hold up one's head.** to be unashamed. **38 keep one's head.** to remain calm. **39 keep one's head above water.** to manage to survive difficulties, esp. financial ones. **40 make head** *or* **tail of.** (*used with a negative*) to attempt to understand (a problem, etc.). **41 off** (*or* **out of**) **one's head.** *Sl.* insane or delirious. **42 on one's** (**own**) **head.** at a one's (own) risk or responsibility. **43 over someone's head. 43a** without a person in the obvious position being considered: *the graduate was promoted over the heads of several of his seniors*. **43b** without consulting a person in the obvious position but referring to a higher authority: *he went straight to the director, over the head of his immediate boss*. **43c** beyond a person's comprehension. **44 put** (**our**, **their**, etc.) **heads together.** *Inf.* to consult together. **45 take it into one's head.** to conceive a notion (to do something). **46 turn someone's head.** to make someone vain, conceited, etc. ◆ *vb* **47** to be at the front or top of: *to head the field*. **48** (*tr*; often foll. by *up*) to be in the commanding or most important position. **49** (often foll. by *for*) to go or cause to go (towards): *where are you heading?* **50** to turn or steer (a vessel) as specified: *to head into the wind*. **51** *Soccer.* to propel (the ball) by striking it with the head. **52** (*tr*) to provide with a or be a head or heading for. **53** (*tr*) to cut the top branches or shoots off a tree or plant. **54** (*intr*) to form a head, as a plant. **55** (*intr*; often foll. by *in*) (of streams, rivers, etc.) to originate or rise. ◆ *See also* **head off**, **heads**. [OE *hēafod*] ▶ **'headless** *adj* ▶ **'head,like** *adj*

**Head** ★ (hɛd) *n* **Edith.** 1907–81, US dress designer: won many Oscars for her Hollywood film-costume designs.

**-head** *n combining form.* indicating a person having a preoccupation as specified: *breadhead*.

**headache** ('hɛd,eɪk) *n* **1** a continuous pain in the head. **2** *Inf.* any cause of worry, difficulty, or annoyance. ▶ **'head,achy** *adj*

**headband** ('hɛd,bænd) *n* **1** a ribbon or band worn around the head. **2** a narrow cloth band attached to the top of the spine of a book for protection or decoration.

**headbang** ('hɛd,bæŋ) *vb* (*intr*) *Sl.* to nod one's head violently to the beat of heavy-metal rock music.

**head-banger** *n Sl.* **1** a heavy-metal rock fan. **2** a crazy or stupid person.

**headboard** ('hɛd,bɔːd) *n* a vertical board or terminal at the head of a bed.

**head-butt** *vb* (*tr*) **1** to strike (someone) deliberately with the head. ◆ *n* **head butt. 2** an act or an instance of deliberately striking someone with the head.

**headdress** ('hɛd,drɛs) *n* any head covering, esp. an ornate one or one denoting a rank.

**headed** ('hɛdɪd) *adj* **1a** having a head or heads. **1b** (*in combination*): *two-headed*; *bullet-headed*. **2** having a heading: *headed notepaper*.

**header** ('hɛdə) *n* **1** a machine that trims the heads from castings, forgings, etc., or one that forms heads, as in wire, to make nails. **2** a person who operates such a machine. **3** Also called: **header tank.** a reservoir that maintains a gravity feed or a static fluid pressure in an apparatus. **4** a brick or stone laid across a wall so that its end is flush with the outer surface. **5** the action of striking a ball with the head. **6** *Inf.* a headlong fall or dive.

**headfirst** ('hɛd'fɜːst) *adj, adv* **1** with the head foremost; headlong. ◆ *adv* **2** rashly.

**headgear** ('hɛd,ɡɪə) *n* **1** a hat. **2** any part of a horse's harness that is worn on the head. **3** the hoisting mechanism at the pithead of a mine.

**headguard** ('hɛd,ɡɑːd) *n* a lightweight helmet-like piece of equipment worn to protect the head in various sports.

**head-hunting** *n* **1** the practice among certain peoples of removing the heads of slain enemies and preserving them as trophies. **2** *US sl.* the destruction or neutralization of political opponents. **3** (of a company or corporation) the recruitment of, or a drive to recruit, new high-level personnel, esp. in management or in specialist fields. ▶ **'head-,hunter** *n*

**heading** ('hɛdɪŋ) *n* **1** a title for a page, chapter, etc. **2** a main division, as of a speech. **3** *Mining.* **3a** a horizontal tunnel. **3b** the end of such a tunnel. **4** the angle between the direction of an aircraft and a specified meridian, often due north. **5** the compass direction parallel to the keel of a vessel. **6** the act of heading.

**headland** *n* **1** ('hɛdlənd). a narrow area of land jutting out into a sea, lake, etc. **2** ('hɛd,lænd). a strip of land along the edge of an arable field left unploughed to allow space for machines.

**headlight** ('hɛd,laɪt) *or* **headlamp** *n* a powerful light, equipped with a reflector and attached to the front of a motor vehicle, etc.

**headline** ('hɛd,laɪn) *n* **1a** a phrase at the top of a newspaper or magazine article indicating the subject of the article, usually in larger and heavier type. **1b** a line at the top of a page indicating the title, page number, etc. **2 hit the headlines.** to become prominent in the news. **3** (*usually pl*) the main points of a television or radio news broadcast, read out before the full broadcast. ◆ *vb* **headlines**, **headlining**, **headlined**. **4** (*tr*) to furnish (a story or page) with a headline. **5** to have top billing (in).

**headlong** ('hɛd,lɒŋ) *adv, adj* **1** with the head foremost; headfirst. **2** with great haste. ◆ *adj* **3** *Arch.* (of slopes, etc.) very steep; precipitous.

**headman** ('hɛdmən) *n, pl* **headmen. 1** *Anthropol.* a chief or leader. **2** a foreman or overseer.

**headmaster** (,hɛd'mɑːstə) *or* (*fem*) **headmistress** *n* the principal of a school.

**headmost** ('hɛd,məʊst) *adj* foremost.

**head off** *vb* (*tr, adv*) **1** to intercept and force to change direction. **2** to prevent or forestall.

**head-on** *adv, adj* **1** front foremost: *a head-on collision*. **2** with directness or without compromise: *in his usual head-on fashion*.

**headphones** ('hɛd,fəʊnz) *pl n* an electrical device consisting of two earphones held in position by a flexible metallic strap passing over the head. *Informal name:* **cans**.

**headpiece** ('hɛd,piːs) *n* **1** *Printing.* a decorative band at the top of a page, etc. **2** a helmet. **3** *Arch.* the intellect.