# EXHIBIT O

# FEDERAL STANDARD 1037C

Superseding FEDERAL STANDARD 1037B, 03 June 1991

# TELECOMMUNICATIONS: GLOSSARY OF TELECOMMUNICATION TERMS

## CONTENTS

INTRODUCTION

FOREWORD

LEGEND FOR LABELS

TERMS AND DEFINITIONS
          A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

LIST OF ACRONYMS AND ABBREVIATIONS

ABBREVIATED INDEX

1EWAY00056769

EXHIBIT 19
Page 1 of 18
OEW_APPLE-0027005

FED-STD-1037C

# FEDERAL STANDARD

Telecommunications: GLOSSARY OF TELECOMMUNICATION TERMS

1. **SCOPE.**
   a. This glossary provides standard definitions for the fields subsumed by the umbrella discipline of telecommunications. Fields defined herein include: antenna types and measurements, codes/coding schemes, computer and data communications (computer graphics vocabulary, file transfer techniques, hardware, software), fiber optics communication, facsimile types and techniques, frequency topics (frequency modulation, interference, spectrum sharing), Internet, ISDN, LANs (MANs, WANs), modems, modulation schemes, multiplexing techniques, networking (network management, architecture/topology), NII, NS/EP, power issues, PCS/UPT/cellular mobile, radio communications, routing schemes, satellite communications, security issues, switching techniques, synchronization/timing techniques, telegraphy, telephony, TV (UHF, VHF, cable TV, HDTV), traffic issues, transmission/propagation concerns (signal loss/attenuation, transmission lines), video technology, and wave propagation/measurement terminology.

   b. The terms and accompanying definitions contained in this standard are drawn from authoritative non-Government sources such as the International Telecommunication Union, the International Organization for Standardization, the Telecommunications Industry Association, and the American National Standards Institute, as well as from numerous authoritative U.S. Government publications. The FTSC Subcommittee to Revise FED-STD-1037B has rewritten many definitions as deemed necessary either to reflect technology advances or to make those definitions that were phrased in specialized terminology more understandable to a broader audience.

1.1 **Applicability.** This standard incorporates and supersedes FED-STD-1037B, June 1991. Accordingly, all Federal departments and agencies shall use it as the authoritative source of definitions for terms used in the preparation of all telecommunications documentation. The use of this standard by all Federal departments and agencies is ***mandatory.***

1.2 **Purpose.** The purpose of this standard is to improve the Federal acquisition process by providing Federal departments and agencies a comprehensive, authoritative source of definitions of terms used in telecommunications and directly related disciplines by national, international, and U.S. Government telecommunications specialists.

2. **REQUIREMENTS AND APPLICABLE DOCUMENTS.**
   a. The terms and definitions that constitute this standard, and that are to be applied to the uses cited in paragraph 3 below, are contained on page A-1 through Z-1 of this document. There are no other documents applicable to implementation of this standard. A list of acronyms and abbreviations is presented as Appendix A. The list of abbreviations and acronyms uses **bold** font to

1EWAY00056770

EXHIBIT 19
Page 2 of 18

OEW_APPLE-0027006

FED-STD-1037C

identify those term names that are defined in this glossary. An abbreviated index of selected principal families of related term names is presented in Appendix B.

    b.    Within this document, symbols for units of measurement (and the font type for these symbols) are in accord with ANSI/IEEE Std. 260.1-1993, *American National Standard Letter Symbols for Units of Measurement (SI Units, Customary Inch-Pound Units, and Certain Other Units)*.

3.    USE.

    a.    All Federal departments and agencies shall use the terms and definitions contained herein. Only after determining that a term or definition is not included in this document may other sources be used. The *Legend* beginning on page *xii* is provided to assist users in determining the documentary source of the definitions.

    b.    Nearly all terms are listed alphabetically; a few exceptions to this rule include (1) the family of network topologies, which are grouped under the definition of "*network topology*," and (2) the family of dispersion terms, which are grouped under the definition of "*dispersion*." In all cases, ample cross references guide the reader to the location of the definition. Term names containing numerals are alphabetized as though the numbers were spelled out; thus, "*144-line weighting*" will appear in the "O" portion of the alphabet between the terms "*on-board communication station*" and "*one-way communication*," since it is pronounced as if it were spelled "one-forty-four line. . . ." For user convenience, exceptions to the rule are taken for entries comprising numerically consecutive terms, *e.g.,* "digital signal 0," . . . "digital signal 4," which are grouped numerically following the "digital signal" entry.

