# EXHIBIT P



**EXHIBIT 24**

Page 1 of 10
OEW_APPLE-0027056

# RF Engineering for Wireless Networks
## Hardware, Antennas, and Propagation

*Daniel M. Dobkin*



AMSTERDAM • BOSTON • HEIDELBERG • LONDON
NEW YORK • OXFORD • PARIS • SAN DIEGO
SAN FRANCISCO • SINGAPORE • SYDNEY • TOKYO
Newnes is an imprint of Elsevier



Newnes

EXHIBIT 24
Page 2 of 10
OEW_APPLE-0027057

Newnes is an imprint of Elsevier.

30 Corporate Drive, Suite 400, Burlington, MA 01803, USA
525 B Street, Suite 1900, San Diego, California 92101-4495, USA
84 Theobald's Road, London WC1X 8RR, UK

♾ This book is printed on acid-free paper.

Copyright © 2005, Elsevier Inc. All rights reserved.

No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or any information storage and retrieval system, without permission in writing from the publisher.

Permissions may be sought directly from Elsevier's Science & Technology Rights Department in Oxford, UK: phone: (+44) 1865 843830, fax: (+44) 1865 853333, e-mail: permissions@elsevier.com.uk. You may also complete your request on-line via the Elsevier homepage (http://elsevier.com), by selecting "Customer Support" and then "Obtaining Permissions."

**Library of Congress Cataloging-in-Publication Data**
Application submitted

**British Library Cataloguing in Publication Data**
A catalogue record for this book is available from the British Library

ISBN: 0-7506-7873-9

For all information on all Newnes/Elsevier Science publications visit our Web site at
www.books.elsevier.com

Printed in the United States of America
04  05  06  07  08  09  10   9  8  7  6  5  4  3  2  1

EXHIBIT 24
Page 3 of 10
OEW_APPLE-0027058

# Chapter 4
# Radio Transmitters and Receivers

## 1. Overview of Radios

### 1.1. The Radio Problem

It's easy to build a radio. When I was a kid, one could purchase "crystal radio" kits, consisting of a wirewound inductor antenna, a diode, and an earpiece; by tuning a plug in the inductor, one could pick nearby AM radio stations quite audibly (at least with young pre-rock-amplifier ears). To build a good radio is harder, and to build a good cheap radio that works at microwave frequencies is harder still. That such radios are now built in the tens of millions for wireless local area networks (WLANs) (and the hundreds of millions for cellular telephony) is a testament to the skills and persistence of radio engineers and their manufacturing colleagues, the advancement of semiconductor technology, and the large financial rewards that are at least potentially available from the sale and operation of these radios.

The key requirements imposed on a good WLAN radio receiver are as follows:

- *Sensitivity*: A good radio must successfully receive and interpret very small signals. Recall that the thermal noise in a 1-MHz bandwidth is about $-114$ decibels from a milliwatt (dBm) or about 4 fW ($4 \times 10^{-15}$ W). Depending on the application, the requirements on the radio may be less stringent than that, but in general extremely tiny wanted signals must be captured with enough signal-to-noise ratio (S/N) to allow accurate demodulation.

- *Selectivity*: Not only must a radio receive a tiny signal, it must receive that signal in the presence of vastly more powerful *interferers*. An access point on channel 1 should be able to receive the signal from a client across the room and down the hall at $-90$ dBm, even though a client of a different access point on channel 6 is right below the access point, hitting it with a signal at $-40$ dBm (that's a hundred thousand times more power).

- *Dynamic range*: The same access point should be able to receive its client radio's transmissions as the user moves their laptop from their office to the conference room directly under the antenna—that is, the receiver must adapt to incoming wanted signal power over a range of 60 or 70 dB. The same receiver that can accurately detect a few femtowatts needs to deal with tens of microwatts without undue distortion of the signal.

