# EXHIBIT R

MON1A-2

# Bluetooth Radio Architectures

James P. K. Gilb
908 E. Derby Dr.
Tempe, AZ, 85284
gilb@ieee.org

## ABSTRACT

Bluetooth is intended to be a low cost Wireless Local Area Network (WLAN) implementation. To realize the potential cost savings, the radio designer needs to understand those parts of the protocol that impact the RF and analog portions. This paper looks at the Bluetooth protocol to identify some key areas of the specification as they apply to implementation from modem to antenna. Various radio architectures are compared to show how they can be used for low cost implementations of Bluetooth.

## INTRODUCTION

Personal Area Networks (PAN's) represent a new growth area for the application of microwave technology. The requirements for these networking products are:

- Small
- Low power consumption for portability
- Low cost
- Short range (< 10 m)
- Moderate data rate (1-2 Mb/s)

The Bluetooth Special Interest Group (SIG) was formed to develop a specification that addresses these needs for wireless connectivity. The resulting Bluetooth specification [1] and promises of low cost products has resulted in the attention from both manufacturers and consumer product manufacturers. However, to implement the Bluetooth standard in a low cost radio, the radio architecture must be chosen to minimize not only the IC cost, but the total solution cost including manufacturing and test.

The goal of this paper is to provide an overview of various low-cost techniques for implementing a Bluetooth transceiver. First, a quick summary of the relevant RF parameters of the Bluetooth specification are presented. Next, four low-cost receiver architectures are compared to show the relative strengths and weaknesses of each approach. The transmitter architecture is addressed next, comparing three direct-launch modulation systems for cost and complexity. Finally, some of the relevant RF system parameters are presented for systems that either meet the minimum requirements or show leadership in some areas.

## THE BLUETOOTH STANDARD

Bluetooth compliant radios use 2.4-2.5 GHz band, listed in Table 1, which is available in much of the world for unlicensed operation. The modulation is Gaussian FSK (GFSK), baseband filtered with a 3 dB bandwidth of 500 kHz (BT = 0.5) and a modulation index that can vary from 0.28 to 0.35, i.e., a frequency deviation of $\pm 140$ kHz to $\pm 175$ kHz. There are three transmit power classes with nominal output power of 0, +4 and +20 dBm and three steps of power control mandated for the high-power class.

| Region | Allocated band (GHz) | Bluetooth band (GHz) |
|---|---|---|
| North America and Europe[1] | 2.4-2.4835 | 2.402-2.480 |
| Japan | 2.471-2.497 | 2.473-2.495 |
| France | 2.4465-2.4835 | 2.454-2.476 |
| Spain | 2.445-2.475 | 2.449-2.471 |

Table 1: 2.4-2.5 GHz unlicensed bands in the world.

To operate at higher power in the unlicensed bands, and to avoid interferers, Bluetooth transceivers use slow Frequency Hop Spread Spectrum (FHSS) with a nominal rate of 1600 hops/s. The access method for a pico-net is DMA with 625 $\mu$s frames with half-duplex (TX and RX alternate in time) connections and a frequency hop between each transmit and receive. The hop sequence is pseudo-random (length $2^{24}$) with the largest possible hop of 78 MHz. As an unlicensed intentional transmitter, Bluetooth systems operate under Part 15 regulations in the US (47CFR15.247 [2]) as the

3

lowest priority user and must not cause interference to licensed systems and must accept all interference from other systems.

The most common in-band interferer, besides other part 15 systems, is the ubiquitous microwave oven. Almost all residential microwave ovens use a half-wave rectifier on the AC mains to drive the magnetron, resulting in the oven radiating +20 to +30 dBm (through leakage) for roughly one-half of the AC cycle. The combination of hopping, short packets and retransmit of data with an ARQ protocol allow Bluetooth (and other Part 15 systems) to work around this strong interference source. Commercial microwave ovens use two magnetrons and take up more of the available time. Proposals for microwave lighting systems and full-wave rectified microwave ovens will change the nature of the interferers, potentially causing serious trouble for 2.4 GHz systems. (cite microwave oven papers here and NPRM from FCC).

