# EXHIBIT S



# RF
# MICROELECTRONICS



## BEHZAD RAZAVI

PRENTICE HALL COMMUNICATIONS ENGINEERING AND EMERGING TECHNOLOGIES SERIES
Theodore S. Rappaport, Series Editor

APL-OneEWay_00029421

# RF MICROELECTRONICS

Behzad Razavi

University of California, Los Angeles

To join a Prentice Hall PTR
Internet mailing list, point to
http://www.prenhall.com/mail_lists



**PRENTICE HALL PTR**
Upper Saddle River, NJ 07458

APL-OneEWay_00029422

Library of Congress Cataloging-in-Publication Data

RAZAVI, BEHZAD.
    RF microelectronics / Behzad Razavi.
        p.    cm. – (Prentice Hall communications engineering and
    emerging technologies series ; 2)
        Includes bibliographical references and index.
        ISBN  0-13-887571-5
        1. Radio circuits–Design and construction.    2. Integrated
    circuits–Design and construction    I. Title.    II. Series.
TK6560.R39  1998
621.384'12–dc21                                                97–34526
                                                               CIP


Acquisitions Editor: Russ Hall
Editorial Assistant: Maureen Diana
Editorial/Production Supervision: Kerry Reardon
Manufacturing Manager: Alexis R. Heydt
Cover Design: Akamini Design
Cover Design Director: Jerry Votta
Composition: PreT_EX, Inc.



© 1998 Prentice Hall PTR
Prentice-Hall, Inc.
A Simon & Schuster Company
Upper Saddle River NJ 07458

Prentice Hall books are widely used by corporations and government agencies for training, marketing, and resale. The publisher offers discounts on this book when ordered in bulk quantities.
For more information contact:
        Corporate Sales Department
        Phone: 800-382-3419 Fax: 201-236-7141
        E-Mail: corpsales@prenhall.com
or write:  Prentice Hall PTR
        One Lake Street
        Upper Saddle River, NJ 07458

All rights reserved. No part of this book may be reproduced, in any form or by any means, without permission in writing from the publisher.

Printed in the United States of America

10  9  8  7  6  5  4  3  2  1

ISBN  0-13-887571-5

Prentice-Hall International (UK) Limited, London
Prentice-Hall of Australia Pty. Limited, Sydney
Prentice-Hall Canada Inc., Toronto
Prentice-Hall Hispanoamericana, S.A., Mexico
Prentice-Hall of India Private Limited, New Delhi
Prentice-Hall of Japan, Inc., Tokyo
Simon & Schuster Asia Pte. Ltd., Singapore
Editora Prentice-Hall do Brasil, Ltda., Rio de Janeiro

APL-OneEWay_00029423

# Contents

Preface _____ xiii

▶   1   Introduction to RF and Wireless Technology                    1

1.1   Complexity Comparison   2
1.2   Design Bottleneck   4
1.3   Applications   6
1.4   Analog and Digital Systems   7
1.5   Choice of Technology   9
      *References   10*

▶   2   Basic Concepts in RF Design                                   11

2.1   Nonlinearity and Time Variance   11
      2.1.1   Effects of Nonlinearity   14
      2.1.2   Cascaded Nonlinear Stages   22
2.2   Intersymbol Interference   25
2.3   Random Processes and Noise   28
      2.3.1   Random Processes   29
      2.3.2   Noise   37
2.4   Sensitivity and Dynamic Range   48
2.5   Passive Impedance Transformation   50
      *References   53*

▶   3   Modulation and Detection                                      54

3.1   General Considerations   54
3.2   Analog Modulation   57
      3.2.1   Amplitude Modulation   57
      3.2.2   Phase and Frequency Modulation   58

APL-OneEWay_00029424

viii

3.3    Digital Modulation    63
       3.3.1    Basic Concepts    64
       3.3.2    Binary Modulation    74
       3.3.3    Quadrature Modulation    81
3.4    Power Efficiency of Modulation Schemes    90
       3.4.1    Constant- and Variable-Envelope Signals    90
       3.4.2    Spectral Regrowth    91
3.5    Noncoherent Detection    93
       References    96

4    Multiple Access Techniques and Wireless Standards    98

4.1    Mobile RF Communications    98
4.2    Multiple Access Techniques    103
       4.2.1    Time- and Frequency-Division Duplexing    103
       4.2.2    Frequency-Division Multiple Access    105
       4.2.3    Time-Division Multiple Access    105
       4.2.4    Code-Division Multiple Access    107
4.3    Wireless Standards    110
       4.3.1    Advanced Mobile Phone Service    111
       4.3.2    North American Digital Standard    112
       4.3.3    Global System for Mobile Communication    113
       4.3.4    Qualcomm CDMA    114
       4.3.5    Digital European Cordless Telephone    116
       References    117

5    Transceiver Architectures    118

5.1    General Considerations    118
5.2    Receiver Architectures    122
       5.2.1    Heterodyne Receivers    122
       5.2.2    Homodyne Receivers    129
       5.2.3    Image-Reject Receivers    138
       5.2.4    Digital-IF Receivers    146
       5.2.5    Subsampling Receivers    147
5.3    Transmitter Architectures    149
       5.3.1    Direct-Conversion Transmitters    152
       5.3.2    Two-Step Transmitters    154
5.4    Transceiver Performance Tests    155

APL-OneEWay_00029425

5.5    Case Studies    157
        5.5.1    Motorola's FM Receiver    157
        5.5.2    Philips' Pager Receiver    158
        5.5.3    Philips' DECT Transceiver    159
        5.5.4    Lucent Technologies' GSM Transceiver    161
        5.5.5    Philips' GSM Transceiver    162
        *References    163*

