Douglas G. Muehlhauser (SBN 179495)
doug.muehlhauser@knobbe.com
Payson LeMeilleur (SBN 205690)
payson.lemeilleur@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: 949-760-0404
Facsimile: 949-760-9502

Attorneys for Plaintiff
ONE-E-WAY, INC.

COOLEY LLP
HEIDI L. KEEFE (178960)
(hkeefe@cooley.com)
LOWELL D. MEAD (223989)
(lmead@cooley.com)
BENJAMIN S. LIN (232735)
(blin@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: 650-843-5000
Facsimile: 650-849-7400

Attorneys for Defendant
APPLE INC.

[*Counsel for Defendant continued on next page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ONE-E-WAY, INC., a California corporation,<br><br>             Plaintiff,<br><br>    v.<br><br>APPLE INC., a California corporation,<br><br>             Defendant. | Case No. 2:20-cv-06339-JAK-GJS<br><br>**JOINT STIPULATION TO PARTIALLY AMEND THE CASE SCHEDULE**<br><br>Hon. John A. Kronstadt |

| | |
|---|---|
| 1 | COOLEY LLP<br>ERIK B. MILCH (VA SBN 46375) |
| 2 | (admitted *pro hac vice*)<br>(emilch@cooley.com) |
| 3 | 11951 Freedom Drive, Suite 400<br>Reston, VA 20190 |
| 4 | Telephone: (703) 456-8000<br>Facsimile: (703) 456-8100 |
| 5 | |
| 6 | COOLEY LLP<br>PHILLIP E. MORTON (VA SBN 71299) |
| 7 | (admitted *pro hac vice*)<br>(pmorton@cooley.com) |
| 8 | 1299 Pennsylvania, N.W, Suite 700<br>Washington, DC 20004 |
| 9 | Telephone: (202) 842-7800<br>Facsimile: (202) 842-7889 |
| 10 | Attorneys for Defendant<br>APPLE INC. |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1  Pursuant to Civil Local Rule 7-1, Plaintiff One-E-Way, Inc. ("One-E-Way" or "Plaintiff") and Defendant Apple Inc. ("Apple" or "Defendant"), through their undersigned counsel, hereby stipulate, subject to the approval of the Court, to partially amend the case schedule. The parties respectfully submit that the following good cause exists for the proposed schedule adjustment.

The Court on July 30, 2021 issued the scheduling order in this action, which sets certain pretrial deadlines through the deadline to file motions. (Dkt. 60.) No trial date or pretrial conference has been scheduled. (*See id*.)

During the course of discovery in this matter, Apple has released certain new products that One-E-Way seeks to accuse of infringement in this action. The parties met and conferred and agreed that in the interests of judicial economy, One-E-Way may accuse the newly-released products in this action in conjunction with a modest extension of the discovery deadline to accommodate the expansion of accused products. The parties have also conferred and agreed upon other minor readjustments to the schedule, including separating deadlines relating to fact discovery and expert discovery, in the interests of judicial economy and the orderly progression of the litigation.

The parties also propose to amend the schedule to key off the date of the Court's *Markman* claim construction ruling, which is currently pending (*see* Dkt. 79), in the interests of judicial economy because the *Markman* ruling will substantially guide and inform the scope of the parties' patent-related claims and defenses and permit the parties to tailor and streamline discovery accordingly. The parties' proposed schedule is set forth in Exhibit A.

Alternatively, if the Court prefers that the schedule maintain dates certain, Exhibit A also sets forth an alternative schedule setting dates certain.

The parties' proposed amended schedule extends the overall schedule of pretrial deadlines by approximately two months. The parties further note that the present stipulation is submitted well in advance of the adjusted deadlines. The

parties also note that the partial scheduling adjustment should have minimal impact on the Court. Most of the dates that are subject to the extension affect only discovery disclosures, which only impact the parties, and there are no motion hearing, pretrial conference, or trial dates currently scheduled in this matter.

**NOW, THEREFORE,** the undersigned parties, through their respective counsel, hereby stipulate and respectfully request that the Court modify the scheduling order (Dkt. 60) as shown in the attached Exhibit A.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: January 21, 2022  /s/ *Payson LeMeilleur*
Douglas G. Muehlhauser
Payson LeMeilleur

Attorneys for Plaintiff
ONE-E-WAY, INC.

COOLEY LLP

Dated: January 21, 2022  /s/ *Heidi L. Keefe*
Heidi L. Keefe
Lowell D. Mead
Benjamin S. Lin
Phillip E. Morton
Erik B. Milch

Attorneys for Defendant
APPLE INC.

**L.R. 5-4.3.4(a)(2)(i) Attestation:**

All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

COOLEY LLP

Dated: January 21, 2022  /s/ *Heidi L. Keefe*
Heidi L. Keefe
Lowell D. Mead
Benjamin S. Lin
Phillip E. Morton
Erik B. Milch

Attorneys for Defendant
APPLE INC.

# EXHIBIT A – SCHEDULE OF PRETRIAL AND TRIAL DATES FOR PATENT CASES

| Case No.: | 2:20-cv-06339-JAK-GJS |
|---|---|
| Case Name: | *One-E-Way, Inc. v. Apple Inc.* |

| Event | Current Date | Proposed Date (Primary Proposal) | Proposed Date (Alternative Proposal) | Court Order |
|---|---|---|---|---|
| Anticipated Ruling to be Issued on Markman Hearing | February 28, 2022 | Unchanged | Unchanged | |
| **Last day to file motions to compel fact discovery (new)** | | Later of April 21, 2022 or 60 days after Markman ruling | April 21, 2022 | |
| Mediation deadline | April 22, 2022 | Unchanged | Unchanged | |
| **Close of Fact Discovery (other than Final Infringement and Invalidity Contentions) (new)** | | Motion to compel deadline + 5 weeks | May 26, 2022 | |
| Last day to file a notice of settlement or a joint report re status of | April 29, 2022 | Unchanged | Unchanged | |

-1-

| Event | Current Date | Proposed Date (Primary Proposal) | Proposed Date (Alternative Proposal) | Court Order |
|---|---|---|---|---|
| settlement | | | | |
| Post Mediation Status Conference | May 9, 2022 at 11:30am | Unchanged | Unchanged | |
| Patentee's Deadline to Serve Final Infringement Contentions, Expert Reports on Issues Where Patentee has Burden of Proof, All Parties Serve Advice of Counsel Disclosures | March 28, 2022 | Close of fact discovery + 2 weeks | June 9, 2022 | |
| Accused Infringer's Deadline to Serve Final Invalidity Contentions, Rebuttal Expert Reports, and Opening Expert Reports Where Accused Infringer has Burden of Proof | April 25, 2022 | Patentee's reports + 5 weeks | July 14, 2022 | |
| Patentee's Deadline to Serve for Rebuttal Expert | May 23, 2022 | Accused infringer's reports + 4 weeks | August 11, 2022 | |

| Event | Current Date | Proposed Date (Primary Proposal) | Proposed Date (Alternative Proposal) | Court Order |
|---|---|---|---|---|
| Reports on Issues Where Accused Infringer has Burden of Proof | | | | |
| **Close of Expert Discovery (was Discovery Cut-Off)** | June 20, 2022 | Patentee's rebuttal reports + 3 weeks | September 1, 2022 | |
| Last Date to File Motions | July 18, 2022 | Close of expert discovery + 3 weeks | September 20, 2022 | |