IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ONE-E-WAY, INC., a California Corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>APPLE INC., a California Corporation,<br><br>　　　　　Defendant. | Case No. 2:20-CV-06339-JAK-GJS<br><br>**JUDGMENT**<br><br>**JS-6** |

On June 15, 2022, Defendant Apple Inc.'s ("Defendant") Motion for Summary Judgment of Non-infringement (Dkt. 102) was granted. Accordingly, judgment of non-infringement of U.S. Patent Nos. 10,129,627 and 10,468,047 is hereby entered in favor of Defendant and against Plaintiff One-E-Way, Inc. ("Plaintiff"). All claims asserted by Plaintiff against Defendant in this action are dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: July 6, 2022

_____
John A. Kronstadt
United States District Court Judge