    c.    An abbreviation for the term name often appears in parentheses following the term name. When both the abbreviation and the spelled-out version of a term name are commonly used to name an entity defined in this glossary, the definition resides with the more commonly used version of the term name. If the more commonly used designation is the fully spelled-out term name, then the definition resides under that name. If, however, the more common term name is the abbreviation, then the definition rests with the abbreviated spelling of that term name. For example, the definition of "*decibel*" resides under "*dB*."

    d.    When more than one definition is supplied for a given term name, the definitions are numbered, and the general definition is given first. Succeeding definitions are often specific to a specialized discipline, and are usually so identified.

    e.    Notes on definitions are **not** a mandatory part of this document; these notes are expository or tutorial in nature. When a note *follows* a source citation (such as "[JP1]"), that note is not part of the source document cited. Notes and cross references apply only to the immediately preceding definition, unless stated otherwise.

1EWAY00056771

EXHIBIT 19
Page 3 of 18

OEW_APPLE-0027007

FED-STD-1037C

f.  Three types of cross references are used: *"Contrast with," "Synonym,"* and *"See"*:

(1) *"Contrast with"* is used for terms that are nearly antonyms, or when understanding one concept is aided by examining the definition of its counterpart.

(2) When term names are synonymous, the definition is placed under only one of the term names, *i.e.,* the preferred term name, which is generally the most common name. Synonyms are listed for cross-reference purposes only. The other term name entries contain only a *"Synonym"* listing; *i.e.,* the definition for synonymous term names is not repeated. Terms labeled *"Colloquial synonym"* are in occasional informal use, but may be semantically inexact or may border on slang.

(3) *"See"* is used where an undefined term name is entered as a cross reference only to direct the reader to a related term name (or term names) that is (are) defined in the glossary.

g.  Term names that are semantically incorrect, that have been replaced by recent advances in technology, or that have definitions that are no longer applicable, are designated as *"deprecated."* In such case, the reader is referred to current term names, where applicable.

h.  The telecommunications terms included in this glossary either are not sufficiently defined in a standard desk dictionary or are restated for clarity and convenience. Likewise, combinations of such words are included in this glossary only where the usual desk-dictionary definitions, when used in combination, are either insufficient or vague.

i.  Definitions that carry the source citation "[47CFR]" (which refers to *Title 47 U.S. Code of Federal Regulations*), or "[NTIA]" (which refers to the *NTIA Manual),* or the source citation "[RR]" (which refers to the ITU *Radio Regulations*) may have a format or syntax that differs from the definitions in the remainder of FED-STD-1037C because the FTSC Subcommittee to Revise FED-STD-1037B was not authorized to make any changes whatever to the definitions in these three documents. One minor formatting change was made to definitions from NSTISSI No. 4009, *National Information Systems Security (INFOSEC) Glossary*, cited [NIS]: Often the introductory indefinite article or definite article was added at the beginning of the cited definition, and that article was added in square brackets "[  ]" to indicate that its addition was the only change made in the quoted definition.

j.  Figures have been added to many definitions throughout the glossary to illustrate complex concepts or systems that are defined herein. With the exception of the figure called "**electromagnetic spectrum**," these figures are **not** a mandatory part of this document.

k.  This standard contains two appendixes, **neither** of which is mandatory.

1EWAY00056772

EXHIBIT 19
Page 4 of 18

OEW_APPLE-0027008

FED-STD-1037C

>Appendix A consists of a list of abbreviations used in this glossary. In that list, the **bold** font graces the term names that are defined in this glossary.
>
>Appendix B consists of an abbreviated index of families of defined terms whose technologies are related. This index is provided as a tool to identify all related terms within a specific discipline so that the reader's understanding of a definition may be amplified by reading related definitions within a specific discipline. The index also provides the reader with information on the breadth and scope of disciplines addressed in the glossary.

4.    **EFFECTIVE DATE.**  The use of this approved standard by U.S. Government departments and agencies is mandatory, effective 180 days following the date of this standard.