*Chapter Four*

- *Switch states*: All current WLAN and wireless personal area network technologies are *half-duplex*—the same channel is used for transmitting and receiving, and the transmitter and receiver alternate their use of the antennas. A receiver needs to be turned off when the transmitter is on, both to minimize any chance of a damaging overload from leakage of the transmitted signal and to minimize power consumption; it then needs to return to full sensitivity when the transmission is done, quickly enough so that no data are missed. Most WLAN radios also allow for the use of either of two *diversity* antennas (discussed further in Chapter 6): the receiver must decide which antenna to use quickly enough to be ready for the transmitted data.

A WLAN radio transmitter has a different set of requirements:

- *Accuracy*: The transmitter must accurately modulate the carrier frequency with the desired baseband signal and maintain the carrier at the desired frequency.

- *Efficiency*: The transmitter must deliver this undistorted signal at the desired absolute output power without wasting too much DC power. The final amplifier of the transmitter is often the single largest consumer of DC power in a radio.

- *Spurious radiation*: Distortion of the transmitted signal can lead to radiation at frequencies outside the authorized bands, which potentially can interfere with licensed users and is frowned upon by most regulatory authorities. (We discuss in more detail how this *spurious* output arises in section 2.2.) Production of clean *spur*-free signals is often a trade-off between the amount of radio frequency (RF) power to be transmitted and the amount of DC power available for the purpose.

- *Switch states*: Like the receiver, the transmitter should turn off when not in use to save power and avoid creating a large interfering signal and turn back on again quickly, so as not to waste a chance to send data when there are data to send.

These requirements are actually relatively undemanding compared with other applications of microwave radios. For example, the use of a half-duplex architecture results from the limited bandwidth historically available in the unlicensed bands. Licensed cellular telephony generally uses *paired bands* for transmission and reception; for example, in the United States, a phone operating in the "cellular" bands will transmit at some channel in the range 825–849 MHz and receive at a corresponding channel 44 MHz higher in the 869–894 band. Older digital phones use separate time slots for transmission and reception and are therefore also half-duplex, but old analog phones as well as modern General Packet Radio Service and code-division multiple access phones are *full-duplex*: they transmit and receive at the same time. As WLAN evolves toward simultaneous operation in both the 2.4-GHz ISM and 5-GHz Unlicensed National Information Infrastructure (UNII) bands, simultaneous transmission and reception may become more common in WLAN. However, constructing a filter to separate 2.48 and 5.2 GHz (a 96% change) is much easier than playing the same trick between, for example, 830 and 874 MHz (a 5% change). In

*Radio Transmitters and Receivers*

---

addition, for 802.11 radios, the medium access control (MAC) interprets all failed transmissions as collisions and tries again: the system fails gracefully in the presence of radio deficiencies and so can tolerate performance that might be unacceptable for other applications.

### 1.2. Radio Architectures

All modern digital radios have one or more antennas at one end and a set of *analog-to-digital converters* (ADCs) and *digital-to-analog converters* (DACs) at the other. The signal at the antenna is (for most WLAN and wireless personal are network applications) at a frequency in the GHz range, whereas the ADCs and DACs operate with signals up to a few tens of megahertz. Among their other services, radios must provide *frequency conversion* between the antenna and the digital circuitry.

Ever since its invention by Edwin Armstrong in 1917, the *superheterodyne* architecture (superhet for short) has dominated the design of practical radios. The superhet receiver uses two frequency conversion steps: first, the received frequency is converted to an *intermediate frequency* (IF), and second, after some amplification and filtering, the IF is again converted to baseband. For a WLAN application, the RF frequency of 2.4 GHz might be converted to a common IF of 374 MHz and then down to DC (Figure 4-1). Note that the final down-conversion is performed twice, to produce an I and Q output (recall I and Q are the in-phase and quadrature components of the signal). This is necessary because the down-conversion operation can't tell the difference between frequencies above and below the carrier, so they end up on top of each other when the carrier is converted to zero frequency. By doing two conversions using different phases of the carrier, we can preserve information about the sidebands. We provide a detailed example of the use of this sort of trick in our discussion of the image-reject mixer in section 2.3.