It should be noted that although this discussion focuses on the implementation of Bluetooth transceivers, the same architectures can be applied (and are being applied) in the implementation of the SWAP-CA 1.2 specification from the HomeRF working group [3]. In fact, from an RF implementation point of view, the Bluetooth specification is more difficult to implement than SWAP-CA 1.2 in almost every instance. Only in three cases, the TX/RX turn around (134 $\mu$s versus 224 $\mu$s), the receiver sensitivity (-80 dBm with $10^{-6}$ BER versus -70 dBm with $10^{-3}$ BER) and the absence of a in-band image allowance, is the SWAP-CA specification potentially more difficult to implement[2].

## RECEIVER REQUIREMENTS

Although there are many different radio architectures that can be used to implement a Bluetooth receiver, for reasons of low cost and relaxed performance requirements, four types will likely be used; High IF (HIF), Low IF (LIF), Very Low IF (VLIF) and Direct Conversion Receiver (DCR) or Zero IF (ZIF), shown in Fig. 1. All of these use a single conversion with channel select filtering at only one frequency which is enabled by the relaxed interference requirements (maximum interferer is only 40 dB higher) in the Bluetooth specification.

**High IF (HIF)** A single conversion to an IF that is much greater than the channel bandwidth. The most common choice is the 110.6 MHz IF used by DECT

---

[2]With either the DCR or VLIF, the issues of TX/RX turnaround or in-band image are not applicable and so SWAP-CA 1.2 is only more difficult in its sensitivity requirement. Interestingly, most Bluetooth RFIC vendors are quoting at least -80 dBm receiver sensitivity



Figure 1: Potential Bluetooth receiver architectures

phones since SAW filters are readily available at low cost with roughly the correct bandwidth (1.2 MHz passband). Since the percent bandwidth is so small (less than 1 percent), high Q elements are required for the channel select filter. These high Q elements are unavailable in current semiconductor processes and so this filter must be off-chip.

**Low IF (LIF)** Single conversion to an IF that is greater than the channel bandwidth, usually in the 5-10 MHz range. In this case the percent bandwidth of the channel select filter is 10-20 percent, which allows much lower Q components that can be realized on-chip by many semiconductor process. This architecture requires an image reject mixer, although the Bluetooth specification has relaxed requirements for the resulting in-band image.

**Very Low IF (VLIF)** Single conversion to an IF that is one half of the channel bandwidth, in this case

4

500 kHz. The filter is low-pass with a DC notch that can be integrated into most semiconductor processes. With the low modulation index used by Bluetooth, the IF chain must be linear and so Automatic Gain Control (AGC) is required to successfully demodulate the signal.

**Direct Conversion Receiver (DCR)**  Also referred to as Zero IF (ZIF), the RF signal is mixed directly to baseband, requiring an I/Q downmixer and separate baseband paths to maintain the negative frequency information. Channel selectivity is accomplished with a low pass filter. While there is no image frequency for this architecture, the LO is in band, which creates a DC component that must be removed with DC offset correction.

The Bluetooth specification was developed with a bias toward HIF and LIF architectures (the two architectures initially developed by Nokia and Ericsson) at the expense of the VLIF and DCR architectures, which are generally felt to be lower cost architectures. As an example, the system hops between every transmit and receive frequency, resulting in at least 224 $\mu$s of down time for each 625 $\mu$s frame. This choice resulted from the fact that the HIF and LIF receiver re-use the transmit VCO (for cost reasons) for the receiver LO. For these architectures, the VCO must "hop" between TX and RX sequences, even if it remains on the same channel. In contrast, the VLIF and DCR architectures can easily support faster than 20 $\mu$s turn-around times since the VCO either stays locked (in the case of the DCR) or only changes 500 kHz (in the case of the VLIF).

In order to prevent too much degradation in the throughput due to the long TX/RX turnaround time, the Bluetooth specification uses an extremely short radio header (4 symbols or 4 $\mu$s). For the VLIF and DCR architectures, this requires an extremely fast settling AGC loop. Since the sync word, the 64 bits following the radio header, contains some redundant information, it is possible to loose a few of these bits and still recover the packet timing. However, a longer radio header and correspondingly shorter hop time would have made the VLIF and DCR much simpler to implement. In fact, using the 100 $\mu$s hop time of DECT or even the 134 $\mu$s hop time of HomeRF would have easily allowed 40 to 80 $\mu$s of radio header to be sent.