▶      6    Low-Noise Amplifiers and Mixers                                    166

6.1    Low-Noise Amplifiers    166
        6.1.1    General Considerations    166
        6.1.2    Input Matching    170
        6.1.3    Bipolar LNAs    173
        6.1.4    CMOS LNAs    178
6.2    Downconversion Mixers    180
        6.2.1    General Considerations    180
        6.2.2    Bipolar Mixers    188
        6.2.3    CMOS Mixers    192
        6.2.4    Noise in Mixers    194
6.3    Cascaded Stages Revisited    200
        *References    204*

▶      7    Oscillators                                                       206

7.1    General Considerations    206
7.2    Basic LC Oscillator Topologies    209
7.3    Voltage-Controlled Oscillators    212
7.4    Phase Noise    214
        7.4.1    Effect of Phase Noise in RF Communications    215
        7.4.2    $Q$ of an Oscillator    217
        7.4.3    Phase Noise Mechanisms    220
        7.4.4    Noise-Power Trade-off    224
        7.4.5    Effect of Frequency Division and Multiplication on Phase Noise    224
        7.4.6    Oscillator Pulling and Pushing    225
7.5    Bipolar and CMOS LC Oscillators    227
        7.5.1    Negative-$G_m$ Oscillators    227
        7.5.2    Interpolative Oscillators    231

APL-OneEWay_00029426

x                                                                          Contents

7.6    Monolithic Inductors    233
7.7    Resonatorless VCOs    235
7.8    Quadrature Signal Generation    236
       7.8.1    RC-CR Network    236
       7.8.2    Havens' Technique    239
       7.8.3    Frequency Division    243
7.9    Single-Sideband Generation    243
       *References    244*


▶    8    Frequency Synthesizers                                            247

8.1    General Considerations    247
8.2    Phase-Locked Loops    249
       8.2.1    Basic Concepts    249
       8.2.2    Basic PLL    252
       8.2.3    Charge-Pump PLLs    258
       8.2.4    Type I and Type II PLLs    265
       8.2.5    Noise in PLLs    266
       8.2.6    Phase Noise at Input    266
       8.2.7    Phase Noise of VCO    267
       8.2.8    Frequency Multiplication    269
8.3    RF Synthesizer Architectures    269
       8.3.1    Integer-$N$ Architecture    270
       8.3.2    Fractional-$N$ Architecture    277
       8.3.3    Dual-Loop Architectures    284
       8.3.4    Direct Digital Synthesis    285
8.4    Frequency Dividers    290
       8.4.1    Divide-by-Two Circuits    290
       8.4.2    Dual-Modulus Dividers    293
       *References    296*


▶    9    Power Amplifiers                                                   298

9.1    General Considerations    298
       9.1.1    Linear and Nonlinear PAs    301
9.2    Classification of Power Amplifiers    301
       9.2.1    Class A and B PAs    302
       9.2.2    Class C PAs    305

APL-OneEWay_00029427

Contents                                                                                  xi

9.3     High-Efficiency Power Amplifiers   306
9.4     Large-Signal Impedance Matching   310
9.5     Linearization Techniques   313
        9.5.1   Feedforward   314
        9.5.2   Feedback   315
        9.5.3   Envelope Elimination and Restoration   317
        9.5.4   LINC   318
9.6     Design Examples   320
        *References   323*

# 5

# TRANSCEIVER ARCHITECTURES

Our study of multiple access techniques and standards in Chapter 4 treated wireless systems at the mobile station level. In this chapter, we move down to the transceiver architecture level. Complexity, cost, power dissipation, and the number of external components have been the primary criteria in selecting transceiver architectures. As IC technologies evolve, however, the relative importance of each of these criteria changes, allowing approaches that once seemed impractical to return as plausible solutions.

In this chapter, we describe heterodyne, homodyne, image-reject, digital-IF, and subsampling receivers and direct-conversion and two-step transmitters. While, at present, only a few of these architectures are used in actual products, a detailed treatment of their design issues and trade-offs helps determine their potential for emerging applications.

To provide a view of the state of the art, we conclude this chapter with a study of five specific RF products currently used in wireless systems.

## 5.1 GENERAL CONSIDERATIONS

The wireless communications environment, especially in urban areas, is often called "hostile" because it imposes severe constraints upon transceiver design. Perhaps the most important constraint is the limited spectrum allocated to each user (e.g., 30 kHz in IS-54 and 200 kHz in GSM). From Shannon's theorem, this translates to a limited rate of information, mandating the use of sophisticated techniques such as coding, compression, and bandwidth-efficient modulation, even for voice signals.

The narrow bandwidth available to each user also impacts the design of the RF section. As depicted in Fig. 5.1, the transmitter must employ narrowband modulation, amplification, and filtering to avoid leakage to adjacent channels, and the receiver must be able to process the desired channel while sufficiently rejecting strong neighboring interferers.

118

APL-OneEWay_00029548



**Figure 5.1**   (a) Transmitter and (b) receiver front ends of a wireless transceiver.

To gain a better feeling about the difficulty of interference rejection, suppose a 900-MHz receiver incorporates a bandpass filter to select a 30-kHz channel while rejecting interfering channels 60 kHz away (Fig. 5.2). If a simple second-order LC filter is to provide 60 dB of attenuation at 45 kHz from the center, then its equivalent $Q$ is on the order of $10^7$, a value difficult to achieve even in such filters as surface acoustic wave (SAW) devices. It is important to note that typical filters exhibit a trade-off between the loss and the $Q$. Now recall from Chapter 2 that a lossy circuit "magnifies" the noise figure of the succeeding stage by the attenuation factor. For example, if in Fig. 5.1(b) the



**Figure 5.2**   Rejection required of a hypothetical front-end bandpass filter.

APL-OneEWay_00029549

bandpass filter has a loss of 2 dB and the LNA a noise figure of 2 dB, the overall noise figure rises to 4 dB. Thus, the choice of the BPF is governed by both the out-of-band rejection and the in-band loss, with the latter being the more critical parameter.