5.    **CHANGES.**  When a Federal department or agency considers that this standard does not provide for its essential needs, a statement citing inadequacies shall be sent in duplicate to the General Services Administration (K), Washington, DC 20405, in accordance with the provisions of the Federal Information Resources Management Regulation Part 201-39.1002. The General Services Administration will determine the appropriate action to be taken and will notify the applicable agency.

Federal departments and agencies are encouraged to submit updates to this standard; those updates will be considered for the next revision of this standard. The General Services Administration has delegated the compilation of suggested changes to the National Communications System, whose address is given below.

>Preparing Activity:
>
>Office of the Manager, National Communications System
>Technology and Standards Division
>701 South Court House Road,
>Arlington, VA 22204-2198

x

1EWAY00056773

EXHIBIT 19
Page 5 of 18

OEW_APPLE-0027009

FED-STD-1037C

6.    DEVELOPMENT OF THIS STANDARD.

FED-STD-1037C was developed by a subcommittee of the Federal Telecommunication Standards Committee, the Subcommittee to Revise FED-STD-1037B. The U.S. Department of Commerce, National Telecommunications and Information Administration, Institute for Telecommunication Sciences (NTIA/ITS), 325 Broadway, Boulder, CO 80303-3328, supplied the chair, secretariat, and technical editorial services for the subcommittee. The work of the subcommittee was reviewed by the National Communications System Member Organizations, by the Federal Telecommunication Standards Committee members, and by representatives from other Federal agencies as well as representatives from industry and from the general public. The following Federal Agencies and Departments participated in the subcommittee:

    Federal Aviation Administration Technical Center/Information Technology and Systems
        Section, ACT-142, Atlantic City International Airport, NJ
    General Services Administration, Washington, DC
    Joint Tactical Command, Control, and Communications Agency/ADW-S
        National Security Agency, Fort Meade, MD
    U.S. Department of the Army, ISEC, Ft. Huachuca, AZ
    U.S. Air Force, 1842 EEG/EEMST, Scott Air Force Base, IL
    U.S. Department of Commerce/NTIA/Washington, DC
    U.S. Department of Commerce/NTIA/Annapolis, MD
    U.S. Department of Commerce/NTIA/ITS, Boulder, CO
    U.S. Department of Defense, Defense Information Systems Agency, Joint Interoperability
        and Engineering Organization, Center for Standards, Fort Monmouth, NJ
    U.S. Department of Interior/OIRM, Washington, DC
    U.S. Department of Justice/JMD/IRM/TSS, Washington, DC
    U.S. Department of the Navy, NAVSEA, Arlington, VA
    U.S. Marine Corps, Quantico, VA

---

This document is available from the National Technical Information Service, 5285 Port Royal Road, Springfield, VA 22161. Telephone (703) 487-4650.

1EWAY00056774

EXHIBIT 19
Page 6 of 18

OEW_APPLE-0027010

FED-STD-1037C

## LEGEND (for labels appended to definitions)

| LEGEND | MEANING |
|---|---|
| **[After...]** | Definitions cited "After..." (as in "[After 2196]") are the responsibility of the FTSC Subcommittee to Revise FED-STD-1037B**,** and not the source-cited document, because of rewriting by the Subcommittee. |
| **(188)** | Terms and definitions in direct support of the MIL-STD-188 series of standards and their associated military handbooks. **This is *not* a source citation.** |
| **[2196]** | Terms and definitions extracted verbatim from MIL-STD-2196 (SH), *Glossary, Fiber Optics* (1989). |
| **[47CFR]** | Terms and definitions extracted verbatim from *Title 47 Code of Federal Regulations, Telecommunications,* Parts 0-199 (rev. Oct. 1, 1987, Oct. 1, 1988). |
| **[CCITT/CCIR]** | Recommendations and other documents from the ITU-T (the former CCITT and CCIR). The "CCITT" and "CCIR" citations are retained in this glossary because many of the cited documents have not been reissued by the ITU-T and given a new prefix. |
| **[FAA]** | FAA (1991), *Glossary of Optical Communication Terms*, DOT/FAA/CT-TN91/9 (FAA Technical Center, Atlantic City International Airport, NJ 08405). |
| **[FIRMR]** | *Federal Information Resources Management Regulation, Title 41 CFR Chapter 201.* |
| **[FS1045A]** | Federal Standard 1045A, *Telecommunications: Automatic Link Establishment* (1994). |
| **[ITU-T]** | Recommendations and papers from the International Telecommunication Union—Telecommunication Standardization Bureau. |
| **[JP1]** | Telecommunications terms and definitions extracted from Joint Pub 1-02 (DOD Joint Staff Publication No. 1-02), 1994, *Department of Defense Dictionary of Military and Associated Terms,* and established for use by all DOD Components, which will use the terms and definitions so designated without alteration unless a distinctly different context or application is intended. |
| **[JP1-A]** | Final draft of proposed revision of Joint Pub 1-02; memo from Chief, Joint Doctrine Division, the Joint Staff, 20 October 1994. |
| **[NATO]** | NATO ADatP-2(f) *Automatic Data Processing (ADP) NATO Glossary,* June 1991. |