A WLAN superheterodyne receiver might look like the block diagram in Figure 4-2. Here for simplicity we show only one final down-converter. Mixers are used to convert



**Figure 4-1: WLAN Superheterodyne Frequency Plan**

EXHIBIT 24
Page 6 of 10

OEW_APPLE-0027061

*Chapter Four*

![Figure 4-2: Block diagram showing RF section (2412-2462 MHz) with antenna, band select filter, low-noise amplifier, amplifier, mixer with local oscillator at 2038-2088 MHz; IF section (374 MHz) with channel select filter, amplifier, mixer with oscillator at 374 MHz; baseband section ("0" MHz) with lowpass filter and A-to-D converter.]

Figure 4-2: Block Diagram of a Superheterodyne Receiver

the RF signal to IF and the IF signal to a baseband ("0" frequency) output. The band select filter typically accepts the whole RF band of interest (e.g., the whole 2.4- to 2.483-GHz ISM band), and the following amplifiers should work over this band. The first *local oscillator* (LO) must be tunable. The IF is the difference between the wanted RF frequency and the LO frequency; to receive, for example, channel 1 at 2412 MHz, we set the LO at (2412—374) = 2038 MHz. However, once this conversion is complete, the IF is always the same, and DC is DC: all other radio parts can be fixed in frequency. (In modern radios, the baseband filters may have adaptive bandwidths to improve performance in varying conditions.)

The use of an IF has a number of benefits. In most cases, we'd like to listen to signals on a particular channel (e.g., channel 1 at 2.412 GHz) and not neighboring channels. An electrical filter circuit is used to select the wanted channel from all channels. The task of filtering is much easier if it is performed at the IF rather than the original RF frequency. For example, a 20-MHz channel represents 0.83% of the RF frequency of 2.4 GHz but 5% of the 374-MHz IF; it is both plausible and true that distinguishing two frequencies 5% apart is much easier than the same exercise for a 1% difference. Furthermore, a radio needs to allow *tuning* to different channels: a user would hardly be thrilled about having to buy three radios to make use of the three channels in the ISM band. It is difficult to accurately tune a filter, but in a superhet architecture we don't need to: we can tune the frequency of the LO instead. The fact that the IF is fixed also makes it easier to design amplifiers and other circuitry for the IF part of the radio. Finally, all other things being equal, it is easier to provide a given amount of gain at a low frequency than at a high frequency, so it costs less to do most of one's amplification

EXHIBIT 24
Page 7 of 10

OEW_APPLE-0027062

at the IF than at the original RF frequency. The choice of an IF is a trade-off between selectivity, filtering, requirements on the LO, and component cost; we discuss this issue, *frequency planning*, in section 3.

The performance of a superhet receiver is dominated by certain key elements. The *low-noise amplifier* (LNA) is the main source of excess noise and typically determines the sensitivity of the radio. The cumulative distortion of all the components (amplifiers and mixers) before the channel filter plays a large role in determining how selective the receiver is: a distorted interfering signal may acquire some power at the wanted frequency and sneak through the channel filter. Finally, enough gain adjustment must be provided to allow the output signal to lie within the operating limits of the ADC, which are typically much narrower than the range of input RF powers that will be encountered.

A superhet transmitter is the opposite of a receiver: the I and Q baseband signals are mixed to an IF, combined, and then after amplification and filtering converted to the desired RF (Figure 4-3; again we show only one branch of the baseband for clarity). In a WLAN radio, the IF is generally the same for both transmit and receive to allow the use of a single channel filter in both directions and to share LOs between transmit and receive functions.

As with the superhet receiver, in the transmitter all components before the final mixer operate at fixed frequencies (baseband or IF). The final mixer and amplifiers must operate over the whole RF bandwidth desired. The transmitter performance is often dominated by the power amplifier. Distortion in the power amplifier causes radiation of undesired spurious signals, both into neighboring channels and into other bands. To



Figure 4-3: Block Diagram of a Superheterodyne Transmitter

EXHIBIT 24
Page 8 of 10

OEW_APPLE-0027063

*Chapter Four*

minimize distortion, the output power can be decreased at fixed DC power, but then the efficiency of the power amplifier is reduced. Because the power amplifier dominates transmitter performance, the superhet architecture offers fewer benefits in transmission than in reception.