The passband frequency of the channel select filter is determined by the demodulator and equalizer (if any) in combination with the phase delay characteristics of the filter. For a constant envelope system, such as FSK, the key parameter is the group delay variation. Too much group delay variation will cause additional Inter-Symbol Interference (ISI) that will negatively impact the performance of the receiver. While the DCR and VLIF both use low pass filters for channel selectivity, the VLIF is a somewhat more difficult filter to implement for two reasons. First, the alternate channel is folded back into the adjacent channel at the baseband frequency, which can potentially require higher attenuation of baseband frequencies from 1 to 2 MHz, as shown in Fig. 2. The amount of additional rejection required is determined by the Image Rejection Ratio (IRR) of the downmixer. The folded alternate channel appears at a power level of 30-IRR in the adjacent channel location, so this is only an issue if the IRR is greater than 30 dB over process and temperature variation. Second, the ratio of the stop-band frequency to the pass-band frequency is smaller for the VLIF, which requires sharper skirts for the filter and thus is more difficult to realize.



Figure 2: Blocking signal levels for DCR and VLIF baseband filtering.

## TRANSMITTER

While there is a variety of receiver architectures that have either been proposed or are in production, all published implementations use a direct launch transmitter architecture. The channel bandwidth restriction of the transmitted signal, shown in Fig. 3 is achieved by baseband filtering the data with an approximation of a Gaussian filter with a 500 kHz 3 dB cutoff frequency.

5

There are at least three different techniques that can be applied to develop the modulation in conjunction with the frequency synthesizer: open-loop, modulation with fractional-n synthesizer and closed-loop dual-port. These are depicted in Fig. 4.



Figure 3: Bluetooth transmit filter mask for low and high power modes.





Figure 4: Transmitter architectures for implementing Bluetooth.

**Open Loop**  For this approach, the RF oscillator is first locked to the transmit frequency with the PLL and then the PLL loop is opened, allowing the VCO to run free. At this point the modulation waveform is applied to the VCO to deviate the frequency and generate the FSK signal. Open loop modulation is the simplest to implement but the VCO drift must be controlled. In addition, in the presence of strong interferers, including the harmonics of other radios, can cause the transmit VCO to lock to the wrong frequency. In particular, certain 2-way radios operate with 2 watts transmit power in the 800 MHz range, whose third harmonic falls in the 2.4 GHz band. The Bluetooth specification specifically addresses this transmit architecture by providing an allowance for the center frequency drift in a packet.

**Fractional-N Modulation**  Since fractional-N synthesizers allow extremely fine control of the VCO frequency (less than 10 Hz steps), it is possible to modulate the VCO frequency by programming the accumulators in an fractional-N synthesizer. This has the advantage of providing what is essentially a digital modulation of the transmit frequency and so does not require any tuning. Since this is closed loop modulation, it is resistant to frequency pulling by strong interferers. However, fractional-N synthesizers take up more die area and are more difficult to implement than dual modulus or integer PLL's.

**Dual Port**  For this method the input signal is split with the low frequency content feed through the loop filter and the high frequency content applied outside the loop through a HPF to the VCO. The amplitude of the high-frequency content needs to be scaled based on the VCO gain to maintain the same net gain for the modulating signal both inside and outside of the loop. The dual-port architecture allows the VCO to remain locked by the PLL during the modulation, making it resistant to frequency pulling and frequency drift in a packet.

## CONCLUSIONS

While the Bluetooth specification allows the design of low-cost wireless data transceivers, careful choice of the transceiver architecture is required to minimize the overall system cost. Four receiver architectures, HIF, LIF, VLIF and DCR all allow low cost implementation with different trade-offs for each choice. For the transmitter, three architectures can be used for direct launch of the signal, which again offer different advantages and challenges.

## References

[1] Bluetooth SIG, http://www.bluetooth.com, *Specification of the Bluetooth Systsm, v 1.0B*, 1999.

[2] Federal Communications Commission, Washington, DC, *47CFR15.247*, 2000.

[3] HomeRF Working Group, http://www.homerf.org, *Shared Wireless Access Protocol (Cordless Access) Specification, SWAP-CA 1.2*, 1999.

APL-OneEWay_00035209