It is important to distinguish between the *band* and the *channel*: the former includes the entire spectrum in which the users of a particular standard are allowed to communicate (e.g., the GSM receive band spans 935 MHz to 960 MHz), whereas the latter refers to the signal bandwidth of only one user in the system (e.g., 200 kHz in GSM). We also apply the terms "band selection" and "channel selection" to the operations that reject out-of-band interferers and out-of-channel (usually in-band) interferers, respectively. The above calculation of the $Q$ indicates that a practical front-end BPF can only select the band of interest, postponing the task of channel selection to some other point in the receiver (Fig. 5.3).



**Figure 5.3**    Band selection at the front end of a receiver.

We should also note that the transfer function of front-end filters has a finite transition bandwidth. Shown in Fig. 5.4 is an example where the out-of-band rejection at 20 MHz offset with respect to the receive band is approximately equal to 30 dB. In other words, an interferer appearing at this frequency is attenuated by only 30 dB, a critical issue in the design of both the receive path and the frequency synthesizer (Chapter 8).



**Figure 5.4**    Typical duplexer characteristic.

Since large in-band interferers accompany the received signal even after the front-end BPF, the nonlinearity of the following stages, particularly that of the low-noise amplifier and the mixer, becomes important. As explained in Chapter 2 and illustrated in Fig. 5.5, odd-order nonlinearities yield intermodulation products that fall in the desired channel. As third-order distortion is usually dominant, the $IP_3$ of each stage must be sufficiently high to avoid corruption of the signal by the intermodulation products. Although distorting the *amplitude*, this effect is important even if the signal carries information only in its phase or frequency, because the zero-crossing points of the desired signal are corrupted by the intermodulation product.



**Figure 5.5**   Effect of nonlinearity in the front end.

The loss of the front-end BPF also impacts the transmit path. If the power amplifier generates 1 W, then an attenuation of 2 dB in the filter translates to 370 mW loss of power, more than the typical power consumed by the entire receive path! The BPF must therefore exhibit minimal in-band loss while adequately suppressing the harmonics and out-of-band spurious components of the transmitted signal.

The above observations also indicate the importance of controlled spectral regrowth through proper choice of the modulation scheme and the power amplifier (Chapter 3). The out-of-channel intermodulation products created by the PA cannot be suppressed by the BPF and must be acceptably small by design.

Another important concern in the design of transceivers is the dynamic range of the signals. With multipath fading and path loss, the required dynamic range for the received signal is typically greater than 100 dB. As the minimum detectable signal is in the microvolt range, not only the input noise of the receiver but also cross-talk become critical. An interesting example arises in FDD systems when the finite attenuation of the transmitted signal in the receive band is considered. As illustrated in Fig. 5.6, if the TX power amplifier delivers 1 W to a 50-$\Omega$ antenna, the peak-to-peak voltage swing at the antenna is equal to 20 V. Thus, from the duplexer characteristic of Fig. 5.4, we note that the leakage to the receive path is on the order of 30 mV$_{PP}$ ($\approx$ −26 dBm). Since the LNA 1-dB compression point is in the vicinity of −25 dBm, the leakage

APL-OneEWay_00029551

Case 2:20-cv-06339-JAK-GJS    Document 66-21    Filed 12/06/21    Page 14 of 30    Page ID #:1784

**122**    Chap. 5    Transceiver Architectures



**Figure 5.6**    Desensitization of LNA by PA output leakage.

signal may significantly desensitize the LNA. As explained in Chapter 4, NADC and GSM systems avoid this issue by offsetting the transmit and receive time slots, but analog FDD standards such as AMPS require high isolation.

At the other extreme of the dynamic range, the receiver may experience large signals, for example, amplitudes as high as several hundred millivolts, if it is close to a transmitter. While the signal amplitude is not critical per se in PM and FM systems, the receive path must still process the signal correctly. This issue often leads to the use of automatic gain control (AGC).

The last general issue relates to power amplifiers. In recent generations of RF transceivers, the PA is periodically turned on and off to save power. However, the large current drawn by the PA (a peak value of several amperes) introduces tremendous noise in the supplies and, with typical battery output impedances, may change the battery voltage by several hundred millivolts. For this reason, noise immunity and supply rejection of all of the building blocks become important.

## 5.2  RECEIVER ARCHITECTURES

### 5.2.1  Heterodyne Receivers

As mentioned above, filtering a narrow channel that is centered at high frequencies and is accompanied by large interferers demands prohibitively high $Q$'s. In heterodyne[1] architectures, the signal band is translated to much lower frequencies so as to relax the $Q$ required of the channel-select filter. Illustrated in Fig. 5.7(a), the translation is carried out by means of a mixer, which in this chapter is viewed as a simple analog multiplier. To bring the center frequency from $\omega_1$ to $\omega_2$, the signal is first mixed with a sinusoid $A_0 \cos \omega_0 t$,

---

[1] In this book, we do not distinguish between heterodyne and superheterodyne architectures. The term *heterodyne* derives from *hetero* (different) and *dyne* (to mix).

APL-OneEWay_00029552

where $\omega_0 = \omega_1 - \omega_2$, thereby yielding a band around $\omega_2$ and another around $2\omega_1 - \omega_2$. A low-pass filter then removes the latter. This operation is called "downconversion mixing" or simply "downconversion." Because of its typically high noise, the downconversion mixer is preceded by a low-noise amplifier [Fig. 5.7(b)]. The sinusoid is generated by a local oscillator, and its frequency will be hereafter denoted by $\omega_{LO}\,(=\omega_0$ in Fig. 5.7).