1EWAY00056775

FED-STD-1037C

[NIS]  *National Information Systems Security (INFOSEC) Glossary*, NSTISSI No. 4009, June 5, 1992, (National Security Telecommunications and Information Systems Security Committee, NSA, Ft. Meade, MD 20755-6000). *Note:* The FTSC Subcommittee used the most recent version of the NSTISSI 4009 document that was available at the time the Subcommittee meetings were held (November 1993 through September 1994). However, the NSTISSI document may have changed asynchronously with the 1037C standard, and those NSTISSI definitions may have been amended. The NSTISSI source document is scheduled to be updated on Internet. For the latest version of the NSTISSI No. 4009 Glossary, the reader must access the document on Internet. For hard copy of the 4009 Glossary, write NSA at Ft. Meade, MD. The user may wish to enhance his/her researches into definitions by reviewing the newer version of the 4009 glossary. The changes on 4009 on Internet do not, *per se* revise FED-STD-1037C. Therefore, the user should be aware that if he/she wishes to cite official NSTISSI No. 4009 definitions in a procurement document or other official paper, the official standard glossary is FED-STD-1037C.

[NTIA]  Term names and definitions extracted verbatim from the *NTIA Manual of Regulations and Procedures for Federal Radio Frequency Management.* [U.S. Government agencies may obtain the NTIA Manual from the NTIA Office of Spectrum Management, Room 1605, Herbert C. Hoover Bldg., 14th and Constitution, N.W., Washington, DC 20230. The NTIA Manual may be purchased by non-Government interests at the U.S. Government Printing Office, Stock No. 903-008-00000-8.]

[OMB]  OMB Circular A-130, *Management of Federal Information.*

[RR]  Terms and definitions extracted verbatim from the *International Telecommunication Union Radio Regulations,* Malaga-Torremolinos (Oct. 1984, rev. 1985).

[From Weik '89]  Use of this source citation acknowledges that the cited information is from *Communications Standard Dictionary*, 2nd ed., Dr. M. Weik, 1989 [Van Nostrand Reinhold Co., New York, NY], with the written permission of the holders of the copyright. These definitions are usually verbatim, but in some cases have been abbreviated or edited.

---

*Note 1:* Appreciation is extended to ASC T1A1.5 for generously providing their draft glossary of terms and definitions relating to video-quality degradation. *Note 2:* Appreciation is extended to ANSI-accredited technical committee X3K5 for use of their draft definitions, which were used as a launching point for many of the computer-related definitions herein. No source citation is given the committee's work because their definitions were edited for format consistency and for broad applicability.

xiii

1EWAY00056776

EXHIBIT 19
Page 8 of 18

OEW_APPLE-0027012

FED-STD-1037C

(This page is deliberately left blank.)

1EWAY00056777

EXHIBIT 19
Page 9 of 18

OEW_APPLE-0027013

**FEDERAL STANDARD 1037C**

07 August 1996
Superseding FEDERAL STANDARD 1037B, 03 June 1991

# TELECOMMUNICATIONS: GLOSSARY OF TELECOMMUNICATION TERMS

**Prepared By**

**National Communications System
Technology and Standards Division**

**Published By**

**General Services Administration
Information Technology Service**

**FSC TELE**

**1EWAY00056778**

EXHIBIT 19
Page 10 of 18

OEW_APPLE-0027014

FED-STD-1037C

(This page is deliberately left blank.)