Even though IF filtering is easier than RF filtering, IF filters still constitute an expensive part of a superhet radio; IF amplifiers are also more expensive than amplifiers at baseband. Why not skip the IF stage? Two increasingly common architectural alternatives to superhet radios, *direct conversion* and *near-zero IF* (NZIF), attempt exactly this approach. A direct-conversion radio is what it purports to be: RF signals are converted to baseband in a single step (Figure 4-4). The channel filter becomes an inexpensive low-pass filter from zero frequency to a few megahertz; furthermore, at these low frequencies, active filters using amplifiers can be implemented, allowing versatile digital adjustment of bandwidth and gain.

Direct-conversion radios encounter serious challenges as well. Because there is no IF stage, the gain that the IF provided must be placed somewhere else, typically at baseband because it is cheaper to do so. DC offset voltages, which may appear for various reasons, including distortion of the LO signal, may be amplified so much at baseband that they drive the ADC voltage to its rail, swamping the wanted signal. Similarly, low-frequency noise from many causes, including electrical noise in metal-oxide-semiconductor field-effect transistors (MOSFETs) and *microphonic* noise (the result of mechanical vibrations in the radio), can be amplified to an objectionable level by the large baseband gain. Because the LO is at the same frequency as the RF signal in a direct conversion system, it cannot be filtered out and may radiate unintentionally during the receive operation, interfering with other users. The radiated signal may bounce back off external objects in a time-varying fashion and interfere with the wanted signal.

One solution to some of these problems is not to convert to zero but to a very low frequency, just big enough to allow the whole of the received signal to fit. For a WLAN signal, we would choose an IF of about 8 MHz: an *NZIF* receiver. The IF is low enough that no additional conversion is needed; the ADC can accept the IF signal directly. Because now there is no signal at DC, we can filter out any DC offsets without affecting the receiver. Low-frequency noise at less than a few megahertz (encompassing much



Figure 4-4: WLAN Direct Conversion Frequency Plan

*112*

EXHIBIT 24
Page 9 of 10
OEW_APPLE-0027064

*Radio Transmitters and Receivers*

electrical noise and all microphonic noise) can also be filtered out. However, because the IF in this case is small, the *image* of the wanted frequency is very close to the wanted frequency and can't be filtered. Some other means of *image rejection* must be provided. We discuss these alternative architectures in more detail in section 3.

### 1.3. A "Typical" WLAN Radio

A radio consists of a transmitter, receiver, and whatever ancillary functions are needed to support their operation. A complete WLAN radio might look something like the block diagram in Figure 4-5. The radio is composed of a superhet transmitter and receiver. In general, the IFs for transmit and receive would be the same so that the LOs and filters could be shared between the two functions, though here we depicted them as separate components for clarity. Both transmit and receive convert in-phase and quadrature (I and Q) signals separately, because as noted above this step is necessary to provide separate access to sidebands above and below the carrier frequency. The heart of the radio is typically implemented in one or few chips. Older systems used silicon integrated circuits with bipolar transistors or heterostructure transistors with a silicon-germanium (SiGe) base layer. In recent years, improvements in integrated circuit technology have allowed most radio chips to migrate to less-expensive MOSFET implementations.

The power amplifier is often a separate chip, using either a SiGe process or a compound semiconductor such as GaAs. Because WLANs are half-duplex, the antenna must be switched between the transmitter and receiver with a *transmit/receive* (T/R) switch. Most WLAN radios provide the option (at least for the receiver) of using one of two



Figure 4-5: Simplified Block Diagram of an Archetypal Superhet WLAN Radio

EXHIBIT 24
Page 10 of 10

OEW_APPLE-0027065