(a)

(b)

**Figure 5.7**    (a) Simple heterodyne downconversion. (b) inclusion of an LNA to lower the noise figure.

Called the "intermediate frequency" (IF), the center of the downconverted band ($\omega_2$) is a critical parameter, bearing trade-offs with many other aspects of the performance. This will be explained below.

**Problem of Image**    How are the LO frequency and the IF chosen? The principal consideration here is the "image frequency." To understand the issue, note that a simple analog multiplier does not preserve the *polarity* of the difference between its two input frequencies, i.e., for $x_1(t) = A_1 \cos \omega_1 t$ and $x_2(t) = A_2 \cos \omega_2 t$, the low-pass filtered product of $x_1(t)$ and $x_2(t)$ is of the form $\cos(\omega_1 - \omega_2)t$, no different from $\cos(\omega_2 - \omega_1)t$. Thus, in a heterodyne architecture, the bands symmetrically located above and below the LO frequency are downconverted to the same center frequency (Fig. 5.8). If the received band of interest is centered around $\omega_1\,(=\omega_{LO} - \omega_{IF})$, then the image is around $2\omega_{LO} - \omega_1(=\omega_{LO} + \omega_{IF})$ and vice versa.

APL-OneEWay_00029553

124    Chap. 5    Transceiver Architectures



**Figure 5.8**    Problem of image in heterodyne reception.

The problem of image is a serious one. While each wireless standard imposes constraints upon the signal emissions by its own users, it may have no control over the signals in other bands. The image power can therefore be much higher than that of the desired signal, requiring proper "image rejection."

The most common approach to suppressing the image is through the use of an "image-reject filter," placed before the mixer. As depicted in Fig. 5.9, the filter is designed to have a relatively small loss in the desired band and a large attenuation in the image band, two requirements that can be simultaneously met if $2\omega_{IF}$ is sufficiently large.



**Figure 5.9**    Image rejection by means of a filter.

How large can $2\omega_{IF}$ be? Recall that the premise in a heterodyne architecture is to translate the center frequency to a sufficiently low value so that channel selection by means of practical filters becomes feasible. However, as $2\omega_{IF}$ increases, so does the center of the downconverted band, requiring a higher $Q$ in the IF filter. Shown in Fig. 5.10 are two cases corresponding to high and low values of IF so as to illustrate the trade-off. A high IF leads to

APL-OneEWay_00029554





**Figure 5.10**    Rejection of image versus suppression of interferers for (a) high IF and (b) low IF.

substantial rejection of the image whereas a low IF allows great suppression of nearby interferers. The choice of IF therefore depends on trade-offs among three parameters: the amount of image noise, the spacing between the desired band and the image, and the *loss* of the image-reject filter. To minimize the image, we can either increase the IF or tolerate greater loss in the filter while increasing its $Q$. Since the gain of the LNA is typically less than 15 dB, the filter loss should not exceed a few dB, reducing the trade-off to one between the image noise and the value of IF.

From the above discussion, we infer that the heterodyne architecture of Fig. 5.9 exhibits a trade-off between image rejection and channel selection. Since the image degrades the sensitivity of the receiver, we say the choice of the IF entails a trade-off between sensitivity and selectivity.

Two other factors influence the choice of the IF: the availability and the physical size of filters for different frequencies. Employing SAW or crystal devices, these filters have been used at certain frequencies, e.g., 10.7 MHz (in

APL-OneEWay_00029555

FM radios), 71 MHz, etc., and hence can be less costly than if they must be designed for other frequencies. Furthermore, to reduce the form factor of portable systems, smaller filters and hence higher IFs are more attractive.

An important drawback of the heterodyne architecture is that the image-reject filter is usually realized as a passive, external component. This furthermore requires that the preceding stage—the LNA—drive the 50-$\Omega$ input impedance of the filter, inevitably leading to more severe trade-offs between the gain, noise figure, stability, and power dissipation in the amplifier (Chapter 6). In FDD systems, the duplexer may also serve to reject the image if the IF is high, thereby allowing direct connection of the LNA to the mixer.

The local oscillator frequency, $\omega_{LO}$, can be either higher or lower than the center of the desired band. Called "high-side injection" and "low-side injection,"[2] respectively, the two cases entail different issues. On the one hand, it is desirable to use the latter so as to minimize the LO frequency and hence facilitate the design of the oscillator (Chapter 7). On the other hand, if the image bands below and above the desired band exhibit different amounts of noise (for example, one is used for low signal level communications and the other for a high-power wireless standard), then $\omega_{LO}$ must be chosen so as to avoid the noisy image band.

**Problem of Half IF**    An interesting effect in heterodyne receivers is the "half IF" problem [3]. Suppose, as shown in Fig. 5.11, in addition to the desired band around $\omega_{in}$, an interferer at $(\omega_{in} + \omega_{LO})/2$, i.e., half of the IF from the desired band toward the LO frequency, is also received. If in the downconversion path, the interferer experiences second-order distortion and the LO contains a significant second harmonic as well, then the IF output exhibits a component at $|(\omega_{in} + \omega_{LO}) - 2\omega_{LO}| = \omega_{IF}$. Another possibility is that the interferer is translated to $(\omega_{in} - \omega_{LO})/2 = \omega_{IF}/2$ and subsequently undergoes second-order distortion in the baseband, causing its second harmonic to fall into the downconverted band of interest.



Figure 5.11    Problem of half IF in heterodyne reception.

---

[2] These have also been called "supradyne" and "infradyne," respectively.