1EWAY00056779

EXHIBIT 19
Page 11 of 18

OEW_APPLE-0027015

FED-STD-1037C

## FOREWORD

This standard is issued by the General Services Administration pursuant to the Federal Property and Administrative Services Act of 1949, as amended.

This document provides Federal departments and agencies a comprehensive source of definitions of terms used in telecommunications and directly related fields by international and U.S. Government telecommunications specialists.

The Paperwork Reduction Reauthorization Act of 1986, Public Law 99-500 [44 U.S.C. 3502(13)], expanded the definition of "automatic data processing equipment (ADPE)" to include . . . any equipment or interconnected systems or subsystems or equipment that is used in the automatic acquisition, storage, manipulation, management, movement, control, display, switching, interchange, transmission or reception of data or information."  This expansion in the scope of ADPE is implemented in the Federal Information Resources Management Regulation (FIRMR), 41 CFR.  To minimize confusion between the statutory definition of ADP and the popular meaning of that term, GSA has established the term "Federal information processing (FIP) resources" to replace the term ADPE, as defined in Public Law 99-500.

The existence of multiple definitions for the same term in this standard reflects, in most instances, differences in meaning commonly assigned to these terms by practitioners in telecommunications and other, related disciplines.  In some instances, however, the differences are not the result of interdisciplinary distinctions, but rather reflect variances in American and international usage or a need for further work in the various Government, national, and international standards-development groups to reach agreement on a common definition, or as a result of legislation.  Source citations for some definitions (see the *Legend* pages) reflect the tracking of specialized glossaries for consistency.

The use of this standard by all Federal departments and agencies is ***mandatory.***

Neither this nor any other glossary covering terms in an advanced-technology field such as telecommunications can be considered as complete and ageless.  Periodic revisions will be made as required.  The recommendations of Federal departments and agencies on improving the content or relevance of this document should be forwarded to the Office of the Manager, National Communications System, whose address is given in Section 5 of this standard.

**1EWAY00056780**

**EXHIBIT 19**
**Page 12 of 18**

OEW_APPLE-0027016

FED-STD-1037C

(This page is deliberately left blank.)

1EWAY00056781

EXHIBIT 19
Page 13 of 18

OEW_APPLE-0027017

**CONTENTS**

|  | Page |
|---|---|
| FOREWORD | vii |
| 1. SCOPE | vii |
|     1.1 Applicability | vii |
|     1.2 Purpose | vii |
| 2. REQUIREMENTS AND APPLICABLE DOCUMENTS | vii |
| 3. USE | viii |
| 4. EFFECTIVE DATE | x |
| 5. CHANGES | x |
| 6. DEVELOPMENT OF THE STANDARD | xi |
| LEGEND FOR LABELS | xii |
| TERMS AND DEFINITIONS | A-1 to Z-2 |
| LIST OF ACRONYMS AND ABBREVIATIONS | Appendix A |
| ABBREVIATED INDEX | Appendix B |

FED-STD-1037C

**coded image:** A representation of a display image in a form suitable for storage and processing.

**code-division multiple access (CDMA):** A coding scheme, used as a modulation technique, in which multiple channels are independently coded for transmission over a single wideband channel. (188) *Note 1:* In some communication systems, CDMA is used as an access method that permits carriers from different stations to use the same transmission equipment by using a wider bandwidth than the individual carriers. On reception, each carrier can be distinguished from the others by means of a specific modulation code, thereby allowing for the reception of signals that were originally overlapping in frequency and time. Thus, several transmissions can occur simultaneously within the same bandwidth, with the mutual interference reduced by the degree of orthogonality of the unique codes used in each transmission. *Note 2:* CDMA permits a more uniform distribution of energy in the emitted bandwidth.

**coded set:** A set of elements onto which another set of elements has been mapped according to a code. *Note:* Examples of coded sets include the list of names of airports that is mapped onto a set of corresponding three-letter representations of airport names, the list of classes of emission that is mapped onto a set of corresponding standard symbols, and the names of the months of the year mapped onto a set of two-digit decimal numbers.