APL-OneEWay_00029556

In order to suppress the half-IF phenomenon, second-order distortion in the RF and IF paths must be minimized, and a 50% LO duty cycle must be maintained. It may also be necessary that the image-reject filter achieve sufficient attenuation at $(\omega_{in} + \omega_{LO})/2$.

**Dual-IF Topology**    The trade-off between sensitivity and selectivity in the simple heterodyne architecture of Fig. 5.7 often proves quite severe: if the IF is high, the image can be suppressed but complete channel selection is difficult, and vice versa. To resolve this issue, the concept of heterodyning can be extended to multiple downconversions, each followed by filtering and amplification. Illustrated in Fig. 5.12, this technique performs *partial* channel selection at progressively lower center frequencies, thereby relaxing the $Q$ required of



**Figure 5.12**    Dual-IF heterodyne receiver.

APL-OneEWay_00029557

each filter. Most of today's RF receivers employ two stages of downconversion, hence the name "dual-IF." Note that the second downconversion entails the problem of image as well. For narrow-channel standards such as IS–54, the second IF is often equal to 455 kHz whereas for wide-channel applications such as DECT, it may be several megahertz. Nevertheless, these numbers vary greatly in present systems.

Recall from Chapter 2 that in a cascade of gain stages the noise figure is most critical in the front end and the linearity in the back end. Thus, an optimum design scales both the noise figure and the $IP_3$ of each stage according to the total gain preceding that stage. Now suppose the receiver of Fig. 5.12 exhibits a total gain of, say, 40 dB from $A$ to $G$. If the two IF filters provided *no* channel selection, the $IP_3$ of the IF amplifier would need to be more than 40 dB higher than that of the LNA, e.g., in the vicinity of +30 dBm. However, it is difficult to achieve such high power linearity with reasonable noise, power dissipation, and gain, especially if the circuit must operate from a low supply voltage. In practice, since each IF filter suppresses adjacent channel interferers to some extent, the linearity required of the stages following that filter is relaxed proportionally. This is sometimes loosely stated as "every dB of gain requires one dB of prefiltering."

Shown in Fig. 5.12 are the spectra at different points in the dual-IF receiver. The front-end filter selects the band while providing some image rejection as well. After amplification and image-reject filtering, the spectrum at point $C$ is obtained. A sufficiently linear mixer then translates the desired channel and the adjacent interferers to the first IF. Partial channel selection in $BPF_3$ permits the use of a second mixer with reasonable linearity. Next, the spectrum is translated to the second IF, and $BPF_4$ suppresses the interferers to acceptably low levels.

What happens at the second IF? In analog FM systems, the demodulation is performed at this frequency, thus reproducing the analog baseband signal. In digital modulation systems, the second downconversion typically generates both in-phase (I) and quadrature (Q) components of the signal while translating the spectrum to zero frequency (Fig. 5.13). (This is sometimes called a "single-IF" topology because it does not include a second *intermediate* frequency.)

Since the received signal suffers from multipath fading and ISI, it is converted to digital form after I/Q detection for further processing. Depending on the interference rejection of the filters and the gain range provided by the AGC circuit, the resolution of A/D converters required here varies between approximately 4 and 10 bits.

Our analysis of heterodyne architectures indicates that the choice of the $NF$, $IP_3$, and gain of each stage in the receive path depends on those of the preceding and following stages, thereby demanding considerable iteration at the architecture and circuit levels to arrive at an acceptable distribution of gain in the receiver building blocks. Moreover, as described in Chapter 6, each mixer generates many spurious components whose frequencies are related to those



**Figure 5.13**    Quadrature downconversion.

of the RF and IF signals and the oscillators. Some of these components may fall in the desired channel, degrading the signal quality. Thus, the "frequency planning" of the receiver plays a key role in the overall performance that can be achieved.

The selectivity and sensitivity of the heterodyne architecture have made it the dominant choice in RF systems for many decades. Despite the complexity and the need for a large number of external components, heterodyning is still viewed as the most reliable reception technique.

## 5.2.2 Homodyne Receivers

In our study of heterodyne receivers, the reader may have wondered why the RF spectrum is not simply translated to the baseband in the first downconversion. Called "homodyne," "direct-conversion," or "zero-IF" architecture,[3] this type of receiver entails vastly different issues from heterodyne topologies.

Shown in Fig. 5.14 is a simple homodyne receiver, where the LO frequency is equal to the input carrier frequency. Note that channel selection requires only a low-pass filter with relatively sharp cutoff characteristics. The circuit of Fig. 5.14(a) operates properly only with double-sideband AM signals because it overlaps positive and negative parts of the input spectrum. For frequency- and phase-modulated signals, the downconversion must provide quadrature outputs [Fig. 5.14(b)] so as to avoid loss of information. This is because the two sides of FM or QPSK spectra carry different information and must be separated into quadrature phases in translation to zero frequency.

The simplicity of the homodyne architecture offers two important advantages over a heterodyne counterpart. First, the problem of image is circumvented because $\omega_{IF} = 0$. As a result, no image filter is required, and the LNA need not drive a 50-$\Omega$ load. Second, the IF SAW filter and subsequent downconversion stages are replaced with low-pass filters and baseband amplifiers that are amenable to monolithic integration.

---

[3] The term *homodyne*, stemming from *homo* (same) and *dyne* (to mix), has been historically used for only coherent reception. We do not make this distinction here.



**Figure 5.14** (a) Simple homodyne receiver. (b) homodyne receiver with quadrature downconversion.

If the homodyne architecture is so simple, why has it not become popular in RF systems? Direct translation of the spectrum to zero frequency entails a number of issues that do not exist or are not as serious in a heterodyne receiver.