**code element:** One of a set of parts of which the characters in a given code may be composed. (188)

**code-excited linear prediction (CELP):** An analog-to-digital voice coding scheme.

**code group:** [A] group of letters, numbers, or both in a code system used to represent a plain text word, phrase, or sentence. [NIS] (188) *Note:* Code groups may include symbols and other elements.

**code-independent data communication:** *Synonym* **code-transparent data communication.**

**code restriction:** A service feature by which certain terminals are prevented from accessing certain features of the network.

**code set:** The complete set of representations defined by a particular code and language. (188)

**code-transparent data communication:** A mode of data communication that uses protocols that do not depend for their correct functioning on the data character set or data code used. *Synonym* **code-independent data communication.**

**code word:** **1.** In a code, a word that consists of a sequence of symbols assembled in accordance with the specific rules of the code and assigned a unique meaning. *Note:* Examples of code words are error-detecting-or-correcting code words and communication code words, such as SOS, MAYDAY, ROGER, TEN-FOUR, and OUT. (188) **2.** A cryptonym used to identify sensitive intelligence data. [JP1] (188) **3.** A word that has been assigned a classification and a classified meaning to safeguard intentions and information regarding a classified plan or operation. [JP1]

**coding: 1.** In communications systems, the altering of the characteristics of a signal to make the signal more suitable for an intended application, such as optimizing the signal for transmission, improving transmission quality and fidelity, modifying the signal spectrum, increasing the information content, providing error detection and/or correction, and providing data security. *Note:* A single coding scheme usually does not provide more than one or two specific capabilities. Different codes have different advantages and disadvantages. **2.** In communications and computer systems, implementing rules that are used to map the elements of one set onto the elements of another set, usually on a one-to-one basis. **3.** The digital encoding of an analog signal and, conversely, decoding to an analog signal.

**coding scheme:** *Synonym* **code (def. #4).**

**codress message:** In military communications systems, a message in which the entire address is encrypted with the message text.

**COG:** *Abbreviation for* **centralized ordering group.**

**coherence area:** Pertaining to an electromagnetic wave, the area of a surface perpendicular to the direction of propagation, over which the

1EWAY00056852

EXHIBIT 19
Page 15 of 18

OEW_APPLE-0027019

sum of the operational load (including any tactical load) and nonoperational demand loads. It is determined by applying the proper demand factor to each of the connected loads and a diversity factor to the sum total. **2.** At a communications center, the power required by all automatic switching, synchronous, and terminal equipment (operated simultaneously on-line or in standby), control and keying equipment, plus lighting, ventilation, and air-conditioning equipment required to maintain full continuity of communications. (188) **3.** The power required for ventilating equipment, shop lighting, and other support items that may be operated simultaneously with the technical load. (188) **4.** The sum of the technical demand and nontechnical demand loads of an operating facility. (188) **5.** At a receiver facility, the power required for all receivers and auxiliary equipment that may be operated on prime or spare antennas simultaneously, those in standby condition, multicouplers, control and keying equipment, plus lighting, ventilation, and air conditioning equipment required for full continuity of communications. (188) **6.** At a transmitter facility, the power required for all transmitters and auxiliary equipment that may be operated on prime or spare antennas or dummy loads simultaneously, those in standby condition, control and keying equipment, plus lighting, ventilation, and air conditioning equipment required for full continuity of communications. (188)

**demand service:** In ISDN applications, a telecommunications service that establishes an immediate communication path in response to a user request made through user-network signaling.

**demarc:** *Acronym for* **demarcation point.**

**demarcation point (demarc):** That point at which operational control or ownership of communications facilities changes from one organizational entity to another. *Note:* The demarcation point is usually the interface point between customer-premises equipment and external network service provider equipment. *Synonym* **network terminating interface**.

**democratically synchronized network:** A mutually synchronized network in which all clocks in the network are of equal status and exert equal amounts of control on the others, the network operating clock pulse repetition rate being the mean of the natural (uncontrolled) clock pulse repetition rates of the population of clocks.