**Channel Selection** Rejection of out-of-channel interferers by an active low-pass filter is more difficult than by a passive filter, fundamentally because active filters exhibit much more severe noise-linearity-power trade-offs than do their passive counterparts. The baseband processing in each branch of Fig. 5.14(b) can assume one of the three permutations shown in Fig. 5.15 [6].



**Figure 5.15** Three permutations of baseband functions.

APL-OneEWay_00029560

In Figure 5.15(a), a low-pass filter suppresses out-of-channel interferers, allowing $A_1$ to be a nonlinear, high-gain amplifier and the ADC to have a moderate dynamic range (roughly 4 to 8 bits depending on the gain control in the RF domain and the type of modulation.) However, the low-pass filter imposes tight noise-linearity trade-offs.

The second permutation, shown in Figure 5.15(b), relaxes the LPF noise requirements while demanding a higher performance in the amplifier. A linearized one-stage differential amplifier may be employed here to provide some gain before channel filtering. Furthermore, another amplifier may be interposed between the LPF and the ADC to overcome the noise of the latter.

The third permutation, Figure 5.15(c), suggests the possibility of channel filtering in the digital domain. In this case, the ADC must both achieve a high linearity so as to digitize the signal with minimal intermodulation of interferers and exhibit a thermal and quantization noise floor well below the signal level, which may be in the range of a few hundred microvolts.

**DC Offsets**   Since in a homodyne topology the downconverted band extends to zero frequency, extraneous offset voltages can corrupt the signal and, more importantly, saturate the following stages. To understand the origin and impact of offsets, consider the receiver shown in Fig. 5.16, where the LPF is followed by an amplifier and an A/D converter. Let us make two observations.



**Figure 5.16**   Self-mixing of (a) LO signal, (b) a strong interferer [5].

First, the isolation between the LO port and the inputs of the mixer and the LNA is not infinite; that is, a finite amount of feedthrough exists from the LO port to points $A$ and $B$ [Fig. 5.16(a)]. Called "LO leakage," this effect arises from capacitive and substrate coupling and, if the LO signal is provided externally, bond wire coupling. The leakage signal appearing at the inputs of the LNA and the mixer is now *mixed* with the LO signal, thus producing a DC

APL-OneEWay_00029561

component at point $C$. This phenomenon is called "self-mixing." A similar
effect occurs if a large interferer leaks from the LNA or mixer input to the LO
port and is multiplied by itself [Fig. 5.16(b)].

Second, the total gain from the antenna to point $X$ is typically around
80 to 100 dB so as to amplify the microvolt input signal to a level that can be
digitized by a low-cost, low-power ADC. Of this gain, typically 25 to 30 dB is
contributed by the LNA/mixer combination.

With the above observations, we can obtain a rough estimate of the offset
resulting from self-mixing to appreciate the problem. Suppose in Fig. 5.16(a)
the LO signal has a peak-to-peak swing of 0.63 V ($\approx$ 0 dBm in a 50-$\Omega$ system)
and experiences an attenuation of 60 dB as it couples to point $A$. If the gain of
the LNA/mixer combination is 30 dB, then the offset produced at the output of
the mixer is on the order of 10 mV. We also note that the desired signal level at
this point can be as low as approximately 30 $\mu V_{rms}$. Thus, if directly amplified
by the remaining gain of 50 to 70 dB, the offset voltage saturates the following
circuits, thereby prohibiting the amplification of the desired signal.

The problem of offset is exacerbated if self-mixing varies with time. This
occurs when the LO signal leaks to the antenna and is radiated and subse-
quently reflected from moving objects back to the receiver. For example, when
a car moves at a high speed, the reflections may change rapidly. Under these
conditions, it may be difficult to distinguish the time-varying offset from the
actual signal.

From the above discussion, we infer that homodyne receivers require
some means of offset cancellation. While high-pass filtering may seem the
natural solution here [4], two issues oppose the use of this technique. First, as
explained in Chapter 3, the spectrum of many commonly used signals exhibits a
peak at the zero frequency; that is, it contains substantial energy (information)
near dc. For a 200-kHz channel, if the high-pass filter removes only the band
from 0 to 20 Hz, the bit error rate rises to above $10^{-3}$ [5], indicating the need for
a very low corner frequency. Second, in addition to demanding prohibitively
large capacitors, this method also fails to track fast *variations* in the offset
voltage, performing only a coarse cancellation.

The problem of offset can be alleviated using one of two techniques.
First, the baseband signal in the *transmitter* can be encoded such that, after
modulation and downconversion, it contains little energy near DC. Called "DC-
free coding," this is particularly suited to wideband channels, for example, in
DECT, where a few kilohertz of the channel can be wasted with no significant
drop in the data rate.

The second technique is to exploit the idle time intervals in digital wireless
standards to carry out offset cancellation. Shown in Fig. 5.17 is an example,
where a capacitor stores the offset *between* consecutive TDMA bursts, while
introducing a virtually zero corner frequency during the reception of data. For
a typical TDMA frame of a few milliseconds, offset cancellation is performed
with sufficient frequency to take into account variations due to moving objects.

APL-OneEWay_00029562



**Figure 5.17**    Simple offset cancellation in a TDMA system.

In practice, the thermal noise due to $S_1$ in Fig. 5.17 that is stored on the capacitor ($kT/C$ noise) is significant, mandating large values for $C_1$. For example, if a $1\text{-}\mu V_{rms}$ signal received at the antenna experiences a gain of 30 dB before offset cancellation, then $C_1$ must be at least 200 pF so that $\sqrt{kT/C}$ remains 15 dB below the signal level. For I and Q channels using differential circuits, this requires *four* large capacitors. However, if the offset is canceled after baseband preamplification [Fig. 5.15(b)], the value of the offset-storage capacitors can be reduced.