**demodulation:** The recovery, from a modulated carrier, of a signal having substantially the same characteristics as the original modulating signal. (188)

**demultiplex (DEMUX):** *See* **demultiplexing.**

**demultiplexing:** The separation of two or more channels previously multiplexed; *i.e.*, the reverse of multiplexing. (188)

**deMUX:** *Acronym for* **demultiplex** and **demultiplexer**.

**dense binary code:** A binary code in which all possible bit patterns that can be made from a fixed number of bits are used to encode user information but no overhead information. *Note:* Examples of dense binary codes are (a) a pure binary representation for sexadecimal digits using all sixteen possible patterns and (b) an octal representation using all eight patterns. A binary representation of decimal numbers using four binary digits of which only 10 of the possible 16 patterns are used is not a dense binary code. If a binary code is not dense, the unused patterns can be used to detect errors inasmuch as they should only occur if there is an error. [From Weik '89]

**density:** In a facsimile system, a measure of the light transmission or reflection properties of an area of an object. (188) *Note 1:* Density is usually expressed as the logarithm to the base 10 of the ratio of incident to transmitted or reflected irradiance. *Note 2:* There are many types of density, such as diffuse, double diffuse, and specular density, each of which will usually have different numerical values for different materials. The relevant type of density depends on the type of optical system, the component materials of the object, and the surface characteristics of the object.

**Department of Defense (DOD) master clock:** *See* **DOD master clock.**

1EWAY00056889

EXHIBIT 19
Page 16 of 18

OEW_APPLE-0027020

FED-STD-1037C

**interrupt:** A suspension of a process, such as the execution of a computer program, caused by an event external to that process, and performed in such a way that the process can be resumed. *Synonym* **interruption.**

**interrupted continuous wave (ICW):** Modulation in which there is on-off keying of a continuous wave. (188)

**interrupted isochronous transmission:** *Synonym* **isochronous burst transmission.**

**interruption:** *Synonym* **interrupt.**

**inter-satellite service:** A radiocommunication service providing links between artificial Earth satellites. [NTIA] [RR]

**interswitch trunk:** A single direct transmission channel, *e.g.,* voice-frequency circuit, between switching nodes. (188)

**intersymbol interference: 1.** In a digital transmission system, distortion of the received signal, which distortion is manifested in the temporal spreading and consequent overlap of individual pulses to the degree that the receiver cannot reliably distinguish between changes of state, *i.e.,* between individual signal elements. *Note 1:* At a certain threshold, intersymbol interference will compromise the integrity of the received data. *Note 2:* Intersymbol interference attributable to the statistical nature of quantum mechanisms sets the fundamental limit to receiver sensitivity. *Note 3:* Intersymbol interference may be measured by eye patterns. **2.** Extraneous energy from the signal in one or more keying intervals that interferes with the reception of the signal in another keying interval. (188) **3.** The disturbance caused by extraneous energy from the signal in one or more keying intervals that interferes with the reception of the signal in another keying interval. (188)

**intertoll trunk:** A single direct transmission channel, *e.g.,* voice-frequency circuit, between two toll offices.

**interworking functions:** Mechanisms that mask differences in physical, link, and network technologies by converting (or mapping) states and protocols into consistent network and user services.

**intra-LATA:** Within the boundaries of a local access and transport area (LATA).

**intramodal distortion:** In an optical fiber, distortion caused by dispersion, such as material or profile dispersion, of a given propagating mode. (188) [After 2196]

**intraoffice trunk:** A single direct transmission channel, *e.g.,* voice-frequency circuit, within a given switching center.

**intrinsic joint loss:** Of nonidentical optical fibers joined by a splice or a mated pair of connectors, the power loss attributable to manufacturing variations, in such parameters as physical dimensions, differences in refractive index (including profile parameter), numerical aperture, and mode field diameter.

**intrinsic noise:** In a transmission path or device, that noise inherent to the path or device and not contingent upon modulation. (188)

**inverse multiplexer:** A functional unit capable of accessing and combining two or more low-speed circuits into a virtual broadband circuit, up to and including an aggregate equal to a T1 rate.

**inverse-square law:** The physical law stating that irradiance, *i.e.,* the power per unit area in the direction of propagation, of a spherical wavefront varies inversely as the square of the distance from the source, assuming there are no losses caused by absorption or scattering. *Note:* For example, the power radiated from a point source, *e.g.,* an omnidirectional isotropic antenna, or from any source at very large distances from the source compared to the size of the source, must spread itself over larger and larger spherical surfaces as the distance from the source increases. Diffuse and incoherent radiation are similarly affected.