A general difficulty with offset cancellation in a receiver is that interferers may be stored along with offsets. This occurs because, as explained above, reflections of the LO signal from nearby objects must be included in offset cancellation, and hence the antenna cannot be disconnected (or "shorted") during this period. While the timing of the actual signal (the TDMA burst) is well defined, interferers can appear any time. A possible approach to alleviating this issue is to sample the offset (and the interferer) several times and average the results.

We should also note that the problem of offset is much less severe in heterodyne architectures. Since the first LO frequency is not equal to the input carrier frequency, self-mixing may arise only for interferers [Fig. 5.16(b)], and dc offsets thus generated can be removed because the IF signal is far from zero frequency. Furthermore, in analog FM systems the second IF is nonzero and in digital modulation systems signal amplification and (partial) channel filtering at the first IF simplify the removal of the offset after the second downconversion.

**I/Q Mismatch**    As shown in Fig. 5.14(b), for phase and frequency modulation schemes, a homodyne receiver must incorporate quadrature mixing. This requires shifting either the RF signal or the LO output by 90° (Fig. 5.18). As explained later in this chapter and in Chapter 7, shifting the RF signal generally entails severe noise-power-gain trade-offs, making it more desirable to use the topology in Fig. 5.18(b). In either case, the errors in the nominally 90° phase

134    Chap. 5    Transceiver Architectures



**Figure 5.18**    Quadrature generation in (a) RF path, (b) LO path.

shift, and mismatches between the amplitudes of the I and Q signals corrupt the downconverted signal constellation, thereby raising the bit error rate. Note that, as shown in Fig. 5.19, all sections in the I and Q paths contribute gain and phase error.



**Figure 5.19**    I/Q mismatch contributions by various stages.

To gain more insight into the effect of I/Q imbalance, suppose the received signal $x_{in}(t) = a \cos \omega_C t + b \sin \omega_C t$, where $a$ and $b$ are either $-1$ or $+1$. Now let us assume that the I and Q phases of the LO signal are

$$x_{LO,I}(t) = 2\left(1 + \frac{\epsilon}{2}\right)\cos\left(\omega_c t + \frac{\theta}{2}\right) \qquad (5.1)$$

$$x_{LO,Q}(t) = 2\left(1 - \frac{\epsilon}{2}\right)\sin\left(\omega_c t - \frac{\theta}{2}\right), \qquad (5.2)$$

APL-OneEWay_00029564

Case 2:20-cv-06339-JAK-GJS    Document 66-21    Filed 12/06/21    Page 27 of 30    Page ID #:1797

where the factor 2 is included to simplify the results and $\epsilon$ and $\theta$ represent amplitude and phase errors, respectively. Multiplying $x_{\text{in}}(t)$ by the two LO phases and low-pass filtering the results, we obtain the following baseband signals:

$$x_{BB,I}(t) = a\left(1 + \frac{\epsilon}{2}\right)\cos\frac{\theta}{2} - b\left(1 + \frac{\epsilon}{2}\right)\sin\frac{\theta}{2} \tag{5.3}$$

$$x_{BB,Q}(t) = -a\left(1 - \frac{\epsilon}{2}\right)\sin\frac{\theta}{2} + b\left(1 - \frac{\epsilon}{2}\right)\cos\frac{\theta}{2}. \tag{5.4}$$



**Figure 5.20**    Effect of I/Q mismatch on QPSK signal constellation: (a) gain error, (b) phase error.

Fig. 5.20 shows the resulting signal constellation with finite $\epsilon$ or $\theta$. This effect can be better seen by examining the downconverted QPSK signals in the time domain (Fig. 5.21). Gain error simply appears as a nonunity scale factor in the amplitude. Phase imbalance, on the other hand, corrupts each channel by a fraction of the data pulses in the other channel, in essence degrading the signal-to-noise ratio if the I and Q data streams are uncorrelated.



**Figure 5.21**    Effect of I/Q mismatch on a demodulated QPSK waveform: (a) gain error, (b) phase error.

APL-OneEWay_00029565

In practice, it is desirable to maintain the amplitude mismatch below 1 dB and phase error below $5°$, but these bounds depend on the type of modulation [7].

While heterodyne architectures may also employ I/Q downconversion in the last stage (Fig. 5.13), their mismatch requirements are much less relaxed. This is for two reasons. First, since the frequency at which I and Q phases are separated is about one to two orders of magnitude lower than that in homodyne counterparts, the two paths are much less sensitive to mismatches in parasitics. Also, in IC design, the lower frequency allows the use of large devices to improve the matching without excessive power dissipation. Second, in heterodyne receivers, the signal is amplified by approximately 50 to 60 dB before I/Q separation, requiring only one or two more stages afterwards. By contrast, each channel of a homodyne architecture incorporates several stages of gain and filtering, each of which contributes mismatches. We should also note that heterodyne topologies can perform the I/Q separation in the digital domain to avoid mismatch issues (Section 5.2.4) whereas homodyne receivers cannot.

The problem of I/Q mismatch has been an obstacle in discrete implementations, but it tends to improve as monolithic integration embraces more sections of homodyne architectures. Furthermore, since mismatches vary negligibly with time, signal processing techniques may be utilized to correct the points in the constellation.