**inverted position:** In frequency-division multiplexing, a position of a translated channel in which an increasing signal frequency in the untranslated channel causes a decreasing signal frequency in the translated channel. (188)

**inverter: 1.** In electrical engineering, a device for converting direct current into alternating current.

1EWAY00056990

EXHIBIT 19
Page 17 of 18

OEW_APPLE-0027021

FED-STD-1037C

**modified AMI code:** *Abbreviation for* **modified alternate mark inversion code**. A T-carrier AMI line code in which bipolar violations may be deliberately inserted to maintain system synchronization. *Note 1:* The clock rate of an incoming T-carrier signal is extracted from its bipolar line code. T-carrier was originally developed for voice applications. When voice signals are digitized for transmission via T-carrier, there is no problem in maintaining system synchronization, because of the nature of the digitized signals. However, when used for the transmission of digital data, the conventional AMI line code may fail to have sufficient marks, *i.e.*, "1's," to permit recovery of the incoming clock, and synchronization is lost. This happens when there are too many consecutive zeros in the user data being transported. To prevent loss of synchronization when a long string of zeros is present in the user data, deliberate bipolar violations are inserted into the line code, to create a sufficient number of marks to maintain synchronization. The receive terminal equipment recognizes the bipolar violations and removes from the user data the marks attributable to the bipolar violations. *Note 2:* The exact pattern of bipolar violations that is transmitted in any given case depends on the line rate and the polarity of the last valid mark in the user data prior to the unacceptably long string of zeros. *Note 3:* The number of consecutive zeros that can be tolerated in user data depends on the data rate, *i.e.*, the level of the line code in the T-carrier hierarchy. The North American T1 line code (1.544 Mb/s) does not use bipolar violations. The European T1 line code (2.048 Mb/s) may use bipolar violations when 8 or more consecutive zeros are present. This line code is called *bipolar with eight-zero substitution (B8ZS)*. (In all levels of the European T-carrier hierarchy, the patterns of bipolar violations that are used differ from those used in the North American hierarchy.) At the North American T2 rate (6.312 Mb/s), bipolar violations are inserted if 6 or more consecutive zeros occur. This line code is called *bipolar with six-zero substitution (B6ZS)*. At the North American T3 rate (44.736 Mb/s), bipolar violations are inserted if 3 or more consecutive zeros occur. This line code is called *"bipolar with three-zero substitution" (B3ZS)*.

**modular:** Pertaining to the design concept in which interchangeable units are used to create a functional end product.

**modular jack:** A device that conforms to the *Code of Federal Regulations,* Title 47, part 68, which defines the size and configuration of all units that are permitted for connection to the public exchange facilities.

**modulation:** The process, or result of the process, of varying a characteristic of a carrier, in accordance with an information-bearing signal. (188)

**modulation factor:** In amplitude modulation, the ratio of the peak variation actually used, to the maximum design variation in a given type of modulation. (188) *Note:* In conventional amplitude modulation, the maximum design variation is considered that for which the instantaneous amplitude of the modulated signal reaches zero. When zero is reached, the modulation is considered 100%.

**modulation index:** In angle modulation, the ratio of the frequency deviation of the modulated signal to the frequency of a sinusoidal modulating signal. (188) *Note:* The modulation index is numerically equal to the phase deviation in radians.

**modulation rate:** **1.** The rate at which a carrier is varied to represent the information in a digital signal. *Note:* Modulation rate and information transfer rate are not necessarily the same. **2.** For modulated digital signals, the reciprocal of the unit interval of the modulated signal, measured in seconds. (188)

**modulation suppression:** In the reception of an amplitude-modulated signal, an apparent reduction in the depth of modulation of a wanted signal, caused by the presence, at the detector, of a stronger unwanted signal. (188)

**modulator:** A device that imposes a signal on a carrier. (188)

**modulator-demodulator (modem):** *See* **modem.**

**module:** **1.** An interchangeable subassembly that constitutes part of, *i.e.,* is integrated into, a larger device or system. (188) **2.** In computer programming, a program unit that is discrete and identifiable with respect to compiling, combining with other modules, and loading. (188)

M-14

1EWAY00057028

EXHIBIT 19
Page 18 of 18

OEW_APPLE-0027022