**Even-Order Distortion**    While only odd-order distortion has thus far been considered a source of interference (Chapter 2), even-order nonlinearity also becomes problematic in homodyne downconversion. Suppose, as illustrated in Fig. 5.22, two strong interferers close to the channel of interest experience a nonlinearity such as $y(t) = \alpha_1 x(t) + \alpha_2 x^2(t)$ in the LNA. If $x(t) = A_1 \cos \omega_1 t + A_2 \cos \omega_2 t$, then $y(t)$ contains a term, $\alpha_2 A_1 A_2 \cos(\omega_1 - \omega_2)t$, indicating that two high-frequency interferers generate a low-frequency beat in the presence of even-order distortion. Upon multiplication by $\cos \omega_{LO} t$ in an *ideal* mixer, such a term is translated to high frequencies and hence becomes unimportant. In reality, however, mixers exhibit a finite direct feedthrough from the RF input to the IF output. This is because, as explained in Chapter 6, mixers typically suffer from some asymmetry and their operation can be viewed as $v_{RF}(t)(a + A \cos \omega_{LO} t)$, where $a$ is a constant. Thus, a fraction of $v_{RF}(t)$ appears at the output with *no* frequency translation. In typical differential mixers, the beat signal is attenuated by only 30 to 40 dB as it couples to the output.

The problem of even-order distortion can be studied from another point of view. Suppose in addition to phase or frequency modulation, the received signal exhibits some amplitude modulation as well. This could arise from filtering in the transmitter (Chapter 3) or disturbance and fading during propagation.

APL-OneEWay_00029566

Case 2:20-cv-06339-JAK-GJS    Document 66-21    Filed 12/06/21    Page 29 of 30    Page
ID #:1799



**Figure 5.22**    Effect of even-order distortion on interferers.

If $x_{in}(t) = (A + \epsilon \cos \omega_m t)(a \cos \omega_C t + b \sin \omega_C t)$, where $\epsilon \cos \omega_m t$ represents a low-frequency amplitude-modulating signal, then second-order distortion yields a term such as $(a^2 + b^2)A\epsilon \cos \omega_m t$. Since this term is the modulating signal translated to the baseband, it is often said that even-order distortion demodulates AM components. As mentioned above, this signal passes through the mixer with finite attenuation, thereby corrupting the downconverted signal of interest.

In our illustration here, we have assumed that only the LNA exhibits even-order distortion. In practice, the mixer RF port may also suffer from the same effect, requiring special attention in the design because the signals applied to the mixer are amplified by the LNA and can create significant distortion.

Second-order distortion can be characterized using the "second-order intercept point," $IP_2$. In a manner similar to the definition of $IP_3$ (Chapter 2), two equal-amplitude interferers are applied at the input and their low-frequency beat signal is observed at the output. Plotting the beat signal power versus the input power and extrapolating the results yield the $IP_2$.

Can we use differential LNAs and mixers to suppress even-order distortion? Two issues must be considered here. First, the antenna and the duplexer filter are usually single-ended because they must operate with single-ended power amplifiers in the transmit path. Thus, a means of converting the received signal to differential form is necessary. The difficulty is that such means, for example, transformers, typically exhibit several decibels of loss at high frequencies, thus directly raising the overall noise figure. Second, if the LNA is designed as a differential circuit, it requires higher power dissipation than a single-ended counterpart to achieve a comparable noise figure.

**Flicker Noise**    As mentioned earlier, the gain through the front-end LNA and mixer is typically around 30 dB, yielding baseband signal levels in the range of tens of microvolts. The input noise of the following stages, e.g., amplifiers and filters, is therefore still critical. In particular, since the downconverted spectrum extends to zero frequency, the $1/f$ noise of devices substantially cor-

APL-OneEWay_00029567

rupts the signal, a severe problem in MOS implementations. For this reason, it is desirable to achieve a relatively high gain in the RF range, for example, through the use of active mixers rather than passive mixers (Chapter 6).

The effect of flicker noise can be reduced by a combination of techniques. As the stages following the mixer operate at relatively low frequencies, they can incorporate very large devices to minimize the magnitude of the flicker noise. Moreover, periodic offset cancellation, e.g., between TDMA bursts, also lowers noise components below approximately $1/T_C$, where $T_C$ denotes the time between consecutive offset cancellation instances.[4] In addition, if DC-free coding is employed, the downconverted signal and hence the noise can be high-pass filtered.

**LO Leakage**    In addition to introducing DC offsets, leakage of the LO signal to the antenna and radiation therefrom creates interference in the band of *other* receivers using the same wireless standard. The design of the wireless standard and the regulations of the Federal Communications Commission (FCC) impose upper bounds on the amount of *in-band* LO radiation, typically between $-50$ and $-80$ dBm.

### 5.2.3 Image-Reject Receivers

The trade-offs governing the use of image-reject filters in heterodyne architectures have motivated RF designers to seek other techniques of suppressing the image. In this section, we describe two such techniques.

Before studying these architectures, we need to define a "shift-by-90°" operation. A narrowband signal is shifted by 90° if its spectrum is multiplied by $G(\omega) = -j \, \text{sgn}(\omega)$, where $\text{sgn}(\omega)$ is the signum (or sign) function.[5] Depicted in Fig. 5.23, this operation converts $\sin \omega t$ to $-\cos \omega t$ and $\cos \omega t$ to $\sin \omega t$; that is, it replaces $t$ with $t - T/4$, where $T$ is the signal period. Note that for a real signal, the shifted version remains real but experiences different phase changes at negative and positive frequencies.

How can a signal be shifted by 90°? Figure 5.24 shows an RC-CR network often utilized for this purpose. Here, for a sinusoidal input with frequency $\omega$, the phase shifts of $V_{out1}(t)$ and $V_{out2}(t)$ are equal to $\pi/2 - \tan^{-1}(RC\omega)$ and $-\tan^{-1}(RC\omega)$, respectively. Thus, $V_{out1}$ and $V_{out2}$ have a 90° phase difference at all frequencies. We return to this circuit in Chapter 7.

---

[4] This effect is called "correlated double sampling" in analog design.

[5] Multiplication by $G(\omega)$ is equivalent to taking the Hilbert transform.